FILED

NOV 2 1 2005

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MICHAEL A. CORNWELL
400 East Second Avenue
P.O. Box 264
Franklin, Va 23851

      Plaintiff

v.

USMAN BANDUKRA
24 Margie Street
Oceanside, NY 11572

and

MATTHEW J. GALLAGHER
7819 Somerset Court
Greenbelt, MD 20770

      Defendants

Case No:_____



CASE NUMBER   1:05CV02258

JUDGE: Henry H. Kennedy

DECK TYPE: Personal Injury/Malpractic

DATE STAMP: 11/21/2005

## NOTICE OF REMOVAL

NOTICE IS HEREBY GIVEN that Defendant, Usman Bandukra, by and through his undersigned counsel, hereby removes this action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia pursuant to 28 U.S.C. §1441 *et seq*. Mr. Bandukra sets forth the grounds for removal as follows:

1.    Removal is appropriate because this Court has diversity jurisdiction pursuant to 28 U.S.C. 1332. Plaintiff, is a citizen of Virginia. Defendant Gallagher is a citizen of Maryland and Defendant Bandukra is a citizen of New York. The amount in controversy exceeds $75,000.00.

1

6.    This action is therefore a civil action to which this Court has original jurisdiction under 28 U.S.C. § 1332 *et seq.*, and is one in which Mr. Bandukra is entitled to remove to this Court pursuant to 28 U.S.C. §1441 *et seq.*

7.    Mr. Bandukra files this Notice of Removal within thirty (30) days of its receipt and service which occurred on or about October 22, 2005. In accordance with 28 U.S.C. §1446 (a), attached hereto as **Exhibit 1** are copies of all process, pleadings and orders served upon Defendant Bandukra in this action.

8.    Defendant Gallagher consents to removal.

7.    Concurrently with the filing of this Notice in this Court, Mr. Bandukra, pursuant to 28 U.S.C. § 1446 (d), is filing a copy of this Notice of Removal with the Clerk of the Superior Court for the District of Columbia.

WHEREFORE, Defendant Usman Bandukra hereby removes the above-referenced action pending against it in the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

Respectfully submitted,

John J. Hathway (#412664)
Jennifer S. Jackman (#466922)
WHITEFORD, TAYLOR & PRESTON, LLP
1025 Connecticut Avenue, N.W., Suite 400
Washington, D.C. 20036
(202) 659-6800/(202) 331-0573 (facsimile)

Counsel for Defendant
Usman Bandukra

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and accurate copy of the foregoing Notice of Removal was sent via first class mail, postage prepaid, this 21st day of November, 2005, to:

Christopher M. Johns, Esq.
P.O. Box 975
Laurel, MD 20707
*Counsel for Plaintiff*

Richard S. Schrager, Esq.
Mallon A Snyder Chtd
107 N Adams Street
Rockville, Md 20850
*Counsel for Defendant*

Matthew Gallagher
7819 Somerset Court
Greenbelt, MD 20770

_____
Jennifer S. Jackman

*181066*