IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

MICHAEL A. CORNWELL :
    Plaintiff :
vs. :
  : **Case No.: 2005 CA 006897 B**
USMAN BANDUKRA : Judge Michael L. Rankin
MATTHEW J. GALLAGHER : Initial Scheduling Conference 12-09-2005
    Defendants :

EXHIBIT 2

**PLAINTIFF'S OPPOSITION TO DEFENDANT BANDUKRA'S
SUMMARY JUDGMENT MOTION**

Plaintiff Michael Cornwell, through undersigned counsel, hereby opposes to defendant's motion for summary judgment stating that:

Plaintiff was clearly deserving of a request for consent pursuant to SCR 12-I(e) <u>before</u> defendant filed his summary judgment motion in light of defendant and defense counsel's deceptive "good faith response" letter dated 07-18-2005 that is attached to plaintiff's "Motion for Leave to Amend his Complaint" as Exhibit 5 wherein defendant and defense counsel misrepresented defendant Usman as the driver of the car involved in the accident. In said letter, Usman Bandukra also acted as his wife's agent in attempting to settle this case between himself and the plaintiff even though Usman was not involved in the accident. Defense counsel not seeking consent unfairly prejudiced plaintiff in his efforts to amend his complaint in that plaintiff would have learned of the deception earlier and defendant's requested consent would have also helped establish the date when defendant and his wife Sabha opened plaintiff's service of process package and sent said papers contained therein (complaint and discovery) to defense counsel. Plaintiff hereby incorporates his motion for leave to amend. Plaintiff also believes that defendant Usman Bandukra's wife, Sabha Bandukra, may have been conducting business for her husband while she was in D.C. on the day of the accident.

WHEREFORE, plaintiff Michael Cornwell respectfully requests an order denying defendant Usman Bandukra's motion for summary judgment motion under SCR 12-I(e).

Respectfully submitted,
CHRISTOPHER M. JOHNS LLC

_____
Christopher M. Johns, Esq. (433783)
Box 975, Laurel, MD 20725
Telephone: 301-674-6900
Facsimile: 301-540-5901

### RULES 5(e) & 5-I CERTIFICATE

I HEREBY CERTIFY that on November 20th, 2005, a chamber's copy of this motion was mailed by 1st class mail, postage pre-paid to: Honorable Michael L. Rankin, Chamber's Room 5630, Moultrie Courthouse, 500 Indiana Avenue, N.W., Washington, D.C. 20001.

_____
Christopher M. Johns, Esq. (433783)

### RULE 12-I(e) CERTIFICATE

I HEREBY CERTIFY that on November 16th, 2005, prior to filing this motion, plaintiff sought consent for the relief to strike that he requests from all parties in this case.

_____
Christopher M. Johns, Esq. (433783)

### RULE 12-I(h) CERTIFICATE

I HEREBY CERTIFY that as of November 20th, 2005, there was no scheduling order.

_____
Christopher M. Johns, Esq. (433783)

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of November, 2005, I served the foregoing motion by **HAND DELIVERY** to: Jennifer S. Jackman, Esq., Whiteford, Taylor & Preston, L.L.P., 1025 Connecticut Avenue, N.W., Washington, D.C. 20036-5405; and by 1st class mail, postage pre-paid, to: Mallon A. Snyder and Richard S. Schrager, 107 North Adams Street, Rockville, MD 20850.

_____
Christopher M. Johns, Esq. (433783)