

# LOWELL "THE HAMMER" STANLEY
### THE INJURY LAWYER

November 21, 2002

Brad Hudson
Claims Department
Kemper Insurance Company
2810 Coliseum Center Dr., Ste 450
Charlotte, NC  28217-2394

VIA FACSIMILE
800 428 7690
AND FIRST CLASS MAIL

BRAD C. HUDSON   NOV 25 2002

Re:   My Clients:     Michael A. Cornwell
      Your Insured:   Sabha Bandukara
      Policy Number:  Please Provide
      Claim Number:   Please Provide
      Date of Loss:   8/30/2002
      Place of Loss:  1st @ New York Ave., NW, Washington, DC
      Time of Loss:   01:15 PM

Dear Mr. Hudson:

Please be advised that I have been retained to represent the above claimant for injuries and/or damages sustained in the accident indicated above.

This is to further advise that I claim a lien for services rendered as provided by the law and any negotiations, settlements, or contact with our client must be handled only through this office.

Very truly yours,

Lowell A. Stanley

LAS/pam


EXHIBIT 3

"The Voice of the Victim"™

Lowell A. Stanley, P.C. ♦ 6330 Newtown Road, Suite 324 ♦ P.O. Box 12639 ♦ Norfolk, VA 23541-0639
Telephone: (757) 461-5555; 459-CASH ♦ Peninsula: 245-CASH ♦ FAX (757) 466-1527
www.thehammer.com