### IN THE UNITED STATES DISTRICT COURT FOR
### THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL A. CORNWELL<br><br>        Plaintiff<br><br>v.<br><br>USMAN BANDUKRA, et al<br><br>        Defendants | Case No: 1:05-CV-02258-HHK |

### DEFENDANT BANDUKRA'S ANSWER TO CROSSCLAIM
### OF DEFENDANT GALLAGHER

COMES NOW, Usman Bandukra, through undersigned counsel and Whiteford, Taylor & Preston, with his Answer to Crossclaim of Defendant Gallagher and in support thereof states as follows:

1. Admitted.

2. Denied.

3. Denied.

### FIRST DEFENSE

This Court lacks personal jurisdiction over Defendant Usman Bandukra.

### SECOND DEFENSE

Plaintiff and Defendant Gallagher have failed to state claims upon which relief can be granted.

### THIRD DEFENSE

Defendant Gallagher's claim is barred by the statute of limitations.

### FOURTH DEFENSE

Plaintiff and Defendant Gallagher sued the wrong person/party.

### FIFTH DEFENSE

Defendant reserves the right to raise any defense in law or fact as it may become available.

### SIXTH DEFENSE

Defendant raises all defenses and arguments raised in his Answer to Plaintiff's Complaint and Motion for Summary Judgment as though fully set forth herein.

WHEREFORE, Defendant Usman Bandukra respectfully requests this honorable Court to enter an Order dismissing Defendant Gallagher's Crossclaim against Defendant Bandukra and entering judgment in favor of Mr. Bandukra as a matter of law, for costs and attorney's fees incurred and for such other relief this Court deems appropriate.

Respectfully submitted,

___/s/_____
Jennifer S. Jackman (#466922)
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, NW
Suite 400
Washington, DC  20036-5405
(202) 659-6800
(202) 331-0573 (facsimile)
Attorney for Defendant,
*Usman Bandukra*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of December, 2005, a copy of the foregoing was sent by first class mail, postage prepaid to:

> Christopher M. Johns, Esq.
> 18961 Highstream Drive
> Germantown, Maryland 20874
>
> Richard S. Shrager
> 107 North Adams Street
> Rockville, Maryland 20850

_____//s//_____
Jennifer S. Jackman

181398