IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL A. CORNWELL<br><br>Plaintiff<br><br>v.<br><br>USMAN BANDUKRA, et al<br><br>Defendants | Case No: 1:05-CV-02258-HHK |

## DEFENDANT BANDUKRA'S MOTION FOR SUMMARY JUDGMENT AS TO CROSSCLAIM OF DEFENDANT GALLAGHER

COMES NOW, Usman Bandukra, through undersigned counsel and Whiteford, Taylor & Preston, with his Motion for Summary Judgment as to Cross Claim of Defendant Gallagher and in support thereof states as follows:

1. Defendant Usman Bandukra was not involved in the accident on August 30, 2002 and Defendant Gallagher's Crossclaim is against the wrong person. Mr. Bandukra was not driving any car involved in the accident. Mr. Bandukra, a New York resident, was not even in the District of Columbia on the date of the accident. Mr. Bandukra did not own any cars involved in the accident. Because Defendant Bandukra was not involved in the accident, there can be no basis for a claim of contribution or indemnification by co-defendant Gallagher. Accordingly, Defendant Gallagher's Crossclaim against Defendant Bandukra should be dismissed.

2.     Defendant Bandukra previously filed a Motion for Summary Judgment and Memorandum in support thereof as to Plaintiff's claim against him which are attached hereto and adopted and incorporated as though fully set forth herein.

WHEREFORE, Defendant Usman Bandukra respectfully requests this Honorable Court to grant this Motion for Summary Judgment and to enter an Order dismissing Defendant Gallagher's Crossclaim against Defendant Bandukra and entering judgment in favor of Mr. Bandukra as a matter of law, for costs and attorney's fees incurred and for such other relief this Court deems appropriate.

Respectfully submitted,

_____//s//_____
Jennifer S. Jackman (#466922)
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, NW
Suite 400
Washington, DC  20036-5405
(202) 659-6800
(202) 331-0573 (facsimile)
Attorney for Defendant,
*Usman Bandukra*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of December, 2005, a copy of the foregoing was sent by first class mail, postage prepaid to:

> Christopher M. Johns, Esq.
> 18961 Highstream Drive
> Germantown, Maryland 20874
>
> Richard S. Shrager
> 107 North Adams Street
> Rockville, Maryland 20850

_____//s//_____
Jennifer S. Jackman

181397