**TRAFFIC ACCIDENT REPORT** — Metropolitan Police Department, Washington, D.C.

Complaint Number: 130 409

- Date of Accident: 8-30-02
- Time: 1315
- Day: FRIDAY
- Date of this Report: 8-30-02
- Location: FIRST & NEW YORK AVENUE, NW AT INTERSECTION

**Vehicle 1 — Driver:**
- BANDUKRA, SABHA, U
- 24 MAGGIE STREET, OCEANSIDE NY
- 972 038 096 / NY
- DOB: 10-29-57
- Owner: D1
- Veh: 2002 LEXUS, NY tag JJTH710 / D2 TAG LGRY BKS06 / NY

**Vehicle 3 — Driver:**
- LATIMORE, ROY
- 106 CENTER ST, FRANKLIN, VA 23851
- T6417102367 / VA
- DOB: 10-12-59
- Veh: UNK

Striking Object / Driver:
- CORNWELL II, JOHN R.
- 100 FORESTPINE RD #D
- CRV CHEV 2000 2DR RED MJ7488 / VA 02  16JTJA2121212004

**Owner (Vehicle 2):**
- GALLAGHER, MATTHEW JOHN
- 7019 SOMERSET COURT, GREENBELT, MD
- B) 404-429-2168 / MD  B) 506-1040
- CRV CHEV 97 4DR  LM502MD91  16JJ624X1212744
- 45-58

**Non-involved Witnesses:** (NONE)

**PERSONS INVOLVED:**

| # | Name / Address / Phone No. | Age | Sex | Fam | Seat Loc | Seat Belt / Child Seat | Injury Code | Ejection Code |
|---|---|---|---|---|---|---|---|---|
| D-1 | GALLAGHER, CATHERINE / 8709 SW 4TH PLACE, OCALA, FL 32011 / 3399419, 202/374-1823 | 44 | F | 1 | 01 | 04 | 03 | 04 | 01 |
| D-2 | | 42 | M | 3 | 01 | 04 | 03 | 04 | 01 |
| D-3 | BEATRIDGE, JANET / 561 S MAIN ST, SUFFOLK, VA 23434 / 757/569-0931 | 51 | F | 3 | 03 | 04 | 03 | 04 | 01 |
| | CORNWELL, MICHAEL / 106 D FORESTPINE RD, FRANKLIN, VA / (757) 569-0431 | 45 | M | 3 | 04 | 05 | 03 | 04 | 01 |

#5569



EXHIBIT 1

| Name of Injured Person | Where Taken (Hospital) | By Whom | Status | TEB Notified (Name) | Teletype Notified (Name) | Relative Notified (Name) |
|---|---|---|---|---|---|---|
| LATIERE, ROY | GEORGETOWN HOSP | AMB 6 | Admitted / Released | | | |
| BRADSHAW, JANET | WASH HOSP CEN. | AMB 12 | Admitted / Released | | | |
| CONNELL, MICHAEL | WASH HOSP CEN. | AMB 12 | Admitted / Released | | | |

**INJURED TO HOSPITAL**

**VEHICLE NO. 1**
- NAME: ON NEW YORK NW
- TOWED BY: D-1
- DIRECTION OF TRAVEL: WESTBOUND
- CIRCLE ALL NUMBERS WHERE THERE IS DAMAGE: (diagram of car)
- 13 Hood, 14 Roof, 15 Trunk, 16 Undercarriage, 17 Overturned, 18 Other (Explain in Narrative)

**VEHICLE NO. 2**
- NAME: ON NEW YORK WEST
- TOWED BY: D-2
- DIRECTION OF TRAVEL: FACING WEST
- 13 Hood, 14 Roof, 15 Trunk, 16 Undercarriage, 17 Overturned, 18 Other (Explain in Narrative)

**VEHICLE NO. 3**
- NAME: PEOPLES TOWING
- ON NEW YORK AVENUE
- FACING WEST
- LOCATION TOWED TO: 200 K STREET NE
- 13 Hood, 14 Roof, 15 Trunk, 16 Undercarriage, 17 Overturned, 18 Other (Explain in Narrative)

**VEHICLE NO. 4**
- BRADSHAW, JANET

NEW YORK AV.

35 MPH

FIRST ST.

Complaint No. 130-409

NOTE: This report is used for statistical analysis of vehicular accidents and the prevention thereof. The data given represents the opinion and conclusions of the reporting officer based on his/her judgment after considering all of the facts disclosed through his/her investigation of this accident.

**NARRATIVE:** VEHICLE #1 WHICH WAS TRAVELING WESTBOUND ON NEW YORK AVENUE NW STRUCK VEHICLE #2 WHICH WAS AT A STANDSTILL FACING WESTBOUND ON NEW YORK AVENUE NW CAUSING HIM TO STRIKE VEHICLE #3 WHICH WAS ALSO AT A STANDSTILL FACING WESTBOUND ON NEW YORK AVENUE NW. VEHICLE #'S 2 AND 3 WERE STOPPED AT A RED SIGNAL LIGHT. THERE IS NO DAMAGE TO VEHICLE #3, OR THE FRONT OF VEHICLE #2, ALSO THERE IS NO DAMAGE TO VEHICLE #1.

| Item No. | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | |

CONTINUATION SHEET (List item number of section continued with required information.) ▼ Complaint No.