

November 21, 2002

Brad Hudson
Claims Department
Kemper Insurance Company
2810 Coliseum Center Dr., Ste 450
Charlotte, NC  28217-2394

VIA FACSIMILE
800 428 7690
AND FIRST CLASS MAIL

**BRAD C. HUDSON NOV 2 5 2002**

AD 168212

|     |                  |                                          |
|-----|------------------|------------------------------------------|
| Re: | My Clients:      | Michael A. Cornwell                      |
|     | Your Insured:    | Sabha Bandukara                          |
|     | Policy Number:   | Please Provide                           |
|     | Claim Number:    | Please Provide                           |
|     | Date of Loss:    | 8/30/2002                                |
|     | Place of Loss:   | 1st @ New York Ave., NW, Washington, DC  |
|     | Time of Loss:    | 01:15 PM                                 |

Dear Mr. Hudson:

   Please be advised that I have been retained to represent the above claimant for injuries and/or damages sustained in the accident indicated above.

   **This is to further advise that I claim a lien for services rendered as provided by the law and any negotiations, settlements, or contact with our client must be handled only through this office.**

                                        Very truly yours,

                                        Lowell Stanley
                                        Lowell A. Stanley

LAS/pam

**EXHIBIT 2**

*"The Voice of the Victim"*™

Lowell A. Stanley, P.C. ♦ 6330 Newtown Road, Suite 324 ♦ P.O. Box 12639 ♦ Norfolk, VA 23541-0639
Telephone: (757) 461-5555; 459-CASH ♦ Peninsula: 245-CASH ♦ FAX (757) 466-1527
www.thehammer.com