IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL A. CORNWELL<br><br>Plaintiff<br><br>v.<br><br>USMAN BANDUKRA, et al<br><br>Defendants | Case No:    1:05-cv-02258-HHK |

### AFFIDAVIT OF USMAN BANDUKRA

State of New York
County of New York
To wit:  ss

    I, Usman Bandukra, hereby state and affirm based on personal knowledge and under the penalties of perjury as follows:

    1.    I am over 18 years of age and competent to testify.

    2.    I was not involved in an automobile accident in the District of Columbia on August 30, 2002.

    3.    I am married to Sabiha Bandukra.

    4.    In August 2002, my wife, Sabiha Bandukra, and I were insured through Kemper Insurance Company.  I was the primary insured on the policy.

    5.    I have never had any conversations with Plaintiff Michael Cornwell or any of his attorneys.

    6.    I have never personally negotiated with Plaintiff Michael Cornwell or any of his attorneys.



EXHIBIT 3

7. I understand that after my insurance company received a demand letter from Mr. Cornwell's attorney in June 2005, my attorney negotiated with Mr. Cornwell's attorney on my behalf.

8. I never negotiated with anyone on behalf of my wife, Sabiha Bandukra.

9. On or about October 21, 2005, I was served with the Summons and Complaint in this lawsuit. The Summons and Complaint identified me as a defendant. My wife, Sabiha Bandukra, was not identified as a defendant.

10. The Summons and Complaint were addressed to me only.

11. I opened the package containing the Summons and Complaint alone. I did not believe it was a gift for me and my wife since it was addressed only to me.

12. After I reviewed the Complaint, I advised my wife only that I had been sued as a result of the August 2002 accident. My wife and I had no further conversations regarding the lawsuit and I forwarded the papers to my insurance company and my attorney.

13. When I was served with the Complaint, I did not realize that I had a defense to the claim. I thought, because I was the primary insured on the insurance policy, that Mr. Cornwell had a direct claim against me and that he chose to sue me instead of my wife. I did not realize this was an error on Mr. Cornwell's part. I did not have any discussions with my wife regarding any possible defenses I had, particularly since I was not aware of any such defenses.

14. I have never attended law school or had any legal training of any kind.

15. Prior to November 2, 2005, I never had any conversations with my wife wherein I told her not to worry because Mr. Cornwell sued me instead of her.

16. On November 2, 2005, I learned for the very first time, that I had a defense to the lawsuit and that Mr. Cornwell could not sue me directly, even though I am the primary insured on the policy.

17. I do not own or have title to the vehicle that was involved in the accident.

18. Sabiha Bandukra was not conducting any business for me or on behalf of my business on the date of the accident.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on the ___ day of December, 2005.

_____
Usman Bandukra

On the _1st_ day of _December_, 2005, _Usman Bandukra_ appeared before me a Notary Public for the aforesaid jurisdiction and swore to the above statements as true.

_____
Notary Public

_9-13-2009_
My commission expires

181331

LOIS B. ANDERSON
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01AN6030478
QUALIFIED IN NASS. COUNTY
MY COMMISSION EXPIRES: SEPT. 13, 2009