SAN ANTONIO CLAIMS
JUN 2 9 2005
RECEIVED

**Christopher M. Johns, Esq.**
**Christopher M. Johns LLC**
Box 975, Laurel, MD 20725
Facsimile: 301-540-5901
410-984-3000

June 28, 2005

Faxed (210-253-2855) on the above date.

Ms. Gisela Armstrong (301-802-1729)
UNITRIN DIRECT
9901 Interstate 10 West, Suite 300
San Antonio, TX 78230

| | |
|---|---|
| Claim Number: | 2270168212 |
| My Clients: | Michael A. Cornwell |
| Your Insured: | Usman Bandukra |
| DOL: | 08-30-2002 |

Dear Ms. Armstrong:

    I represent the above named client on the above claim. Please only communicate through my office on this claim. I understand that on about 09-05-2003 a $250 offer through Kemper Auto and Home Insurance was made to Mr. Cornwell and that today an offer of $20,000 was made to settle the claim. My client also rejects the $20,000. At this point, we feel that policy limits should be disregarded. My client offers your insured that not to execute a judgment for amounts exceeding his insurance policy limits provided that he assigns any bad-faith and negligent claims that your insured has against Kemper Auto and Home Insurance and Unitrin Direct and further provided that the court finds them to be viable claims. I am confident that a court will find them to be viable. Please have your insured, or his attorney, respond to my offer with in the next 10 days.

Sincerely,
Christopher M. Johns LLC
Christopher M. Johns, Esq.
**TIN Number: 76-0721271**



EXHIBIT 4