## WHITEFORD, TAYLOR & PRESTON L.L.P.

SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND 21202-1626
TELEPHONE 410 347-8700
FAX 410 752-7092

20 COLUMBIA CORPORATE CENTER
10420 LITTLE PATUXENT PARKWAY
SUITE 495
COLUMBIA, MARYLAND 21044-3528
TELEPHONE 410 884-0700
FAX 410 884-0719

1025 CONNECTICUT AVENUE, NW
WASHINGTON, D.C. 20036-5405
202 659-6800
FAX 202 331-0573
www.wtplaw.com

210 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4515
TELEPHONE 410 832-2000
FAX 410 832-2015

115 ORONOCO STREET
ALEXANDRIA, VIRGINIA 22314-1685
TELEPHONE 703 836-5742
FAX 703 836-3558

JENNIFER S. JACKMAN
DIRECT NUMBER
202 659-6794
jjackman@wtplaw.com

July 18, 2005

**CONFIDENTIAL -- FOR SETTLEMENT PURPOSES ONLY**

Christopher M. Johns, Esq.
Box 975
Laurel, Maryland 20725

      Re:    Your Client: Michael A. Cornwell
               My Client: Usman Bandukra
               DOL: 08-30-02

Dear Mr. Johns:

      Our office has been retained to represent Usman Bandukra in the claims that have been made against him resulting from an accident allegedly occurring on August 30, 2002. This letter responds to your letter of June 28, 2002 to Gisela Armstrong at Unitrin Direct.

      It is very clear that the parties value Mr. Cornwell's claim very differently. This was a very low impact accident and there is a question as to whether your client's car was even hit. Certainly, in the event that your client's car was struck, it was not struck by my client's car. Furthermore, in the event that there is ever a finding of liability on the part of my client, your client faces a large causation obstacle in proving that he sustained the injuries he claims in this very low impact incident.

      Though liability and damages are disputed, in a good faith effort to resolve this claim, my client made an offer to settle this matter for $20,000.00, given the facts and information currently available. In the event that your client realistically believes he is entitled to a greater sum, further information must be provided to allow us to more fully evaluate this claim, including:

EXHIBIT 5

Christopher M. Johns, Esq.
July 18, 2005
Page 2

- Full medical records from this incident.
- A list of all medical health care providers who have rendered treatment to Mr. Cornwell over the past 10 years.
- A description of all injuries sustained by Mr. Cornwell over the past 10 years.
- A list of all prior claims made by Mr. Cornwell against insurance companies.
- Fully executed HIPAA compliant releases for medical records.
- In the event Mr. Cornwell claims lost wages, a list of all of his employers for the past 10 years.
- Fully executed releases for employment records.
- Tax Returns for the past 5 years.

Regarding your offer for Mr. Bandukra to assign any potential bad faith claims to Mr. Cornwell, Mr. Bandukra rejects this offer.

I look forward to hearing from you.

Very truly yours,

Jennifer S. Jackman

JSJ:wt&pl