SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

MICHAEL A. CORNWELL

    Plaintiff

v.

USMAN BANDUKRA, et al

    Defendants

Case No:    0006897
Judge:    Michael L. Rankin
Next Scheduled Event:
Initial Scheduling Conference – 12/9/05

## DEFENDANT BANDUKRA'S OBJECTIONS AND ANSWERS TO PLAINTIFF'S INTERROGATORIES

COMES NOW, Defendant Usman Bandukra, through undersigned counsel and Whiteford, Taylor & Preston, with his Objections and Answers to Plaintiff's Interrogatories and in support thereof, states as follows:

(a)    These Answers have been prepared with the assistance of counsel. Therefore, exact word choice of an answer may not be the exact word choice of the answering party.

(b)    Since these Interrogatories are continuing in nature, the answering party reserves the right to supplement, either by addition or deletion, these Answers.

(c)    The information supplied in these Answers is not based solely on the knowledge of the executing party, but includes knowledge of the party, its agents, representatives and, unless privileged, its attorneys.



EXHIBIT 8

investigations conducted in anticipation of litigation. Without waiving the aforementioned objection, Defendant has no knowledge as to any such investigation. Defendant understands that Plaintiff submitted medical records to his insurer but does not know what, if any investigation was conducted.

**Interrogatory No. 13**: Identify each person, no heretofore mentioned, having personal knowledge of facts material to this case and state the subject matter of said person's personal knowledge.

**Objection and Answer**:    Defendant objects to this interrogatory to the extent it seeks information that is protected from discovery through the attorney work product doctrine. Without waiving the aforementioned objection, Defendant refers Plaintiff to the police report that is attached.

**Interrogatory No. 14**: Identify each person, not mentioned above, having discoverable information tending to support a position that you have taken or intend to take and state the subject matter thereof.

**Objection and Answer**: Defendant objects to this interrogatory to the extent that it seeks information that is protected from discovery through the attorney work product doctrine. Without waiving the aforementioned objection, those individuals present at the accident, including the responding police officer, would have knowledge of the fact that Defendant was not there.

**Interrogatory No. 15**:  Identify (a) each person with whom you have had[sic] communicated with (non-privileged written or verbal) concerning the accident. And for each such communication, (b) identify each person present, (c) state the manner of communication (telephone, in person, written, etc.), (d) state the date and time of each such communication, (e) state the substance of each such communication, (f) identify each document made, if any, relative to, or to memorialize, each such verbal communication, and (g) identify the person(s) who have possession, custody, or control of any such document relating to each such communication.

**Objection and Answer** (a)-(g) Defendant discussed the accident with his wife. He does not recall the date of those communications. Defendant also discussed Plaintiff's claims against him relating

-6-

to the accident in which he was not involved with his insurance company, after being placed on notice of Plaintiff's intention to file suit/make a claim. Those communications are privileged as they occurred in anticipation of litigation. Defendant does not recall the date of those conversations.

**Interrogatory No. 16**: Identify each non-privileged written statement, and each written note of a verbal communication, concerning the accident and/or this action. State the substance of each such written statement and each such note, and identify who has possession, custody, or control of each.

**Answer:**     Defendant has not authored, nor is he aware of, any such statements.

**Interrogatory No. 17**: State which of the persons named in your answers are known by you or are related to you and the extent and character of the acquaintanceship or nature of the relationship.

**Answer:**     Other than his wife, none.

**Interrogatory No. 18**: Identify each person whom you propose to call as an expert witness, state the subject matter on which each proposed expert is expected to testify, state the substance of the facts and opinions to which the expert is expected to testify, state a summary of the grounds for each opinion, and attach any written report made by each expert concerning those facts and opinions.

**Objection and Answer:**     Defendant objects to this interrogatory to the extent it exceeds the scope of permissible discovery under the rules or includes information that it privileged through the attorney work product doctrine or the attorney client privilege. Without waiving the aforementioned objection, Defendant has not yet made this determination.

**Interrogatory No. 19**: Identify each person who has given you written statements concerning the accident.

**Answer:**     None.

**Interrogatory No. 20**: Identify each person who has given you recorded statements concerning the accident.

**Answer:**     None.

UNDER THE PENALTIES OF PERJURY, on this ___ day of November , 2005, I do hereby swear and affirm that I have reviewed the foregoing Answers to Interrogatories and that they are true and accurate to the best of my information and belief.

_____
Usman Bandukra

                    Respectfully submitted,

                    _____
                    Jennifer S. Jackman
                    Whiteford, Taylor & Preston L.L.P.
                    1025 Connecticut Avenue, NW
                    Washington, DC 20036-5405
                    (202) 659-6800
                    *Attorney for Defendant,*
                    *Usman Bandukra*

12

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8 day of November, 2005, a copy of the foregoing was sent first class postage prepaid mail to:

Christopher M. Johns, Esq.
P.O. Box 975
Laurel, MD 20707

Matthew Gallagher
7819 Somerset Court
Greenbelt, MD 20770

_____
Jennifer S. Jackman

*180437*