## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| MICHAEL A. CORNWELL | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:05 - 2258 HHK |
| | : Judge Kennedy, Jr. J. |
| MATTHEW J. GALLAGHER, et al. | : |
| Defendants. | : |

### LINE ENTERING APPEARANCE

Madam Clerk:

    Please enter the appearance of Richard S. Schrager, Esquire, and Mallon A. Snyder, Chartered, as counsel on behalf of the Defendant, Matthew J. Gallagher, in the above-captioned matter.

        Respectfully submitted,

        MALLON A. SNYDER, CHARTERED

        _____
        Richard S. Schrager, #349530
        107 North Adams Street
        Rockville, Maryland 20850
        (301) 762-7500

        Counsel for Defendant

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 6th day of December, 2005, a copy of the foregoing was mailed, postage prepaid, via ordinary mail, addressed to:

Christopher M. Johns, Esq. (433783)
CHRISTOPHER M. JOHNS, LLC
P.O. Box 975
Laurel, Maryland 20725

Jennifer S. Jackman
Whiteford, Taylor & Preston, L.L.P.
1025 Connecticut Avenue, N.W.
Washington, D.C. 20036-5405

                                                            _____
                                                            Richard S. Schrager