

# Montagna Klein Camden L.L.P.
## Counselors at law

Charles S. Montagna

John H. Klein

Gregory E. Camden

Lance A. Jackson

Jon J. Montagna

Charlene Parker Brown

425 Monticello Avenue
Norfolk, VA 23510

Norfolk:
757.622.8100
Virginia Beach:
757.499.7800
Peninsula:
757.380.8100
Toll Free:
877.622.8100
Fax:
757.622.8180

February 17, 2005

**VIA OVERNIGHT MAIL**
Ms. Myrtle Campbell
Claim Representative
Unitrin Direct Insurance Company
9901 Interstate 10 West, Suite 300
San Antonio, Texas 78230

    Re:    Our client:    Michael Cornwell
           Your insured:    Usman Bandukra
           Your claim no.:    2270168212
           Accident date:    8/30/02

Dear Ms. Campbell:

    Pursuant to our last discussion concerning the above-referenced matter, I am sending this letter and enclosed materials for your review and evaluation in an effort to resolve this matter on an amicable basis.

    My law firm claims a lien for attorney's fees and costs incurred pursuant to Virginia Code Section 54.1-3932, as amended.

## ACCIDENT FACTS

    On Friday, August 30, 2002, Michael Cornwell was sitting in the back seat of a 2000 Chevrolet Cavalier operated by Roy Latheri, on New York Avenue, stopped for a red light at the intersection with First Avenue in the City of Washington, D.C. Sitting in the front passenger seat was Janet Bradshaw, Mr. Cornwell's friend. All three were traveling from Franklin, Virginia to the Washington Convention Center to see Benny Hinn. Mr. Cornwell was sitting in the middle of the back seat. There was no headrest behind him. Directly behind Cornwell was another car stopped for the light, operated by Matthew Gallagher.

    As the two cars were stopped at the light, a third car operated by Usman Bandukra struck the Gallagher vehicle, pushing it into the car carrying Michael Cornwell. The enclosed repair bill for the 2000 Chevrolet Cavalier shows that the frame in the rear portion of the car was bent and had to be pulled and aligned, and the rear bumper was found to have a bulge that would not come out.

On impact, Mr. Cornwell was snapped forward and backwards in his seat. Again, there was no headrest behind his head to prevent his neck from hyperflexing. He immediately experience pain in his neck at the accident scene and complained of neck pain to the investigating police officer and to the EMS personnel who arrived at the scene. D.C. EMS personnel transported him from the scene to Washington Hospital Center.

## DAMAGES

## PAST MEDICAL HISTORY

Enclosed for your review are complete medical records of Lakeview Medical Center, Michael Cornwell's family doctors, from August 30, 1997, through August 30, 2002. As the enclosed records show, including the doctor's note of August 28, 2002, two days before the accident, Mr. Cornwell had no history of neck pain, arthritis, or other musculoskeletal problems before the accident.

## ACCIDENT-RELATED MEDICAL CARE

On arrival at Washington Hospital Center on August 30, 2002, Mr. Cornwell complained of neck pain, low back pain, and pain in his left arm. He was treated in the emergency room and released with a diagnosis of musculoskeletal pain.

The next day, Mr. Cornwell went to Louise Obici Hospital in Suffolk, Virginia, complaining of pain in his left elbow, which had not been evaluated at Washington Hospital Center the previous evening. The doctor read the x-ray as showing a questionable avulsion fracture. The nurse's notes from August 31, 2002, also show that Cornwell complained of numbness in his left arm.

At the time of the accident, Mr. Cornwell was not employed. However, he had a job lined up as forklift driver, which would involve heaving lifting.

After the accident, Mr. Cornwell continued to have pain in his neck, extending down between his shoulder blades. Before September 5, 2002, he scheduled an appointment with Portsmouth Orthopaedics, but was told that he could not be seen until September 12, 2002. On September 5, 2002, Mr. Cornwell returned to Louise Obici Hospital, complaining of pain in his neck and back, right shoulder pain shooting toward his back, and numbness in his left hand and right shoulder. The nurse practitioner diagnosed thoracic strain and a left shoulder contusion. The doctor prescribed a shot of Toradol, Flexeril for muscle spasm, and Naprosyn for pain, and urged him to keep his appointment with his orthopaedist.

On September 9, 2002, Mr. Cornwell began treating with orthopaedic doctor David Durica, M.D., of Portsmouth Orthopaedics. On examination Dr. Durica noted a

great disparity of grip strength, 80 pounds in the right hand and only 5 pounds in the left; significantly reduced range of motion in the neck; tenderness in the thoracic area; and tenderness in the right thigh. Dr. Durica diagnosed cervical spine sprain; dorsal spine sprain; and contusions of the right femur and left elbow. Dr. Durica prescribed Vioxx and physical therapy.

On September 16, 2002, Mr. Cornwell reported to Dr. Durica that physical therapy helped, except for cervical traction, which made him worse, and that pain continued to radiate into his left arm. Dr. Durica then ordered a cervical MRI, which was performed at Louise Obici Hospital on September 23, 2002.

The September 23, 2002, cervical MRI revealed a left lateral herniated nucleus pulposus at C4C5 narrowing the left neural foramen and deforming the left side of the spinal cord. In addition, the radiologist suspected another smaller left lateral herniated nucleus pulposus at C5C6 involving the left neural foramen.

Three days later, Dr. Durica referred Cornwell to orthopaedist Mark Kerner, M.D., for a consultation regarding possible neck surgery.

On October 15, 2002, Mr. Cornwell visited Dr. Kerner at the Spine Center of Hampton Roads in Portsmouth, Virginia. Dr. Kerner reviewed the MRI scans as showing cervical disk herniations at C4C5 and at C5C6 causing spinal cord compression. On October 22, 2002, Cornwell returned to Dr. Durica, who concurred with Dr. Kerner that surgery was reasonable for Cornwell's continuing left cervical radiculitis.

Because Mr. Cornwell had a history of heart attack, he had to be cleared by a cardiologist for surgery before the operation. On October 30 and 31, 2002, Lakeview Medical evaluated Mr. Cornwell and performed a number of tests, which indicated that it was safe for surgery to proceed. (See enclosed November 1, 2002, note of Dr. Eich.)

On November 4, 2002, Dr. Kerner performed surgery on Mr. Cornwell at Maryview Medical Center in Portsmouth. During the operation, Dr. Kerner found an extruded left-sided disk herniation at C4C5 and cervical stenosis at C5C6 and C6C7. He performed diskectomies of the disks at each of these levels, implanted bone into each disk space, and braced the three-level fusion with an anterior cervical locking plate.

Therafter, Dr. Kerner prescribed a course of physical therapy, which Mr. Cornwell received at Southampton Memorial Hospital in Franklin, Virginia from February 3, 2003, through March 7, 2003.

After performing the neck surgery, Dr. Kerner saw Mr. Cornwell on February 14, 2003, and on May 6, 2003, at which times Dr. Kerner noted that the fusion was healing well. On October 31, 2003, Dr. Kerner's partner Anuradha Datyner, M.D., saw

Mr. Cornwell, noting that he still had occasional neck pain during rainy weather.

As a result of the accident of August 30, 2002, Mr. Cornwell has incurred medical expenses which are summarized on the next page:

| HEALTH CARE PROVIDER | DATE(S) OF TREATMENT | AMOUNT |
|---|---|---|
| D.C. Fire and EMS Dept. | 8/30/02 | $207.00 |
| Washington Hospital Center | 8/30/02 | $1637.38 |
| Emergency Physicians of Tidewater | 8/31/02, 9/5/02 | $343.00 |
| Louise Obici Hospital | 8/31/02 | $643.25 |
| Louise Obici Hospital | 9/5/02 | $178.26 |
| Louise Obici Hospital (MRI) | 9/23/02 | $1,014.00 |
| Lakeview Medical Center Cardiology | 10/30/02-10/31/02 | $2,837.00 |
| EBI (cervical collar) | | $24.00 |
| Suffolk Radiology Associates | 8/31/02 | $28.00 |
| Suffolk Radiology Associates | 9/23/02 | $258.00 |
| Portsmouth Orthopaedic Associates | 9/9/02-12/23/02 | $3,265.00 |
| Orthopaedic Surgery Centers (Mark Kerner, M.D., Anuradha Datyner, M.D. Douglas Kells, M.D. ) | 10/31/02-7/30/04 | $14,523.00 |
| Portsmouth Anesthesia Associates | 11/4/02 | $2,108.00 |
| Maryview Medical Center | 10/31/02, 11/4/02 | $22,546.42 |
| Southampton Memorial Hospital (Physical Therapy) | 2/3/03-3/7/03 | $1,236.50 |
| Prescriptions | | $804.92 |
| TOTAL MEDICAL EXPENSES | | $51,653.73 |

In light of the foregoing, I am willing to recommend settlement of this claim in the amount of $550,000.00. I look forward to your early reply.

Very truly yours,

Lance A. Jackson

Enclosures
cc:   Michael Cornwell (via first class mail)(w/out encl.)