IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL A. CORNWELL<br>Plaintiff<br>v.<br>USMAN BANDUKRA, et al.<br>Defendants | :<br>:<br>: Case No. : 1:05-cv-02258-HHK<br>:<br>:<br>: |

### AFFIDAVIT OF MICHAEL A. CORNWELL

I, Michael A. Cornwell, am over 18 years old and I am competent to be a witness.

I did not see the at fault driver, Sabiha Bandukra, in the August 30th, 2002 accident.

Lowell 'The Hammer' Stanley terminated himself as my attorney on 11-07-03. Without waiving my attorney client privilege, he never told me of the identity of any at fault driver. Attached to my reply to defendant's opposition to my motion to amend as *Exhibit 11* are letters I received from Stanley. No where on them does he identity any at fault driver.

After Lowell 'The Hammer' Stanley terminated himself as my attorney, I used Lance A. Jackson as my attorney. Without waiving my attorney client privilege, he told me that Mr. Bandukra was the at fault party and mailed to me a copy of my demand letter that he sent to the insurance company specifically naming Mr. Usman Bandukra as the at fault driver.

I declare and affirm under the penalty of perjury and upon personal knowledge that the foregoing facts are true and correct.

_____  12-12-05
Michael A. Cornwell      (Date)