**UNITRIN direct**
auto insurance

July 6, 2005

Christopher M. Johns
Box 975
Laurel, MD  20725

    Our insured:    Bandukra, Usman
    Our Claim No:    2270168212
    Date Of Loss:    8/30/2002

Dear Attorney Johns:

This letter will acknowledge your faxed letter of June 28, 2005 and our conversation of today.

We have forwarded a copy of your letter to our Defense Council along with a copy of our file for their review.

We are in the process of speaking with our defense council and our insured regarding your letter and we will get back with you.


UNITRINDIRECT

*Gisela Armstrong* (signature)

Gisela Armstrong
Claim Representative
210-253-2801-


"Any person who knowingly makes or knowingly assists, abets, solicits, or conspires with another to make a false report of the theft, destruction, damage or conversion of any motor vehicle to a law enforcement agency, the department of motor vehicles or an insurance company, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five