*Att: Billy+ Brett*

LOWELL A. STANLEY
MICHAEL J. WOODWORTH
GARY H. LISOWSKI

**LOWELL A. STANLEY**
ATTORNEYS AND COUNSELLORS AT LAW
6330 NEWTOWN ROAD, SUITE 324
POST OFFICE BOX 12639
NORFOLK, VIRGINIA 23541-0639

TELEPHONE
(757) 461-5555
FACSIMILE
(757) 466-1527

November 7, 2003

Michael A. Cornwell
9897 S. Quay Rd.
Suffolk, VA 23437

VIA CERTIFIED MAIL
RETURN RECEIPT
7003 1010 0003 9513 0047
AND FIRST CLASS MAIL

Re:   Your accident of 8/30/2002

Dear Mr Cornwell:

After careful investigation of the facts of your case, I have determined that we can find no basis for recovery on your behalf. This letter will serve as notice that we are closing your file with no charge to you.

Please be further advised that if you wish to seek the services of another attorney you should do so immediately in order to avoid any statute of limitations problem.

I wish to thank you for considering this firm for your legal needs. If you have any questions about this matter please do not hesitate to contact me.

Again, I am closing my file with no charge to you.

With kind regards, I remain

Very truly yours,

Lowell A. Stanley

LAS/pam



*1301-540-5901*

September 9, 2003

Michael A. Cornwell
100 D Forest Pine Rd.
Franklin, VA 23851

      Re:    Your personal injury matter of 8/30/2002

Dear Mr Cornwell:

    Your claim for personal injuries has been transferred to my paralegal, Lisa Dambrauskas, for further handling.

    She has reviewed your file and would like to discuss your medical treatment with you. Following is a list of your medical providers. Please take a moment to review this list. Contact this office **immediately** if you have been treated by any providers not listed below.

                Washington Hospital Center (08/30/02)
                Louise Obici Hospital (08/31/03)
                Lakeview Medical Center (08/31/03)
                Louise Obici Hospital (09/05/02)
                Louise Obici Hospital ((09/05/02)
                Portsmouth Ortho Assoc. (Dr. Durica)
                The Spine Center (Dr.Kerner/Datyner)
                Louise Obici Hospital (09/23/03)
                Maryview Medical Center (11/04/02)
                Orthopaedic Surgery Center (Dr. Jeffrey Persons)
                Southampton Memorial Hospital (11/14/02_

    Thank you for your attention to this matter. I remain

                        Very truly yours,

                        Lowell A. Stanley

LAS/lld

*"The Voice of the Victim"*™

Lowell A. Stanley, P.C. ♦ 5330 Newtown Road, Suite 324 ♦ P.O. Box 12639 ♦ Norfolk, VA 23541-0639
Telephone: (757) 461-5555; 459-CASH ♦ Peninsula: 245-CASH ♦ FAX (757) 466-1527
www.thehammer.com



September 25, 2003

Michael A. Cornwell
100 D Forest Pine Rd.
Franklin, VA 23851

      Re:    Your Personal Injury Matter of 8/30/2002

Dear Mr Cornwell:

    Pursuant to our recent conversation, please be advised that your file has been transferred to our litigation division. For further information on the status of your case, please contact **our litigation department**. They will be glad to help you in any way.

    The medical authorizations you initially signed are now out dated. We need you to sign new authorizations right away so we can obtain any medical records needed for your case. Enclosed are two authorizations to Disclose Health Information. Please sign, **BUT DO NOT DATE**, these documents and return them in the self-addressed stamped envelope, also enclosed.

    It is a pleasure working with you.

                              Sincerely,

                              Lisa Dambrauskas
                              Paralegal for
                              Lowell A. Stanley

LAS/lld
Enclosures

*"The Voice of the Victim"*

Lowell A. Stanley, P.C. ♦ 6330 Newtown Road, Suite 324 ♦ P.O. Box 12639 ♦ Norfolk, VA 23541-0639
Telephone: (757) 461-5555; 459-CASH ♦ Peninsula: 245-CASH ♦ FAX (757) 466-1527
www.thehammer.com