IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL A. CORNWELL<br><br>    Plaintiff<br><br>v.<br><br>USMAN BANDUKRA, et al<br><br>    Defendants | Case No:    1:05-cv-02258-HHK |

## ENTRY OF APPEARANCE

THE CLERK OF THE COURT shall kindly note the appearance of John J. Hathway of Whiteford, Taylor & Preston, LLP, as additional counsel for the defendant, Usman Bandukra.

Respectfully submitted,

_____//s//_____
John J. Hathway (#412664)
Jennifer S. Jackman (#466922)
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, NW
Suite 400
Washington, DC  20036-5405
(202) 659-6800
(202) 331-0573 (facsimile)

Counsel for Defendant,
*Usman Bandukra*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of December, 2005, a copy of the foregoing was sent by electronic mail to:

>Christopher M. Johns, Esq.
>P.O. Box 975
>Laurel, MD 20707


>Richard S. Schrager, Esq.
>Mallon A. Snyder Chtd
>107 North Adams Street
>Rockville, Maryland 20850

>_____//s//_____
>John J. Hathway

*182287*