IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL A. CORNWELL<br><br>    Plaintiff<br><br>v.<br><br>USMAN BANDUKRA, et al<br><br>    Defendants | Case No:    1:05-cv-02258-HHK |

**DEFENDANT'S MOTION FOR LEAVE TO FILE SURREPLY**

COMES NOW, Defendant Usman Bandukra, through undersigned counsel Whiteford, Taylor & Preston, LLP with his Motion for Leave to File Surreply to Plaintiff's Reply to Defendant Bandukra's Opposition to Plaintiff's Motion to Amend Complaint, which is being filed simultaneously, and in support thereof states as follows:

For the first time, Plaintiff raises the issue of service in Plaintiff's Reply to Defendant Bandukra's Opposition to the Motion to Amend Complaint. In footnote 3 on page 8 of Plaintiff's Reply, Plaintiff asserts the 120 day Federal Rule 4(m) is applicable since the matter has been transferred from state court to federal court. We request leave to address this distinct issue.

WHEREFORE, Defendant Usman Bandukra respectfully requests this Honorable Court to grant Defendant's Motion for Leave to File Surreply and to deem this Surreply accepted as of this date.

                                            Respectfully submitted,

                                          _____//s//_____
                                          John J. Hathway (#412664)
                                          Jennifer S. Jackman (#466922)
                                          Whiteford, Taylor & Preston L.L.P.
                                          1025 Connecticut Avenue, NW
                                          Suite 400
                                          Washington, DC  20036-5405
                                          (202) 659-6800
                                          (202) 331-0573 (facsimile)

                                          Counsel for Defendant,
                                          *Usman Bandukra*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of December, 2005, a copy of the foregoing was sent by electronic mail to:

>Christopher M. Johns, Esq.
>P.O. Box 975
>Laurel, MD 20707


>Richard S. Schrager, Esq.
>Mallon A. Snyder Chtd
>107 North Adams Street
>Rockville, Maryland 20850


>_____//s//_____
>Jennifer S. Jackman

182259