IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL A. CORNWELL <br><br> Plaintiff <br><br> v. <br><br> USMAN BANDUKRA, et al <br><br> Defendants | Case No:   1:05-cv-02258-HHK |

### ORDER

THIS MATTER having come before the Court on Defendant Usman Bandukra's Motion for Leave to File Surreply, it is hereby

ORDERED, that the Defendant's Motion is hereby GRANTED.

IT IS SO ORDERED.

_____
United States District Court Judge

COPIES TO:

Jennifer S. Jackman, Esq.
WHITEFORD, TAYLOR & PRESTON, LLP
1025 Connecticut Avenue, NW
Suite 400
Washington, DC 20036
*Counsel for Defendant Bandukra*

Christopher M. Johns, Esq.
P.O. Box 975
Laurel, MD 20707
*Counsel for Plaintiff*

Richard S. Schrager, Esq.
Mallon A. Snyder Chtd
107 North Adams Street
Rockville, Maryland 20850
*Counsel for Defendant*

*182260*