IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL A. CORNWELL** :  | |
|     **Plaintiff** : | |
| vs. : | **1:05-cv-02258-HHK** |
| : | |
| **USMAN BANDUKRA, et al.** : | |
|     **Defendants** : | |

## PRECIPE

Dear Clerk:

Please replace the attached "Proposed Amended Complaint" and the "Proposed Amended Complaint Showing Additions and Deletions" as *Exhibit 1* to "Plaintiff's Motion For Leave To Amend His Complaint." Thank you for your assistance with this matter.

                                            Respectfully submitted,
                                            CHRISTOPHER M. JOHNS LLC

                                            _____/s/_____
                                            Christopher M. Johns, Esq. (MD15677)
                                            Box 975, Laurel, MD 20725
                                            Telephone: 301-674-6900
                                            Facsimile: 301-540-5901

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the foregoing was served on all parties pursuant to Local Rule LCvR 5.4(d) as all parties have received CM/ECF passwords for electronic filing.

                                            _____/s/_____
                                            Christopher M. Johns, Esq. (MD15677)