IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL A. CORNWELL : | |
| : | |
| Plaintiff, : | |
| : | Case No.: 1:05-CV-02258 HHK |
| v. : | |
| : | |
| MATTHEW J. GALLAGHER, et al. : | |
| : | |
| Defendants. : | |

**DEFENDANT GALLAGHER'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

COMES NOW the Defendant, Matthew J. Gallagher, by and through counsel, Mallon A. Snyder, Esquire; Richard, S. Schrager, Esquire; and Mallon A. Snyder, Chartered, and in response to Plaintiff's Amended Complaint states as follows:

**FIRST DEFENSE**

The Amended Complaint fails to state a claim upon which relief can be granted.

**SECOND DEFENSE**

The Defendant generally denies all allegations of the Plaintiff's Amended Complaint and asserts all defenses available under the Rules of the District of Columbia.

**THIRD DEFENSE**

The Plaintiff's Amended Complaint is barred by the applicable Statute of Limitations.

**FOURTH DEFENSE**

The Plaintiff was contributorily negligent and/or assumed the risk of his injuries.

## FIFTH DEFENSE

The Plaintiff's injuries, if any, are the result of acts or omissions of other persons or entities over whom this Defendant exercises no control.

## SIXTH DEFENSE

The Plaintiff's exclusive remedy is contained in the Worker's Compensation statute.

## SEVENTH DEFENSE

As to the individually numbered paragraphs of the Plaintiff's Amended Complaint, this Defendant states as follows:

1. This Defendant is without sufficient information to either admit or deny the allegation contained in Paragraph 1 of the Complaint.

2. This Defendant is without sufficient information to either admit or deny the allegation contained in Paragraph 2 of the Complaint.

3. Admitted.

4. Admitted.

5. The Defendant admits the existence of the statutes cited, but denies that they confirm jurisdiction upon the Court.

6. Admitted, except as to the allegations concerning the nature and extent of the claimed injuries.

7 - 13. This Defendant denies all allegations of negligence.

14. Denied.

15. The allegations contained in Paragraph 15 of the Plaintiff's Amended Complaint are not applicable to this Defendant.

WHEREFORE, having fully responded to the Plaintiff's Amended Complaint, the Defendant prays this Honorable Court dismiss the Plaintiff's Amended Complaint.

Respectfully submitted,

MALLON A. SNYDER, CHARTERED

_____
Mallon A. Snyder, #387516
Richard S. Schrager, #349530
107 North Adams Street
Rockville, Maryland 20850
(301) 762-7500

Counsel for Defendant Gallagher

## JURY DEMAND

The Defendant, Matthew J. Gallagher, by and through counsel, Mallon A. Snyder, Esquire, Richard, S. Schrager, Esquire, and Mallon A. Snyder, Chartered, demands a trial by jury.

_____
Richard S. Schrager

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of February, 2006, a copy of the foregoing was mailed, postage prepaid, via ordinary mail, addressed to:

Christopher M. Johns, Esq.
CHRISTOPHER M. JOHNS, LLC
P.O. Box 975
Laurel, Maryland 20725

John J. Hathaway, Esq.
Jennifer S. Jackman, Esq.
Whiteford, Taylor & Preston, L.L.P.
1025 Connecticut Avenue, N.W.
Washington, D.C. 20036-5405

_____
Richard S. Schrager