**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL A. CORNWELL : | |
| Plaintiff, : | |
| : | Case No.: 1:05-CV-02258 HHK |
| v. : | |
| MATTHEW J. GALLAGHER, et al. : | |
| Defendants : | |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . : | |
| MATTHEW J. GALLAGHER : | |
| Defendant/Cross-Plaintiff : | |
| v. : | |
| USMAN BANDUKRA : | |
| and : | |
| SABIHA U. BANDUKRA : | |
| Defendants/Cross-Defendants : | |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .: | |

**CROSSCLAIM OF DEFENDANT GALLAGHER AGAINST
DEFENDANTS BANDUKRA**

COMES NOW the Defendant and Cross-Plaintiff, Matthew J. Gallagher, by and through counsel, Mallon A. Snyder, Esquire, Richard S. Schrager, Esquire, and Mallon A. Snyder, Chartered, and files this Crossclaim against the co-defendants, Usman Bandukra and Sabia U. Bandukra, on the following grounds:

1.  The parties to this Crossclaim have been named as Defendants in the Amended Complaint filed in this action by Michael A. Cornwell, which alleges that the plaintiff sustained personal injuries, damages and losses as a result of an accident which occurred at the intersection of New York Avenue and First Street, NW on or about August 30, 2002.

2.  In the event the Plaintiff obtains a recovery against this Defendant/Cross-Plaintiff, then Matthew J. Gallagher alleges that the accident in question, and the plaintiff's allegedly resulting injuries, were proximately caused by the negligence of Defendants/Cross-Defendants Bandukra.

3.  In the event the plaintiff obtains a recovery against this Defendant/Cross-Plaintiff, then Matthew J. Gallagher is entitled to contribution and/or indemnification from the Defendants/Cross-Defendants, Usman Bandukra and Sabia U. Bandukra, with respect to all or a proportionate amount of any such verdict.

WHEREFORE, in the event the Plaintiff obtains a verdict against this Defendant/Cross-Plaintiff, then Matthew J. Gallagher demands judgment in contribution and/or indemnification against Usman Bandukra and Sabia U. Bandukra with respect to the entire or proportionate amount of any such verdict.

Respectfully submitted,

MALLON A. SNYDER, CHARTERED

_____
Mallon A. Snyder, #387516
Richard S. Schrager, #349530
107 North Adams Street
Rockville, Maryland 20850
(301) 762-7500

Counsel for Defendant Gallagher

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of February, 2006, a copy of the foregoing was mailed, postage prepaid, via ordinary mail, addressed to:

Christopher M. Johns, Esq.
CHRISTOPHER M. JOHNS, LLC
P.O. Box 975
Laurel, Maryland 20725

John J. Hathaway, Esq.
Jennifer S. Jackman, Esq.
Whiteford, Taylor & Preston, L.L.P.
1025 Connecticut Avenue, N.W.
Washington, D.C. 20036-5405

_____
Richard S. Schrager