IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL A. CORNWELL<br><br>    Plaintiff<br><br>v.<br><br>USMAN BANDUKRA, et al<br><br>    Defendants | Case No:    1:05-cv-02258-HHK |

**DEFENDANT USMAN BANDUKRA'S ANSWER TO AMENDED COMPLAINT**

COMES NOW, Usman Bandukra, through undersigned counsel and Whiteford, Taylor & Preston, with his Answer to Plaintiff's Amended Complaint and states as follows:

1. Defendant is without sufficient knowledge to admit or deny the allegations contained in paragraph 1; accordingly, they are denied.

2. Admitted.

3. Defendant is without sufficient knowledge to admit or deny the allegations contained in paragraph 3; accordingly, they are denied.

4. Defendant admits that the accident at issue in the Complaint occurred in the District of Columbia.

5. Paragraph 5 contains a legal conclusion to which no response is required.

6. Defendant admits that Plaintiff was a passenger in a car on August 30, 2002 on New York Avenue and that Matthew Gallagher and Sabiha Bandukra were operating cars at the same intersection. Defendant denies the remaining allegations contained in paragraph 6.

7. Defendant admits that all of the vehicles were using the same road way. The remaining allegations contained in paragraph 7 are denied.

8. Defendant admits that all of the vehicles were using the same roadway. The remaining allegations contained in paragraph 8 are denied.

9. The first sentence of paragraph 9 contains a legal conclusion to which no response is required. To the extent a response is deemed appropriate, the allegations are denied. Defendant denies the remaining allegations contained in paragraph 9.

10. The first sentence of paragraph 10 contains a legal conclusion to which no response is required. To the extent a response is deemed appropriate, the allegations are denied. Defendant denies the allegations contained in paragraph 10.

11. The first sentence of paragraph 11 contains a legal conclusion to which no response is required. To the extent a response is deemed appropriate, the allegations are denied. Defendant denies the allegations contained in paragraph 11.

12. The first sentence of paragraph 12 contains a legal conclusion to which no response is required. To the extent a response is deemed appropriate, the allegations are denied. Defendant denies the allegations contained in paragraph 12.

13. The first sentence of paragraph 13 contains a legal conclusion to which no response is required. To the extent a response is deemed appropriate, the allegations are denied. Defendant denies the allegations contained in paragraph 13.

14. The allegations contained in paragraph 14 are denied.

15. The allegations contained in paragraph 15 are denied.

## **FURTHER DEFENSES**

1. The complaint fails to state a claim upon which relief can be granted.

2. The action is barred in whole or in part by the applicable statute of limitations.

3. Defendant raises contributory negligence and/or assumption of risk.

4. Plaintiff has not been damaged to the extent alleged.

5. Plaintiff has failed to mitigate his damages.

6. The action may be barred in whole or in part by the doctrines of laches, estoppel or waiver.

7. Any damage claimed by the Plaintiff is the result of the actions of others or of other forces for which this Defendant is not responsible

8. Any allegations not specifically admitted are denied.

9. Defendant reserves the right to raise any defense which may be available.

WHEREFORE, Defendant Usman Bandukra respectfully requests this Honorable Court to dismiss the Complaint against him with prejudice and for such other relief this Court deems appropriate.

Respectfully submitted,

_____//s//_____
John J. Hathway (#412664)
Jennifer S. Jackman (#466922)
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, NW, Suite 400
Washington, DC  20036-5405
(202) 659-6800
(202) 331-0573 (facsimile)

Attorney for Defendant
*Usman Bandukra*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of February, 2006, a copy of the foregoing was sent by first class mail, postage prepaid to:

>Christopher M. Johns, Esq.
>18961 Highstream Drive
>Germantown, Maryland 20874
>
>Richard S. Shrager
>107 North Adams Street
>Rockville, Maryland 20850

>_____//s//_____
>Jennifer S. Jackman

184680