IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL A. CORNWELL<br><br>Plaintiff<br><br>v.<br><br>USMAN BANDUKRA, et al<br><br>Defendants | Case No:   1:05-cv-02258-HHK |

### **DEFENDANT USMAN BANDUKRA'S ANSWER TO GALLGHER'S CROSS-CLAIM**

COMES NOW, Usman Bandukra, through undersigned counsel and Whiteford, Taylor & Preston, with his Answer to Defendant/Cross-Claimant Gallagher's Complaint and states as follows:

1. Defendant admits that he is named as a defendant in the Plaintiff's Amended Complaint.

2. The allegations contained in paragraph 2 are denied.

3. The allegations contained in paragraph 3 are denied.

### **FURTHER DEFENSES**

1. The Amended Complaint and Cross-Claim fail to state a claim upon which relief can be granted.

2. Plaintiff Cornwell's claim is barred in whole or in part by the applicable statute of limitations.

3. Defendant raises contributory negligence and/or assumption of risk as to Cornwell and Gallagher.

4. Plaintiff's claim and Gallagher's claim may be barred in whole or in part by the doctrines of laches, estoppel or waiver.

5. Any damage claimed by the Plaintiff is the result of the actions of others or of other forces for which this Defendant is not responsible

6. Gallagher is not entitled to indemnity or contribution from this defendant.

7. Any allegations not specifically admitted are denied.

8. Defendant reserves the right to raise any defense which may be available.

WHEREFORE, Defendant Usman Bandukra respectfully requests this Honorable Court to dismiss the Cross-Complaint against him with prejudice and for such other relief this Court deems appropriate.

Respectfully submitted,

_____//s//_____
John J. Hathway (#412664)
Jennifer S. Jackman (#466922)
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, NW, Suite 400
Washington, DC  20036-5405
(202) 659-6800
(202) 331-0573 (facsimile)

Attorney for Defendant
*Usman Bandukra*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of February, 2006, a copy of the foregoing was sent by first class mail, postage prepaid to:

>Christopher M. Johns, Esq.
>18961 Highstream Drive
>Germantown, Maryland 20874
>
>Richard S. Shrager
>107 North Adams Street
>Rockville, Maryland 20850

>_____//s//_____
>Jennifer S. Jackman

184691