IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL A. CORNWELL <br><br> Plaintiff <br><br> v. <br><br> USMAN BANDUKRA, et al <br><br> Defendants | Case No:   1:05-cv-02258-HHK |

### ENTRY OF APPEARANCE

THE CLERK OF THE COURT shall kindly note the appearance of Kevin A. Kernan and the law firm of Whiteford, Taylor & Preston LLP as counsel for the defendant, Usman Bandukra and Sabiha Bandukra.

Respectfully submitted,

_____//s//_____
Kevin A. Kernan (#457194)
Jennifer S. Jackman (#466922)
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, NW
Suite 400
Washington, DC  20036-5405
(202) 659-6800
(202) 331-0573 (facsimile)

Attorney for Defendants,
*Usman and Sabiha Bandukra*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of March, 2006, a copy of the foregoing was sent by first class mail, postage prepaid to:

>Christopher M. Johns, Esq.
>18961 Highstream Drive
>Germantown, Maryland 20874
>
>Richard S. Shrager
>107 North Adams Street
>Rockville, Maryland 20850

>_____//s//_____
>Kevin A. Kernan

*185727*