## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL A. CORNWELL | |
| Plaintiff | Case No:      1:05-cv-02258-HHK |
| v. | |
| USMAN BANDUKRA, et al | |
| Defendants | |

## CORRECTED ENTRY OF APPEARANCE

THE CLERK OF THE COURT please accept this corrected entry of appearance and

kindly note the appearance of Kevin A. Kernan and the law firm of Whiteford, Taylor &

Preston LLP as counsel for the defendant, Usman Bandukra only.

Respectfully submitted,

_____//s//_____
Kevin A. Kernan (#457194)
Jennifer S. Jackman (#466922)
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, NW
Suite 400
Washington, DC  20036-5405
(202) 659-6800
(202) 331-0573 (facsimile)

Attorney for Defendants,
*Usman Bandukra*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 23rd day of March, 2006, a copy of the foregoing

was sent by first class mail, postage prepaid to:

Christopher M. Johns, Esq.
18961 Highstream Drive
Germantown, Maryland 20874

Richard S. Shrager
107 North Adams Street
Rockville, Maryland 20850


_____//s//_____
Kevin A. Kernan

185731