UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_Michael L. Cornwell_ )
Plaintiff(s)            )
                        )
                        )
                        )
v.                      )        Civil Action No. _05-2258_
                        )
                        )
_Usman Sandukhra et al_ )
Defendant(s)            )


CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____        _3-30-06_
Attorney for the Plaintiff(s)              Date

_____        _3/30/06_
Attorney for the Defendant(s) Gallagher    Date
_____ (Attorney for U. Sandukra)         _3/30/06_

NOTICE:  The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c)(3) and the foregoing consent of the parties.

_____        _8/30/06_
United States District Judge               Date

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95