UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL A. CORNWELL,<br><br>　　Plaintiff,<br><br>　　v.<br><br>USMAN BANDUKRA, *et al.*,<br><br>　　Defendants. | Civil Action No. 05-2258  (JMF) |

ORDER

This case was referred to me, upon consent of the parties, for all purposes including trial. An initial scheduling conference was held on May 1, 2006. At that conference, I was informed that service of process has not been made on or waived by defendant Sabiha Bandukra and that plaintiff Michael Cornwell recently passed away. I, therefore, find that it would be premature to issue a scheduling order until after Sabiha Bandukra has been served with the summons and complaint as required under Rule 4 of the Federal Rules of Civil Procedure and Cornwell has been substituted as plaintiff pursuant to the requirements of Rule 25(a)(1) of the Federal Rules of Civil Procedure. Instead, the parties are, hereby, **ORDERED** to appear before me on June 27, 2006 at 10:00 am for a second scheduling conference. If the necessary service of process and substitution is completed prior to that date, the parties are welcome to contact chambers to reschedule the conference to an earlier date.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: