**Rankin, Susan C.**

From: DCD_ECFNotice@dcd.uscourts.gov
Sent: Monday, February 20, 2006 9:23 AM
To: DCD_ECFNotice@dcd.uscourts.gov
Subject: Activity in Case 1:05-cv-02258-HHK CORNWELL v. BANDUKRA et al "Order"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court**

**District of Columbia**

Notice of Electronic Filing

The following transaction was received from Kennedy, Henry entered on 2/20/2006 at 9:23 AM EDT and filed on 2/20/2006
**Case Name:**     CORNWELL v. BANDUKRA et al
**Case Number:**   1:05-cv-2258
**Filer:**
**Document Number:**

Docket Text:
MINUTE ORDER: Upon consideration of plaintiff's motion to amend his complaint, docketed before the removal of this case to this court, the opposition thereto, and the record of this case, the court concludes that the motion should be Granted. SO ORDERED (Kennedy, Henry)

The following document(s) are associated with this transaction:

**1:05-cv-2258 Notice will be electronically mailed to:**

John J. Hathway     jhathway@wtplaw.com, sbynum@wtplaw.com

Jennifer S. Jackman     jjackman@wtplaw.com, srankin@wtplaw.com

Christopher M. Johns     cmjllc@verizon.net

Richard Scott Schrager     richard.schrager2@verizon.net,

**1:05-cv-2258 Notice will be delivered by other means to:**


EXHIBIT 3

2/21/2006