AFFIDAVIT OF PERSONAL SERVICE

N
INDEX # CV-02258HHK
DATE PURCHASED
WAS ENDORSED ON
THE DOCUMENT SERVED

U S District COURT OF THE STATE OF NEW YORK
COUNTY OF Columbia

CHRISTOPHER JOHNS
Box 975
LAUREL
NY 20707

Robert Cornwell

- against -

Sabiha Bandukra Et Al

(410) 984-3000

Atty File #        Record # 81407        File # 11111

STATE OF NEW YORK: COUNTY OF NASSAU: ss

Jeffrey Wittenberg Lic#779901 being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York:

That on 08/14/06 at 5:45pm at 24 Margie Street Oceanside Ny 11572 deponent served the within Amended Complaint
by personally delivering to and leaving with said
Sabiha Bandukra a true copy thereof,
At their usual place of abode. A private house.
and that deponent knew the person so served to be the person described as said recipient therein.

A description of the person served is as follows:

Approx Age: 45 Years   Approx Weight: 135 Lbs.   Approx Height: 5'2"
Sex: Female   Color of Skin: Brown   Color of Hair: Black
Other:

confirmed the above address of defendant and asked whether defendant was in active military service of the United States or the State of New York in any capacity whatever or is a dependent of anyone in the military and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me this 08/15/06
Maureen Scarola #01SC6127636
Notary Public, State of New York
Nassau County, Commission Expires 05/31/09

Jeffrey Wittenberg Lic#779901

Supreme Judicial Services, Inc.
371 Merrick Road - Rockville Centre, N.Y. 11570 - (516) 825-7600
255 Broadway - New York, N.Y. 10007 - (212) 319-7171
Fax (516) 568-0812

AFFIDAVIT OF SUITABLE SERVICE

INDEX # CV-02258HHK N
DATE PURCHASED
WAS ENDORSED ON
THE DOCUMENT SERVED

U S District COURT OF THE STATE OF NEW YORK
COUNTY OF Columbia

Robert Cornwell

- against -

Sabiha Bandukra Et Al

CHRISTOPHER JOHNS
Box 975
LAUREL
NY 20707

(410) 984-3000

Atty File #              Record # 81357              File # 41

STATE OF NEW YORK: COUNTY OF NASSAU: ss

Jeffrey Wittenberg Lic#779901 being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York:

That on 08/11/06 at 7:25 am at 24 Margie Street Oceanside Ny 11572 deponent served the within Summons & Civil Action on
Sabiha Bandukra
recipient therein named.

After your deponent was unable with due diligence to serve the recipient in person, service was made by delivering a true copy thereof to and leaving with Obate Bandukra son
a person of suitable age and discretion at 24 Margie Street Oceanside Ny 11572 said premises being the recipient's usual place of abode a private house within the State of New York.

Deponent completed service by depositing a copy of the
Summons & Civil Action on 08/11/06 in a postpaid,
properly addressed envelope by first class mail, bearing the legend Personal & Confidential and not indicating legal action, in an offical depository under the exclusive care and custody of the United States Post Office in the State of New York.
Mailing was made to 24 Margie Street Oceanside Ny 11572

Attempts:
A description of the person served on behalf of the defendant is as follows:
Approx Age: 25 Years   Approx Weight: 145 Lbs.   Approx Height: 5'6
Sex: Male     Color of Skin: Brown     Color of Hair: Brown
Other:

Deponent spoke to Obate Bandukra-Son same as above,
Inquired as to the defendants place of business and received a negative reply and confirmed the above address of defendant and asked whether defendant was in active military service of the United Staes or the State of New York in any capacity whatever or is a dependant of anyone in the military and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that the term is defined in either the State or in Federal statutes.

Sworn to before me this 08/11/06
Maureen Scarola #01SC6127636
Notary Public, State of New York
Nassau County, Commission Expires 05/31/09

_____
Jeffrey Wittenberg Lic#779901

Supreme Judicial Services, Inc.
371 Merrick Road - Rockville Centre, N.Y. 11570 - (516) 825-7600
255 Broadway - New York, N.Y. 10007 - (212) 319-7171
Fax (516) 568-0812

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 8/11/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| JEFFREY WITTENBERG | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 24 MARGIE ST  OCEANSIDE NY

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: OBATE BANDUKRA

☐ Returned unexecuted: _____

☐ Other (specify): ALSO MAILED A COPY BY Regular Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/11/08
_____
Date    Signature of Server

371 MERRICK ROAD SUITE 202
ROCKVILLE CENTRE NY
11570
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AFFIDAVIT OF PERSONAL SERVICE

```
                                              N
                                              INDEX # CV02258HHK
                                              DATE PURCHASED
U S District COURT OF THE STATE OF NEW YORK   WAS ENDORSED ON
COUNTY OF Columbia                            THE DOCUMENT SERVED

                                              CHRISTOPHER JOHNS
                                              Box 975
                                              LAUREL
Michael A Cornwell                            NY 20707


            - against -


Sabiha U Bandukra Et Al                       (410) 984-3000
```

Atty File #              Record # 80487              File # 446

STATE OF NEW YORK: COUNTY OF NASSAU: ss

George Pressman#0940818 being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York:

That on 07/15/06 at 9:50am   at 24 Margie St Oceanside Ny 11572
deponent served the within Summons In A Civil Case
by personally delivering to and leaving with said
Sabiha U Bandukra a true copy thereof,
At their usual place of abode. A private house.
and that deponent knew the person so served to be the person described as said recipient therein.

A description of the person served is as follows:

Approx Age: 45 Years   Approx Weight: 140 Lbs.   Approx Height: 5'0"
Sex: Female   Color of Skin: Brown   Color of Hair: Brown
Other:

confirmed the above address of defendant and asked whether defendant was in active military service of the United States or the State of New York in any capacity whatever or is a dependent of anyone in the military and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me this 07/17/06
Patricia K. Muser #01MU6001131
Notary Public, State of New York                    George Pressman#0940818
Nassau County, Commission Expires 01/05/10

Supreme Judicial Services, Inc.
371 Merrick Road - Rockville Centre, N.Y. 11570 - (516) 825-7600
255 Broadway - New York, N.Y. 10007 - (212) 319-7171
Fax (516) 568-0812