TRAFFIC ACCIDENT REPORT

Metropolitan Police Department, Washington, D.C.

FD 10 Rev. 7/85. Prescribed Directive CLO 401.3

**#5569**



EXHIBIT
1

| | Name of Injured Person | Where Taken (Hospital) | By Whom | Status |
|---|---|---|---|---|
| | LATRECE, ROY | GEORGETOWN HOSP. | AMB 6 | Admitted / Released |
| | BLACKMAN, JANET | NURTH HOSP GEN. | AMB 12 | Admitted / Released |
| | DOMANEU, MICHAEL | WEST HOSP GEN. | AMB 12 | Admitted / Released |

**VEHICLE NO. 1**
- DIRECTION OF TRAVEL AND STREET: ON NEW YORK AV
- LOCATION PRIOR TO: D-1

**VEHICLE NO. 2**
- DIRECTION OF TRAVEL AND STREET: ON NEW YORK AV FACING WEST
- LOCATION PRIOR TO: D-2

**VEHICLE NO. 3**
- DIRECTION OF TRAVEL AND STREET: ON NEW YORK AV FACING WEST
- NAME: PEOPLES TONKINS

**VEHICLE NO. 4**
- DIRECTION OF TRAVEL AND STREET: ON NEW YORK AV FACING WEST WESTBOUND
- LOCATION: 2003 K STREET NE

NOTE: This report is used for statistical analysis of vehicular accidents and the prevention thereof. The data given represents the opinion and conclusions of this reporting officer based on his/her judgment after considering all of the facts disclosed through his/her investigation of this accident.

FIRST ST.

NEW YORK AV.

(35 MPH)

NORTH

Complaint No. 180-409

Darken the appropriate block in each category.

**NARRATIVE:**

VEHICLE #1 WHICH WAS TRAVELING WESTBOUND ON NEW YORK AVENUE NW STRUCK VEHICLE #2 WHICH WAS AT A STANDSTILL FACING WESTBOUND ON NEW YORK AVENUE NW CAUSING HIM TO STRIKE VEHICLE #3 WHICH WAS ALSO AT A STANDSTILL FACING WESTBOUND ON NEW YORK AVENUE NW. VEHICLE #4 2 AND 3 WERE STOPPED AT A RED SIGNAL LIGHT THERE IS NO DAMAGE TO VEHICLE #3 OR THE FRONT OF VEHICLE #2. ALSO THERE IS NO DAMAGE TO VEHICLE #1.

Charge (Report must support the charge): COLLIDING

Complaint No. 180-404

Was Traffic Signs Present? NO

What Traffic Controls: LIGHT

| Item No. | | CONTINUATION SHEET (List item number of section continued with required information.) | Complaint No. |
|---|---|---|---|
| | | | |