

## LOWELL "THE HAMMER" STANLEY
### THE INJURY LAWYER

November 21, 2002

**DROP FILE**

AD 168212

Brad Hudson
Claims Department
Kemper Insurance Company
2810 Coliseum Center Dr., Ste 450
Charlotte, NC  28217-2394

**BRAD C. HUDSON    NOV 2 5 2002**

**VIA FACSIMILE**
**800 428 7690**
**AND FIRST CLASS MAIL**

| Re: | My Clients: | **Michael A. Cornwell** |
|---|---|---|
| | **Your Insured:** | **Sabha Bandukara** |
| | **Policy Number:** | **Please Provide** |
| | **Claim Number:** | **Please Provide** |
| | **Date of Loss:** | **8/30/2002** |
| | **Place of Loss:** | **1st @ New York Ave., NW, Washington, DC** |
| | **Time of Loss:** | **01:15 PM** |

Dear Mr. Hudson:

Please be advised that I have been retained to represent the above claimant for injuries and/or damages sustained in the accident indicated above.

**This is to further advise that I claim a lien for services rendered as provided by the law and any negotiations, settlements, or contact with our client must be handled only through this office.**

Very truly yours,

*Lowell Stanley*

Lowell A. Stanley

LAS/pam



*"The Voice of the Victim"*™

Lowell A. Stanley, P.C. ♦ 6330 Newtown Road, Suite 324 ♦ P.O. Box 12639 ♦ Norfolk, VA 23541-0639
Telephone: (757) 461-5555; 459-CASH ♦ Peninsula: 245-CASH ♦ FAX (757) 466-1527
www.thehammer.com