IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT CORNWELL :
    Plaintiff :
v. : Case No.: 1:05-cv-02258-HHK
USMAN BANDUKRA, et al :
    Defendants :

### PLAINTIFF'S OPPOSITION TO DEFENDANT SABIHA BANDUKRA'S MOTION TO DISMISS AMENDED COMPLAINT

Plaintiff Robert Cornwell, through undersigned counsel, hereby opposes defendant Sabiha Bandukra's Motion to Dismiss the Amended Complaint and for grounds states that:

1. This Court granted plaintiff's motion to amend his complaint on the identical issues, grounds, points and authority raised now for the second time by the defendant's motion.

2. In opposition, plaintiff incorporates herein by reference as if fully stated herein his father's (the now deceased former plaintiff) "Motion For Leave To Amend Complaint" that was initially filed in the Superior Court of the District of Columbia and his father's "Reply To Defendant Bandukra's Opposition To Plaintiff's Motion To Amend Complaint" (filed in this Court) including all memorandum, exhibits and other papers attached to each aforesaid paper.

3. For the points and authorities previously stated and granted by this Court, plaintiff therefore denies that his claims are barred by the statute of limitations, that Rule 15(c) only applies to misnomer cases and that the deceased nor current plaintiff had actual knowledge and made a knowing decision to name defendant Usman instead of Sabiha Bandukra in this matter. Plaintiff admits as defendant states on *page 3, line 5* of her motion's memorandum that it was not until after the case was filed did plaintiff actually realize that the driver was misidentified.

WHEREFORE, the plaintiff respectfully request the court to deny her motion.

Respectfully submitted,
Christopher M. Johns (MD15677)
Box 975, Laurel, MD 20725
Phone: 301-674-6900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 09-05-2006 a copy of the foregoing was served on all parties through the Court's electronic filing system.

Christopher M. Johns (MD15677)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT CORNWELL           :
    Plaintiff              :
v.                        :     Case No.: 1:05-cv-02258-HHK
USMAN BANDUKRA, et al     :
    Defendants             :

ORDER

Having considered defendant Sabiha Bandukra's Motion to Dismiss and plaintiff's opposition thereto, it is this _____ day of _____, 2006, by the United States District Court for the District of Columbia:

ORDERED: that defendant Sabiha Bandukra's Motion to Dismiss is hereby denied.

_____
JUDGE