#5569

PD 10 Rev. 7/86 Prescribing Directive G.O 401.3

# TRAFFIC ACCIDENT REPORT

Metropolitan Police Department, Washington, D. C.

1. Date of Accident: 8·30·02
2. Time (use military): 1315
3. Day of Week: FRIDAY
4. Date of this Report: 8·30·02
5. Type of Accident: ☐ Fatality ☒ Injury ☐ Prop. Damage Only ☐ D.C. Property ☐ Non-collision ☐ Hit and Run ☐ Pedestrian
6. Complaint Number: 130409
7. Accident Occurred on (Street, Direction, Distance from Mile Post, Ramp): FIRST & NEW YORK AVENUE NW
8. District: 3RD
9. S.A.:
10. No. Vehicles Involved: 3
11. No. Injured Persons: 3
12. No. of Occupants (including driver): Veh. 1 1 2 2 3 3 4
13. Feet N S E W: AT INTERSECTION
14. Is this a construction zone: ☐ Yes ☒ No
15. On Street: ☒ At Intersection ☐ Within 150' of Intersection ☐ Not at Intersection
16. Off Street: ☐ Public Area ☐ Private Property — N/A
17. Report Taken on Scene? ☒ Yes ☐ No
18. Photos Taken? ☐ Yes ☒ No

## STRIKING OBJECT

**1.** ☒ Driver ☐ Pedestrian ☐ Fixed Object

- Name of Driver/Pedestrian (Last, First, Middle): BANDUKRA, SABHA, U
- Sex: ☐ M ☒ F
- Birthdate: 10·29·57
- Address: 24 MARGIE STREET, OCEANSIDE NY
- Home Phone: 516 766 0660
- Permit Number and State: 972 038 096 / NY
- Bus. Phone: NONE
- Model: RX300 · Make: LEXUS · Year: 02 · Body: TRK · Color: GRY · Tag No./State/Year: BTK5066/NY/04 · VIN: JTJHF10U020269141 [partly illegible]

OWNER

- Name of Owner: D-1
- Phone No.:
- Address:
- Owner Notified: ☐ Yes ☐ No

**3.** ☒ Driver ☐ Pedestrian ☐ Fixed Object

- Name of Driver/Pedestrian (Last, First, Middle): LATTIERI, ROY
- Sex: ☒ M ☐ F
- Birthdate: 10·12·59
- Address: 108 CENTER ST. FRANKLIN, VA. 23851
- Home Phone: UNK
- Permit Number and State: T64704367 / VA
- Bus. Phone: UNK
- Model: CAV · Make: CHEV · Year: 2000 · Body: 2DR · Color: RED · Tag No./State/Year: YTR7989/VA/02 · VIN: 1G1JC124?Y7??????? [illegible]

OWNER

- Name of Owner: CORNWELL II, JOHN R.
- Phone No.:
- Address: 100 FORESTPINE RD #D
- Owner Notified: ☒ Yes ☐ No

**2.** ☒ Driver ☐ Pedestrian ☐ Fixed Object

- Name of Driver/Pedestrian (Last, First, Middle): GALLAGHER, MATTHEW JOHN
- Sex: ☒ M ☐ F
- Birthdate: 4·5·58
- Address: 7819 SOMERSET COURT GREENBELT, MD
- Home Phone: 3)474 7426
- Permit Number and State: G-426-589-429-268/MD
- Bus. Phone: 3)286-1094
- Model: CAV · Make: CHEV · Year: 97 · Body: 4DR · Tag No./State/Year: KLW552/MD/97 · VIN: 1G1JC524XV727???4 [partly illegible]

OWNER

- Name of Owner: D-2
- Phone No.:
- Address:
- Owner Notified: ☐ Yes ☐ No

**4.** ☐ Driver ☐ Pedestrian ☐ Fixed Object

- Name of Driver/Pedestrian:
- Sex: ☐ M ☐ F
- Birthdate:
- Address:
- Home Phone:
- Permit Number and State:
- Bus. Phone:

OWNER

- Name of Owner:
- Address:
- Owner Notified: ☐ Yes ☐ No

## Non-Involved Witnesses

37. Name / Address / Phone Number: (NONE)

## CODES

38. Seat Location Code: 07 Station Wagon Rear; 08 Motorcycle/Moped Pass.; 09 Occupant - Bus; 10 Pedestrian; 11 Bicycle Rider; 12 Other: Skateboard, Tricycle, etc.

39. Injury Code: 00 Unknown; 01 Fatal; 02 Disabling; 03 Non-disabling; 04 None; 05 Complaint of Pain but no Visible Injury

40. Seat Belt/Bag Code: 00 Use Unknown; 01 Not Installed; 02 Not Fastened; 03 Fastened; 04 Air Bag Install.; 05 Belt/Bag Failed; 06 Air Bag Deployed; 07 Child Restraint

41. Ejection Code (Thrown from Veh.): 00 Unknown; 01 No; 02 Partial; 03 Total

## PERSONS INVOLVED

| 41. Name/Address/Phone No. (Include all operators, passengers and pedestrians involved even if not injured) | Age | Sex | Person in Vehicle | Code 38 | Code 39 | Belt 40 | Bag | Code 41 | Employed by D.C. Gov't | Transported to Hospital |
|---|---|---|---|---|---|---|---|---|---|---|
| D-1 | 44 | F | 1 | 01 | 04 | 03 | 04 | 01 | ☐ Yes ☒ No | ☐ Yes ☒ No |
| D-2 | 44 | M | 2 | 01 | 04 | 03 | 04 | 01 | ☐ Yes ☒ No | ☐ Yes ☒ No |
| D-3 | 42 | M | 3 | 01 | 05 | 03 | 04 | 01 | ☐ Yes ☒ No | ☒ Yes ☐ No |
| GALLAGHER, CATHERINE / 3209 SW 4TH PLACE CAPE CORAL, FL. 33914 / 239)574 7029 | 84 | F | 2 | 03 | 04 | 03 | 04 | 01 | ☐ Yes ☒ No | ☐ Yes ☒ No |
| BRADSHAW, JANET / 501 S MAIN ST SUFFOLK, VA 23434 / 757) 569-0931 | 51 | F | 3 | 03 | 05 | 03 | 04 | 01 | ☐ Yes ☒ No | ☒ Yes ☐ No |
| CORNWELL, MICHAEL / 100 D FORESTPINE RD. FRANKLIN, VA / 757) 569-0931 | 45 | M | 3 | 04 | 05 | 03 | 04 | 01 | ☐ Yes ☒ No | ☒ Yes ☐ No |
| | | | | | | | | | ☐ Yes ☐ No | ☐ Yes ☐ No |

**INJURED TO HOSPITAL**

| Name of Injured Person | Where Taken (Hospital) | By Whom | Status | TEB Notified (Name) | Teletype Notified (Name) | Relative Notified (Name) |
|---|---|---|---|---|---|---|
| LATTIERE, ROY | GEORGETOWN HOSP. | AMB 6 | ☐ Admitted ■ Released | | | |
| BRADSHAW, JANET | WASH HOSP CEN. | AMB 12 | ☐ Admitted ■ Released | | | |
| CORNWELL, MICHAEL | WASH HOSP CEN. | AMB 12 | ☐ Admitted ■ Released | | | |
| | | | ☐ Admitted ☐ Released | | | |
| | | | ☐ Admitted ☐ Released | | | |
| | | | ☐ Admitted ☐ Released | | | |
| | | | ☐ Admitted ☐ Released | | | |

**VEHICLE NO. 1**

Direction of travel and street (must be same as in narrative/diagram): WESTBOUND ON NEW YORK NW

Vehicle was: ☐ Left on scene ☐ Towed by ■ Driven away by

Name: D-1

Location towed to:

Circle all numbers where there is damage: 1 2 3 4 5 6 7 8 9 10 11 12 — 13 Hood, 14 Roof, 15 Trunk, 16 Undercarriage, 17 Overturned, 18 Other (Explain in Narrative)

Skid marks: To impact Ø After impact Ø

**VEHICLE NO. 2**

Direction of travel and street (must be same as in narrative/diagram): FACING WEST ON NEW YORK NW

Vehicle was: ☐ Left on scene ☐ Towed by ■ Driven away by

Name: D-2

Location towed to:

Circle all numbers where there is damage: 1 2 3 4 5 6 7 8 9 10 11 12 — 13 Hood, 14 Roof, 15 Trunk, 16 Undercarriage, 17 Overturned, 18 Other (Explain in Narrative)

Skid marks: To impact Ø After impact Ø

**VEHICLE NO. 3**

Direction of travel and street (must be same as in narrative/diagram): FACING WEST ON NEW YORK AVENUE

Vehicle was: ☐ Left on scene ■ Towed by ☐ Driven away by

Name: PERRY'S TOWING

Location towed to: 200 K STREET NE

Circle all numbers where there is damage: 1 2 3 4 5 6 7 8 9 10 11 12 — 13 Hood, 14 Roof, 15 Trunk, 16 Undercarriage, 17 Overturned, 18 Other (Explain in Narrative)

Skid marks: To impact Ø After impact Ø

**VEHICLE NO. 4**

Direction of travel and street (must be same as in narrative/diagram):

Vehicle was: ☐ Left on scene ☐ Towed by ☐ Driven away by

Name:

Location towed to:

Circle all numbers where there is damage: 1 2 3 4 5 6 7 8 9 10 11 12 — 13 Hood, 14 Roof, 15 Trunk, 16 Undercarriage, 17 Overturned, 18 Other (Explain in Narrative)

Skid marks: To impact ____ After impact ____

**DIAGRAM:** THE PREDETERMINED NORTH IS THE TOP RIGHT HAND CORNER OF THIS SECTION SHALL NOT BE CHANGED BY THE REPORTING OFFICER. THE DIAGRAM MUST CORRESPOND TO ITEM NO. 44, AND THE NARRATIVE. IF THE REPORT IS BEING TAKEN BY AN OFFICER AFTER THE FACT, THE DIAGRAM SHALL BE COMPLETED TO SHOW THE GENERAL AREA IN WHICH THE ACCIDENT OCCURRED. FREEWAY ACCESS RAMPS, EXIT RAMPS, AND BRIDGES SHALL BE INDICATED.

NORTH

FIRST ST.

3 2 1

NEW YORK AV.

(35 MPH)

PEDESTRIAN — BIKE/MOTORCYCLE — VEHICLE

— INDICATE TYPE OF FIXED OBJECT
— INDICATE DIRECTION
— INDICATE POSTED SPEED
— DESIGNATE VEHICLES BY NO.

NOTE: This report is used for statistical analysis of vehicular accidents and the prevention thereof. The data given represents the opinion and conclusions of the reporting officer based on his/her judgement after considering all of the facts disclosed through his/her investigation of this accident.

Complaint No. 130-409

PD-10?7

Page ___ of ___ Pages

Complaint No. 130-409

| Police Action | Dr./Ped. | Arrest/NOI Number | Charge (Report must support the charge.) | DAI/Superior Court • Hearing Date | DPW 40-1 Issued? | What Traffic Signs Present? |
|---|---|---|---|---|---|---|
| | No. 3 | | COLLIDING | | NO | LIGHT |
| | No. ___ | | | | | |

Darken the appropriate block in each category.

**31. Type of Collision:** 00 Unknown; 01 Right Angle; 02 Left Turn Hit Veh.; 03 Right Turn Hit Veh.; 04 [X] Rear End; 05 Side Swiped; 06 Head On; 07 Parked Vehicle; 08 Fixed Object; 09 Ran Off Roadway; 10 Left Turn Hit Ped.; 11 Right Turn Hit Ped.; 12 Straight Hit Ped.; 13 Backing Hit Moving Veh.; 14 Backing Hit Parked Veh.; 15 Backing Hit Stopped Veh.; 16 Backing Hit Pedestrian; 17 Non-Collision Accident; 99 Other

**32. Road Surface:** 01 Concrete; 02 [X] Asphalt; 03 Brick; 04 Gravel; 05 Dirt; 99 Other

**33. Road Type:** 01 [X] Straight; 02 Curve; 03 Level; 04 Grade; 05 Crest; 06 Underpass; 07 Ramp; 08 Bridge; 99 Other

**34. Pedestrian Action:** (crossed out, N/A) 00 Unknown; 01 With Signal in Crosswalk; 02 Against Signal in Crosswalk; 03 In Crosswalk—No Signal; 04 From Between Parked Cars; 05 Not in Crosswalk; 06 In Unmarked Crosswalk; 99 Other

**35. Traffic Controls:** 00 Unknown; 01 Flashing; 02 Yield; 03 Stop Sign; 04 [X] Signal; 05 None; 06 Officer; 07 Turn Restricted; 99 Other

**36. Road Condition:** 00 Unknown; 01 Repairing; 02 [X] Dry; 03 Wet; 04 Ice/Snow

**37. Street Lighting:** 00 Unknown; 01 Defective; 02 None; 03 Street Lights On; 04 [X] Street Lights Off

**38. Light Condition:** 00 Unknown; 01 Dawn/Dusk; 02 Dark; 03 [X] Daylight

**39. Traffic Condition:** 00 Unknown; 01 [X] Heavy; 02 Medium; 03 Light; 99 Other

**40. Weather:** 00 Unknown; 01 Fog/Mist; 02 [X] Clear; 03 Rain; 04 Snow; 05 Sleet

**41. Pedestrian Clothing:** (crossed out, N/A) 01 Unknown; 02 Wearing Dark Clothing; 03 Wearing Light Clothing

**42. Driver/Pedestrian Condition** (1 2 3 4): 00 Unknown; 01 Fatigued; 02 Ill; 03 Physical Defect; 04 Apparently Asleep; 05 [X][X][X] (1, 2, 3) Apparently Normal; 99 Other

**43. Sobriety** (1 2 3 4): 01 [X][X][X] (1, 2, 3) Had Not Been Drinking; Had Been Drinking and: 02 Obviously Drunk; 03 Ability Impaired; 04 Not Impaired; 05 Impairment Unkn.; 99 Other

**44. Contributing Circumstances** – Darken the primary factor for all vehicles and "X" all secondary factors (1 2 3 4): 01 Speed; 02 Defective Brakes; 03 Following Too Close; 04 Auto Right-of-Way; 05 Ped. Right-of-Way; 06 Improper Turn; 07 Yield Sign; 08 Stop/Go Light; 09 Flashing Light; 10 Directional Light; 11 Stop Sign; 12 Alcohol Influence; 13 Improper Passing; 14 Wrong Way-One Way St.; 15 Wrong Side of Street; 16 Improper Starting; 17 Other Defects; 18 Pedestrian Violation; 19 [X][X] (2, 3) No Violation; 20 [X] (1) Driver Inattention; 21 Changing Lanes w/o Caut.; 22 Fail to Set Parking Brake; 23 Open Door to Traffic; 24 Drug Influence; 25 Improper Backing; 26 Defective Lights; 27 Pedestrian Drunk; 28 Road Defects; 29 Driver Vision Obstructed; 30 Right Turn on Red; 99 Other

**45. Vehicle Type** (1 2 3 4): 00 Unknown; 01 [X][X][X] (1, 2, 3) Passenger Auto; 02 Taxi Cab; 03 Bus; 04 Motorcycle; 05 Truck/Tractor; No. of Trailers; No. of Wheels; 06 Bicycle; 07 Police Patrol Wagon; 08 Police Motorcycle; 09 Police Scooter; 10 Police Scout Car - One Man; 11 Police Scout Car - Two Man; 12 Police Cruiser - Marked; 13 Police Cruiser - Unmarked; 14 Police-Other; 15 Fire Engine; 16 Ambulance; 17 Pedestrian - On Foot; 18 Fixed Object; 19 Non-Collision; 20 Moped; 99 Other (explain in narrative. Includes skateboards, tricycles, play vehicles, etc.)

**46. Blood Alcohol Content:** Dr./Ped. 1 ___ Dr./Ped. 2 ___ N/A Dr./Ped. 3 ___ Dr./Ped. 4 ___

**47. Driver Actions** (1 2 3 4): 00 Unknown; 01 Backing; 02 Turning Right; 03 Turning Left; 04 [X][X] (2, 3) Stopped/Standing-Traffic Lane; 05 Parked; 06 Entering/Leaving Parked Position; 07 Making "U" Turn; 08 Merging; 09 Ran Off Road; 10 Changing Lanes; 11 [X] (1) Going Straight; 12 Overtaking; 13 Slowing/Stopping; 14 Avoiding; 99 Other

**48. NARRATIVE:** Give a concise statement, in your own words, of the facts that are not covered in this report, or to clarify any items that are not satisfactorily explained. Use Continuation Sheet of report for additional space. If statements are taken, use PD 118 (Def./Suspect Statement), or PD 119 (Compl./Witness Statement). If accident occurred in a construction zone, describe type of construction.

VEHICLE #1 WHICH WAS TRAVELING WESTBOUND ON NEW YORK AVENUE NW STRUCK VEHICLE #2 WHICH WAS AT A STANDSTILL FACING WESTBOUND ON NEW YORK AVENUE NW CAUSING HIM TO STRIKE VEHICLE #3 WHICH WAS ALSO AT A STANDSTILL FACING WESTBOUND ON NEW YORK AVENUE NW VEHICLE #'S 2 AND 3 WERE STOPPED AT A RED SIGNAL LIGHT. THERE IS NO DAMAGE TO VEHICLE #3 OR THE FRONT OF VEHICLE #2. ALSO THERE IS NO DAMAGE TO VEHICLE #1.

| 69. Signature of Reporting Officer | Badge No. | Unit | 70. Signature of Reviewing Official | Badge No. | Unit | 71. Reviewer | 72. Distribution |
|---|---|---|---|---|---|---|---|
| [signature] | 1164 | 1D | Sgt. [signature] | 4865 | 1D | | |

| Item No. | CONTINUATION SHEET (*List item number of section continued with required information.*) ▼ Complaint No. |
|---|---|
| 12. | |