

# LOWELL "THE HAMMER" STANLEY
### THE INJURY LAWYER

November 21, 2002

**DROP FILE**  AD 168212

Brad Hudson  
Claims Department  
Kemper Insurance Company  
2810 Coliseum Center Dr., Ste 450  
Charlotte, NC  28217-2394

BRAD C. HUDSON  NOV 25 2002

VIA FACSIMILE  
800 428 7690  
AND FIRST CLASS MAIL

Re:  My Clients:      Michael A. Cornwell  
     Your Insured:    Sabha Bandukara  
     Policy Number:   Please Provide  
     Claim Number:    Please Provide  
     Date of Loss:    8/30/2002  
     Place of Loss:   1st @ New York Ave., NW, Washington, DC  
     Time of Loss:    01:15 PM

Dear Mr. Hudson:

Please be advised that I have been retained to represent the above claimant for injuries and/or damages sustained in the accident indicated above.

This is to further advise that I claim a lien for services rendered as provided by the law and any negotiations, settlements, or contact with our client must be handled only through this office.

Very truly yours,

Lowell A. Stanley

LAS/pam

EXHIBIT 2

*"The Voice of the Victim"*™

Lowell A. Stanley, P.C. ♦ 6330 Newtown Road, Suite 324 ♦ P.O. Box 12639 ♦ Norfolk, VA 23541-0639  
Telephone: (757) 461-5555; 459-CASH ♦ Peninsula: 245-CASH ♦ FAX (757) 466-1527  
www.thehammer.com