IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL A. CORNWELL<br><br>Plaintiff<br><br>v.<br><br>USMAN BANDUKRA, et al<br><br>Defendants | Case No:  1:05-cv-02258-HHK |

## AFFIDAVIT OF SABIHA BANDUKRA

State of New York
County of New York
To wit:  ss

    I, Sabiha Bandukra, hereby state and affirm based on personal knowledge and under the penalties of perjury as follows:

    1.    I am over 18 years of age and competent to testify.

    2.    I am married to Usman Bandukra.

    3.    In August 2002, my husband, Usman Bandukra, and I were insured through Kemper Insurance Company. My husband was the primary insured on the policy.

    4.    Aside from conversations that occurred at the site of the accident on August 30, 2002, I have never had any conversations with Plaintiff Michael Cornwell or any of his attorneys.

    5.    At the accident site, all drivers exchanged information. Additionally, the police responded and prepared an accident report. I am identified as a driver in the accident report.

    6.    I have never been served with a Summons or Complaint in the lawsuit that is pending against my husband. I have never been served with a Summons or Complaint against me.



EXHIBIT 3

7. My husband was served with the Summons and Complaint in late October 2005. I was not with him when he opened the package containing the lawsuit. The package was not addressed to me. I was aware that the papers came in a Mickey Mouse package.

8. After my husband opened the package he told me that he had been sued as a result of the August 2002 accident. We did not have any further conversations regarding the lawsuit.

9. I assumed that Mr. Cornwell chose to sue my husband as opposed to me. I was not aware that this was an error on Mr. Cornwell's behalf.

10. On November 2, 2005, I learned, for the first time, that my husband had a defense to the lawsuit.

11. On November 14, 2005, I began receiving frightening telephone calls from someone who identified himself as "Miller". I felt threatened by the caller who called my home at least fifteen (15) times that date alone.

12. "Miller" told me that he wanted to deliver something to me and wanted to know when I would be home during the next week. Because I was at home alone with an infant and I did not know who this person was, I was very scared.

13. "Miller" wanted to know if I liked the Mickey Mouse package. Initially, I had no idea what he was talking about and became more frightened. When "Miller" described the Mickey Mouse package with lawsuit papers, I recalled that my husband was served with papers in a Mickey Mouse package, but I was not within him when he opened it. Because I did not understand the process or why someone would serve papers in a Mickey Mouse package, I was confused.

14. I have no legal training and have never attended law school.

15.  I did not tell "Miller" that I opened the package with my husband - - because I did not.

16.  I did not tell "Miller" about any conversations I had with my husband regarding the lawsuit because we had none, other than the statement Usman made when he told me that he had been sued as a result of the 2002 accident.

17.  I did not know what papers "Miller" wanted to serve on me and he would not tell me what they were other than to say "they are the same papers". I did not understand, particularly since Mr. Cornwell had already chosen to sue my husband and not me.

18.  "Miller" continued to call my house repeatedly for two days frightening me.

19.  I was not conducting any business for my husband or on behalf of his business on the date of the accident.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on the ___ day of December, 2005.

_____
Sabiha Bandukra

On the /31-- day of December, 2005, SABIHA BANDUKRA appeared before me a Notary Public for the aforesaid jurisdiction and swore to the above statements as true.

_____
Notary Public

9-13-2009.
My commission expires

LOIS B. ANDERSON
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01AN6030478
QUALIFIED IN NASS. COUNTY
MY COMMISSION EXPIRES: SEPT. 13, 2009

- 3 -