IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT CORNWELL :
    Plaintiff :
v. : Case No. : 1:05-cv-02258-HHK
   :
USMAN BANDUKRA, et al. :
    Defendants :

### CONSENT MOTION TO EXTEND EXPERT DISCLOSURE DATES

NOW COMES, the parties to the above captioned case, through respective undersigned counsel, in consent to extend the parties' respective Rule 26(a)(2)(b) disclosure scheduling order due dates by three (3) weeks to October 9th, 2006, and for defendants to November 8th, 2006.

WHEREFORE, the parties request the respective extension.

                                     Respectfully submitted,

_____
Christopher M. Johns (MD15677)
Box 975, Laurel, MD 20725
301-674-6900 ; 301-540-5901 (fax)
*Attorney for the Plaintiff*

Attached signed motion

_____
Jennifer S. Jackman
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, N.W., Suite 400
Washington, D.C. 20036-5405
*Attorney for defendants Bandukra*

Permission to sign

_____
Richard S. Schrager
107 North Adams Street
Rockville, MD 20850.
*Attorney for defendant Gallagher*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT CORNWELL**<br>　　**Plaintiff**<br>v.<br><br>**USMAN BANDUKRA, et al.**<br>　　**Defendants** | :<br>:<br>:　　Case No. : 1:05-cv-02258-HHK<br>:<br>:<br>: |

## CONSENT MOTION TO EXTEND EXPERT DISCLOSURE DATES

NOW COMES, the parties to the above captioned case, through respective undersigned counsel, in consent to extend the parties' respective Rule 26(a)(2)(b) disclosure scheduling order due dates by three (3) weeks to October 9th, 2006, and for defendants to November 8th, 2006.

**WHEREFORE,** the parties request the respective extension.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Christopher M. Johns (MD15677)
　　　　　　　　　　　　　　　　　　　　　Box 975, Laurel, MD 20725
　　　　　　　　　　　　　　　　　　　　　301-674-6900 ; 301-540-5901 (fax)
　　　　　　　　　　　　　　　　　　　　　*Attorney for the Plaintiff*

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Jennifer S. Jackman
　　　　　　　　　　　　　　　　　　　　　Whiteford, Taylor & Preston L.L.P.
　　　　　　　　　　　　　　　　　　　　　1025 Connecticut Avenue, N.W., Suite 400
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036-5405
　　　　　　　　　　　　　　　　　　　　　*Attorney for defendants Bandukra*


　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Richard S. Shrager
　　　　　　　　　　　　　　　　　　　　　107 North Adams Street
　　　　　　　　　　　　　　　　　　　　　Rockville, MD 20850.
　　　　　　　　　　　　　　　　　　　　　*Attorney for defendant Gallagher*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ROBERT CORNWELL** :
    **Plaintiff** :
v. : **Case No. : 1:05-cv-02258-HHK**
:
**USMAN BANDUKRA, et al.** :
    **Defendants** :

## O R D E R

UPON CONSIDERATION OF the parties consent motion to extend Expert Disclosure Dates, being there no opposition thereto, it is this _____ day of _____, 2006, it by The United States District Court for the District of Columbia:

ORDERED: the parties' consent motion is hereby granted.

ORDERED: plaintiff shall make his expert disclosure on or before 10-09-2006.

ORDERED: defendants shall make their expert disclosures on or before 11-08-2006.

_____
JUDGE