IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT CORNWELL : | |
|     Plaintiff : | |
| : | |
| v. : | Case No.: 1:05-cv-02258-HHK |
| : | |
| USMAN BANDUKRA, et al : | |
|     Defendants : | |

**CERTIFICATE REGARDING PLAINTIFF'S RULE 26(a)(2) EXPERT DISCLOSURE**

I hereby certify that plaintiff, by and through undersigned counsel, sent by first class mail, postage pre-paid, plaintiff's Rule 26(a)(2) Disclosure of Expert Testimony to: Richard S. Schrager, Esq. of Mallon A. Snyder, Chtd., 107 North Adams Street, Rockville, MD 20850; and to: Jennifer S. Jackman of Whiteford, Taylor & Preston L.L.P., 1025 Connecticut Avenue, NW, Suite 400, Washington, DC 20036-5405 (each defendant's counsel) along with Arthur Wardell, M.D.'s 10-06-2006 opinion letter to plaintiff's counsel; Plaintiff's counsel's 10-02-2006 letter to Dr. Arthur Wardell; Arthur Wardell, M.D.'s 12-29-2005 letter/rating to plaintiff's counsel; Arthur Wardell, M.D.'s Curriculum Vitae; Arthur Wardell, M.D.'s Fee Schedule; and, Arthur Wardell, M.D.'s case list. I will retain the original of said document until this matter is decided.

                                                Respectfully submitted,
                                                Christopher M. Johns (MD15677)
                                                Box 975, Laurel, MD 20725
                                                Phone: 301-674-6900

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that on 10-09-2006 a copy of the foregoing was served by fax and first class mail postage pre-paid to: Richard S. Schrager, Esq. of Mallon A. Snyder, Chtd., 107 North Adams Street, Rockville, MD 20850; and to: Jennifer S. Jackman of Whiteford, Taylor & Preston L.L.P., 1025 Connecticut Avenue, NW, Suite 400, Washington, DC 20036-5405.

                                                Christopher M. Johns