IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT CORNWELL<br>    Plaintiff | :<br>:<br>: |
| v. | :   Case No.: 1:05-cv-02258-HHK |
| USMAN BANDUKRA, et al<br>    Defendants | :<br>:<br>: |

### PLAINTIFF'S RULE 26(a)(2) EXPERT DISCLOSURE

Plaintiff Robert Cornwell, through undersigned counsel, hereby makes the following Rule 26(a)(2) Disclosure of Expert Testimony identifying the following expert and testimony:

> Arthur W. Wardell, M.D.
> Wardell Orthopaedics, P.C.
> 5818 B Harbor View Blvd., Suite B2
> Suffolk, VA 23435
> 757-215-1400

Plaintiff reserves the right to call the above referenced health care provider as an expert witness. This expert will base his testimony on his education, experience, and examination of Michael Cornwell (before his death), and his review of Michael Cornwell's medical records, past records, medical bills ($56,637.86) and other documents that were already posted for his access and review as of the date of the expert's most recent review and opinion letter dated 10-06-2006. He will testify in accordance with the facts, findings and opinions contained in his medical reports and bills which are incorporated herein by reference. He will testify that the treatment and medical services that he and that other health care givers provided to Michael Cornwell and the corresponding bills incurred were reasonable, medically necessary, and causally related to the accident at issue in this case. This expert reserves the right to give such testimony not only with respect to their own treatment and bills, but also to any treatment and bills provided by any health care provider who treated Michael Cornwell as a result of the accident. It is anticipated that this expert will address any or all aspects of Michael Cornwell's pertinent medical records,

even is such records that were not written by the aforesaid expert. The above-referenced health care provider will further provide specific testimony regarding Michael Cornwell's injuries. He will testify that as a result of the accident at issue Michael Cornwell sustained the injuries, restrictions, pain and suffering referred to in his report and the other health care providers who treated Michael Cornwell relative to the accident at issue in this case. This health care provider shall address Michael Cornwell's condition prior to his death as well as the limitations and/or restrictions imposed by the injuries that she sustained in the accident at issue in this case. He shall testify to the extent of the Michael Cornwell's permanent injuries. Where appropriate, the aforesaid health care provider will address the significance of Michael Cornwell's prior health history and physical condition. It is anticipated that he will also address the nature of the traumatic event giving rise to Michael Cornwell's injuries. He will address the nature of bio-mechanical forces involved in the accident, and how such forces caused the injuries sustained by Michael Cornwell. It is anticipated that such expert, where appropriate, will rely on relevant medical authorities and articles discussing the specific nature and effect of the injuries that Mr. Cornwell sustained. Plaintiff reserves the right to have such expert read into evidence pertinent portions of such medical articles, to the extent permitted by the rules of this Court. If Michael Cornwell's medical records and bills undergo any type of defense/independent medical exam, the above health care provider shall address and/or refute the findings and opinions of the consulting health care provider. Plaintiff further reserves the right to call the DME/IME doctor(s) as his own expert witness or to illicit opinions from the DME/IME doctor(s) which exceed the scope of the direct examination of them. Finally, plaintiff reserves the right to supplement this response based on additional information including follow-up examinations which may be obtained through ongoing discovery. Plaintiff also incorporates his father's medical reports/bills as part of this disclosure. Plaintiff reserves the right to supplement this expert disclosure.

Attachments:
    (1) Arthur Wardell, M.D.'s 10-06-2006 opinion letter to plaintiff's counsel;
    (2) Plaintiff's counsel's 10-02-2006 letter to Dr. Wardell;
    (3) Arthur Wardell, M.D.'s 12-29-2005 letter/rating to plaintiff's counsel;
    (4) Arthur Wardell, M.D.'s Curriculum Vitae;
    (5) Arthur Wardell, M.D.'s Fee Schedule; and,
    (6) Arthur Wardell, M.D.'s Case List.

        Respectfully submitted,
        Christopher M. Johns (MD15677)
        Box 975, Laurel, MD 20725
        Phone: 301-674-6900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 10-09-2006 a copy of the foregoing was served by fax and first class mail postage pre-paid to: Richard S. Schrager, Esq. of Mallon A. Snyder, Chtd., 107 North Adams Street, Rockville, MD 20850; and to: Jennifer S. Jackman of Whiteford, Taylor & Preston L.L.P., 1025 Connecticut Avenue, NW, Suite 400, Washington, DC 20036-5405.

        Christopher M. Johns



**WARDELL ORTHOPAEDICS, P.C.**
5818 D Harbour View Blvd., Suite 150
Suffolk, Virginia 23435

Phone (757) 215-1400
Fax (757) 215-1410

Arthur W. Wardell, M.D.

Michael T. Ratanataya, PA-C

October 6, 2006

Mr. Christopher M. Johns
Box 975
Laurel, MD 20707

Re: Michael A. Cornwell
Chart # 3286
DOI: August 30, 2002

Dear Mr. Johns:

I am in receipt of your letter of October 2, 2006. As noted in my letter to you of December 29, 2005, Mr. Cornwell incurred a cervical disc injury as a result of his accident of August 30, 2002, requiring surgical intervention. This neck injury was due to a rear end collision, at which time his head was thrown forward and back resulting in this disc injury. The related medical treatments for his neck pain were a direct result of his injury of August 30, 2002. His pain and suffering was moderate to severe. The medical bills related to this treatment were reasonable.

Sincerely,

WARDELL ORTHOPAEDICS, P.C.

Arthur Wardell, M.D.

AW/jd

Dictated, but not read or signed by Dr. Wardell.

**Christopher M. Johns, Esq.**
**Christopher M. Johns LLC**
Box 975, Laurel, MD 20707
Facsimile: 301-540-5901
1-877-CMJ-LAW-1

October 2, 2006

Faxed to 757-215-1410 on the above date.
**Dr. Arthur W. Wardell** (1-757-215-1400)
**WARDELL ORTHOPAEDICS, P.C.**
5818 B Harbour View Blvd., Suite B2
Suffolk, VA 23435

Re:  Michael A. Cornwell;
     Chart #A3286 and documents listed in www.myaccidentcase.com
     DOI: August 30, 2002

Dear Dr. Wardell:

I represent Michael Cornwell's estate on Mr. Cornwell's 08-30-2002 MVA in which he was a back seat passenger in a car that was rear ended. His medical bills, medical records, past records, and other documents are easily accessible by going to www.myaccidentcase.com, clicking on the "log in" menu selection, and typing in "cornwell" and "mva" in the name and password fields. Noteworthy in this case is that just <u>two</u> days before this accident, Mr. Cornwell saw "Stefan Brecke, P.A./Davis Ramstad" and did not complain, nor had any medical history, of neck problems. This is the first report under the "Past Records" menu selection. The car repair order showing a permanently damaged car body is on page 5 under the "Other" menu selection. Your most recent opinion is on page 1 of the "Medical Records" menu selection. In addition to the opinion that you have already made, I need a letter (to a reasonable degree of medical probability) on (1) whether and how the 08-20-2002 accident likely resulted in Mr. Cornwell's neck injury, neck operation and other injuries stated in his car accident medical records. (2) Whether such accident caused Mr. Cornwell to experience pain and suffering (minor, moderate, and/or severe) and restrictions in the use of his neck/arm. (3) Whether the related medical treatment that he received was medically necessary. (4) And, whether the medical bills related to said treatment were reasonable. A list of his medical bills and copies of them are also posted under the "Medical Bill" menu selection. My deadline on your further opinion is midnight, Monday, 10-09-06. Thank you for your further consideration of this matter.

Sincerely,

Christopher M. Johns LLC
Christopher M. Johns, Esq.



**WARDELL ORTHOPAEDICS, P.C.**
5818 B Harbour View Blvd., Suite B2
Suffolk, Virginia 23435

Phone (757) 215-1400
Fax    (757) 215-1410

Arthur W. Wardell, M.D.
Michael T. Ratanataya, PA-C

December 29, 2005

Mr. Christopher M. Johns
Attorney at Law
Box 975
Laurel, MD 20725

Re:  Michael A. Cornwell
     Chart # A3286
     DOI: August 30, 2002

Dear Mr. Johns:

Mr. Cornwell is a 48 year old right handed gentleman who came in for evaluation of his neck and left elbow. For this evaluation I have had access to the following records: Office notes from Dr. Durica of Portsmouth Orthopaedic Associates, X-ray reports from Portsmouth Orthopaedics dated September 9, 2002 and September 26, 2002, MRI of the cervical spine from Obici Hospital dated September 23, 2002, EMG report from Portsmouth Orthopaedic Associates dated October 2, 2002, office notes from Dr. Kerner, and Operative Report from Maryview Medical Center dated November 4, 2002.

Mr. Cornwell who was involved in a motor vehicle accident on August 30, 2002 and was seen by Dr. Durica on September 9, 2002 with a diagnosis of cervical spine sprain, dorsal spine sprain, contusion right femur and left elbow. He was placed on physical therapy and had an MRI performed at Obici Hospital in September 2002. The MRI showed C4-5 neural foramen stenosis and disc bulging at C6-7. An electrodiagnostic test performed October 2, 2002 showed median neuropathies. He was referred to Dr. Kerner and on November 4, 2002 he underwent an anterior cervical fusion of C4-5, C5-6 and C6-7. He saw Dr. Kerner and Dr. Daytner through the winter of 2002 and saw Dr. Durica on December 23, 2002 and February 5, 2003. He was released from Dr. Kerner's office on October 31, 2003. He was release by Dr. Durica on November 6, 2003.

Mr. Cornwell noted left elbow pain which has been steady since the injury and neck pain.

**EXAMINATION:** Examination of the patient on August 1, 2005 showed the upper arm and forearm circumferences were symmetric. Grip strength was 110 lbs right and 40 lbs left. There was a 50% restriction of neck extension. There was a 25% restriction of neck flexion. There was a 75% restriction of neck rotation to the right and the left. There was left elbow tenderness and swelling over the lateral epicondyle. Range of motion was 10-140°. Five position Jamar dynamometer grip strength testing showed peak strength 110 lbs right and 40lbs left. The patient is right handed.

Web: www.wardellortho.com          Email: info@wardellortho.com

Mr. Christopher M. Johns  
--- Michael A. Cornwell        Page Two        December 29, 2005

**X-RAY REPORT:** Left elbow, 3 views: there is calcification over the lateral epicondyle with some olecranon spurring. Cervical spine, 6 views: there is a fusion of C5, C6 and C7 with an anterior plate. There are signs of non-union between C4 and C5.

**IMPRESSION:** CERVICAL DISC INJURY STATUS POST FUSION C4-5,  
                C6-7 WITH NON UNION OF C4-5  
                CHRONIC ECRB TEAR LEFT ELBOW

**PLAN:** Mr. Cornwell will need continued medical care for both injuries. I anticipate that the costs of such medical care will be $500-1500 into the foreseeable future. He is a candidate for an ECRB repair of the left elbow. The cost of this surgery is as follows: surgical fee $2000, anesthesia fee $500, operating room fee $4000, post operative rehabilitation $3000.

Mr. Cornwell returned on August 15, 2005. He noted persistent pain. He had a stinging sensation and numbness radiating down both shoulders into the hands. The neck was still painful. There was a 50% restriction of neck extension. Grip strength was markedly weak on the left with left lateral condyle tenderness. Return prn.

On October 14, 2005, Mr. Cornwell had an electromyogram of both upper extremities which showed a right C5 radiculopathy.

**ORTHOPAEDIC OPINION:** Mr. Cornwell has a guarded prognosis. He has reached maximum medical improvement. He has a 20% whole body impairment rating for the neck injuries sustained in his accident of August 30, 2002 and a 20% impairment of the left upper extremity for injuries sustained to his left elbow. His whole body impairment rating is 26%. He will follow up with Dr. Kerner's group for evaluation for a redo C4-5 fusion.

This is my notice of Lien, per provider, in accordance with Section 8.01-66.2 CODE OF VIRGINIA in the amount of $554.00. A statement is enclosed.

Sincerely,

WARDELL ORTHOPAEDICS, P.C.

Arthur W. Wardell, M.D.

AW:smr

Enclosure

Dictated, but not read or signed by Dr. Wardell

WARDELL ORTHOPAEDICS, P.C.

CORNWELL, MICHAEL A.                                            #A3286
DOI:  8-30-02

### 8-01-05

Mr. Cornwell is a 48 year old right handed gentleman who comes in for evaluation of his neck and left elbow. For this evaluation I have had access to the following records: Office notes from Dr. Durica of Portsmouth Orthopaedic Associates, X-ray reports from Portsmouth Orthopaedics dated 9-09-02 and 9-26-02, MRI of the cervical spine from Obici Hospital dated 9-23-02, EMG report from Portsmouth Orthopaedic Associates dated 10-2-02, office notes from Dr. Kerner, and Operative Report from Maryview Medical Center dated 11-4-02.

Mr. Cornwell who was involved in a motor vehicle accident on 8-30-02 and was seen by Dr. Durica on 9-9-02 with a diagnosis of cervical spine sprain, dorsal spine sprain, contusion right femur and left elbow. He was placed on physical therapy and had an MRI performed at Obici Hospital in September 2002. The MRI showed C4-5 neural foramen stenosis and disc bulging at C6-7. An electrodiagnostic test performed 10-2-02 showed median neuropathies. He was referred to Dr. Kerner and on 11-4-02 he underwent an anterior cervical fusion of C4-5, C5-6 and C6-7. He saw Dr. Kerner and Dr. Daytner through the winter of 2002 and saw Dr. Durica on 12-23-02 and 2-05-03. He was released from Dr. Kerner's office on 10-31-03. He was release by Dr. Durica on 11-6-03.

Presently, Mr. Cornwell notes left elbow pain which has been steady since the injury and neck pain.

**EXAMINATION:** Upper arm and forearm circumferences are symmetric. Grip strength is 110 lbs right and 40 lbs left. There is a 50% restriction of neck extension. There is a 25% restriction of neck flexion. There is a 75% restriction of neck rotation to the right and the left. There is left elbow tenderness and swelling over the lateral epicondyle. Range of motion is 10-140°. 5 position Jamar dynamometer grip strength testing shows peak strength 110 lbs right and 40lbs left. The patient is right handed.

### 8-1-05 X-RAY REPORT

**Left elbow, 3 views: there is calcification over the lateral epicondyle with some olecranon spurring. Cervical spine, 6 views: there is a fusion of C5, C6 and C7 with an anterior plate. There are signs of non-union between C4 and C5. (AW)jd**

IMPRESSION: CERVICAL DISC INJURY STATUS POST FUSION C4-5,
           C6-7 WITH NON UNION OF C4-5
           CHRONIC ECRB TEAR LEFT ELBOW

**PLAN:** Mr. Cornwell will need continued medical care for both injuries. I anticipate that the costs of such medical care will be $500-1500 into the foreseeable future. He is a candidate for an ECRB repair of the left elbow. The cost of this surgery is as follows: surgical fee $2000, anesthesia fee $500, operating room fee $4000, post operative rehabilitation $3000. (AW)jd

### 8-15-05

Mr. Cornwell notes persistent pain. He has stinging sensation and numbness radiating down both shoulders into the hands. The neck is still painful. There is a 50% restriction of neck extension. Grip strength is markedly weak on the left with left lateral condyle tenderness. Return prn. (AW)jd

**NOTE: ORTHOPAEDIC OPINION GIVEN 8-1-05 (AW)smr**

**Arthur W. Wardell, M.D.**
**Curriculum Vitae**

### EDUCATION:

B.A., Cornell University, 1971
M.D., Cornell University, 1975
Intern, University of Michigan Hospital, 1975-1976
Surgical Resident, University of Michigan Hospital, 1976-1977
Associate Resident in Orthopaedics, Strong Memorial Hospital, Rochester, N.Y., 1977-1978
Resident in Orthopaedics, Highland Hospital, Rochester, N.Y., 1978-1979
Resident in Orthopaedics, Genesee Hospital, Rochester, N.Y., 1978-1979
Resident in Orthopaedics, Rochester General Hospital, 1978-1979
Chief Resident in Orthopaedics, Strong Memorial Hospital, 1979-1980

### PROFESSIONAL EXPERIENCE:

Wardell Orthopaedics, private practice, July 2004 to present
Engaged in private practice in Portsmouth, Virginia, 1980- 2004
Medical Director, Portsmouth General Hospital Rehabilitation Unit, 1983-1985
Associate Director of Orthopaedic Rehabilitation, Portsmouth General Hospital Rehabilitation
    Unit, 1985-1987
Secretary, Portsmouth General Hospital Medical Staff, 1986
Member, Portsmouth General Hospital Executive Committee, 1986
Chairman, Portsmouth General Hospital Quality Assurance Committee, 1987-1988
Chairman, Portsmouth General Hospital Utilization Review Committee, 1986-1987
Vice President, Portsmouth General Hospital Medical Staff, 1987
President, Portsmouth General Hospital Medical Staff, 1988
Board of Directors, Portsmouth General Hospital, 1988-1990

### PROFESSIONAL SOCIETIES:

| | |
|---|---|
| Member | Portsmouth Academy of Medicine |
| Member | Medical Society of Virginia |
| Member | American Academy of Orthopaedic Surgery |
| Member | Virginia Orthopaedic Society |
| Member | American Medical Association |
| | |
| Diplomat | American Board of Orthopaedic Surgery, 1981 |

Wardell Orthopaedics, P.C.
Fee Schedule — Legal Fees

| CPT CODES | KEY CODES | TYPE OF SERVICE | FEES | |
|---|---|---|---|---|
| 99199 | 1 | Chart copies (patient) | | |
| | | up to 50 pages | .50 each | |
| | | per copy thereafter | .25 each | |
| | | search fee after 10 copies | 10.00 | |
| | | plus all postage, shipping & handling | | |
| 99199 | 1 | Chart copies (attorneys & ins. companies) | | |
| | | up to 50 pages | .50 each | |
| | | per copy thereafter | .25 each | |
| | | plus search fee | 10.00 | |
| | | plus all postage, shipping & handling | | |
| 99199 | 3 | Subpoena Duces Tecum | | |
| | | up to 50 pages | .50 each | |
| | | per copy thereafter | .25 each | |
| | | plus search fee | 10.00 | |
| | | plus all postage, shipping & handling | | |
| 99199 | 4 | Medical Reports | | |
| | | 1 page | 50.00 | |
| | | 2 pages | 75.00 | |
| | | 3 pages | 100.00 | |
| | | 4 pages or more | 150.00 | |
| 99199 | 5 | Independent Evaluation of Records | | |
| | | w/report (Includes OV, review or records and report) how many records were reviewed? | $550-$1000 | changed 032106 |
| 99199 | 6 | Review of records only (no patient seen) | $550-$1000 | changed 032106 |
| 99199 | 7 | Conference with Atty (doctors) | | |
| | | one hour or more | 250.00 | |
| 99199 | 8 | Deposition, De Bene Esse per hour (Plantiff) | 500.00 | changed 042606 |
| 99199 | 8A | Deposition, Video per hour | 500.00 | changed 042606 |
| 99199 | 8B | Deposition, Discovery per hour (Defense) | 500.00 | changed 042606 |
| | | (we will not prorate the first hour) | | |
| 99199 | 9 | Court Appearance Physicians per hour | 600.00 | changed 042606 |
| | | (we will not prorate the first hour) | | |
| | | (includes preparation, travel, time waiting to testify and testimony per hour | | |
| 99199 | 10 | Time set aside, per hour | 200.00 | |
| | | (same day cancellation to include time | | |
| | | set aside and preparation, per hour | 350.00 | |
| 99199 | 4 | Impairment Rating (medical report) | 100.00 | |

```
R270  -RPT SELECT PROC/DIAG (10)                                                    DATE  9/12/06
WARDELL ORTHOPAEDICS PC                                                             TIME    13:23
USER - llzl                                                                         PAGE       1

[----PROCEDURE----------] [----DIAGNOSIS----------]  |---PATIENT---------------------------------|
|--CODE---DESCRIPTION---] |--CODE---DESCRIPTION---] [--NUMBER----NAME--------------------------]   DATE       AGE

  9     COURT APPEARANC                              1137    WATKINS SR   WILLIAM         05/22/06   68   WARDELL MD
  9     COURT APPEARANC                              1297    WATKINS      JEANETTE    M   07/11/05   49   WARDELL MD
  9     COURT APPEARANC                              1442    BODDIE       EARLINE         07/20/04   53   WARDELL MD
  9     COURT APPEARANC                              1533    JENKINS      TABITHA     O   03/08/06   26   WARDELL MD
  9     COURT APPEARANC                              1548    MCCREADY     SAMI        V   07/14/05   42   WARDELL MD
  9     COURT APPEARANC                              1563    GRISSOM      DONALD      E   06/23/06   20   WARDELL MD
  9     COURT APPEARANC                              1594    MEADOWS      AMANDA      L   09/19/05   24   WARDELL MD
  9     COURT APPEARANC                              2494    KAH          JUDITH      R   07/29/05   57   WARDELL MD
  9     COURT APPEARANC                              2525    CHAPMAN      RASHAD      A   11/19/04   26   WARDELL MD
  9     COURT APPEARANC                              2975    LEWIS        JENNIFER    A   02/04/05   39   WARDELL MD
  9     COURT APPEARANC                              3083    STOKES III   JAMES       A   02/18/05   44   WARDELL MD
  9     COURT APPEARANC                              3123    JONES        DEBRA       J   02/24/05   42   WARDELL MD
  9     COURT APPEARANC                              3138    HALES        SANDRA      N   06/01/05   64   WARDELL MD
  9     COURT APPEARANC                              4629    RASHADA      KAMEELAH        01/11/06   63   WARDELL MD
  9     COURT APPEARANC                              B1101   MARKEL       RICHARD     A   09/10/04   57   WARDELL MD
```

***** PATIENT    SUMMARY TOTALS *****

| | CHARGES | PERSONAL RECEIPTS | INSURANCE RECEIPTS | CHARGE ADJUST | INSURANCE WRITE-OFF | RECEIPT ADJUST | BALANCE TRANSFERS | MISC CHARGES | CHANGE IN A/R |
|---|---|---|---|---|---|---|---|---|---|
| 100165-PETERSON FIKES ROBE | .00 | .00 | 600.00- | .00 | .00 | .00 | .00 | .00 | 600.00- |
| 102943-MAJORS DENEEN J | .00 | 400.00- | .00 | .00 | .00 | .00 | .00 | .00 | 400.00- |
| 104437-MANUEL MICHAEL A | .00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | 600.00- |
| 104688-THOMPSON MICHELLE | 775.00 | 775.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 105141-EDWARDS ARMAZIE N | 600.00 | 1100.00- | .00 | .00 | .00 | .00 | .00 | .00 | 500.00- |
| 105469-ENGLAND RUTH E | 775.00 | 775.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 105970-LEE JUNIOUS B | 600.00 | .00 | .00 | 600.00- | .00 | .00 | .00 | .00 | .00 |
| 106838-HEBERT MARY A | 1300.00 | 1300.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 107516-PRYOR RUTH S | 950.00 | 950.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 107730-LINDSEY JR JAMES E | 600.00 | .00 | .00 | 600.00- | .00 | .00 | .00 | .00 | .00 |
| 107731-LAWRENCE JR JOHN M | 600.00 | .00 | .00 | 600.00- | .00 | .00 | .00 | .00 | .00 |
| 108182-HATFIELD CECIL L | .00 | 1557.00- | .00 | .00 | .00 | .00 | .00 | .00 | 1557.00- |
| 109017-ROOKS JODY S | 600.00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 109377-MCCOY VERA L | 1125.00 | .00 | .00 | 1125.00- | .00 | .00 | .00 | .00 | .00 |
| 109770-EVERETT EUGENE H | 950.00 | 950.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 109799-SAUNDERS JR EDWARD | 1825.00 | 1825.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 110239-BECKETT MONICA Y | 775.00 | 775.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 110240-GRAHAM YOLANDA M | 500.00 | 500.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 110743-MAHANEY WILLIAM E | 950.00 | 950.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 110901-SMITHWRICK VONDIA M | 600.00 | 161.67- | .00 | .00 | .00 | .00 | .00 | .00 | 438.33 |
| 110980-GREEN PAMELA L | 400.00 | 400.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 111389-WILLIAMS MARY L | 600.00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 111447-BREEDLOVE SR WILLIA | .00 | 250.00- | .00 | .00 | .00 | .00 | .00 | .00 | 250.00- |
| 111620-BRABBLE CHRISTOPHER | 600.00 | .00 | .00 | 600.00- | .00 | .00 | .00 | .00 | .00 |
| 111621-JORDAN TUNISHA G | 600.00 | .00 | .00 | 600.00- | .00 | .00 | .00 | .00 | .00 |
| 111961-WRIGHT KATHERINE M | 600.00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 111971-SIEBERT ANTHONY A | 1300.00 | 1300.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 111976-WOODEN EVELYN H | 775.00 | 775.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 112308-DRUM DALE A | 500.00 | 500.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 112675-TERRELL MILTON D | 600.00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 112682-ASKEW TAMMY E | 775.00 | 773.00- | .00 | 2.00- | .00 | .00 | .00 | .00 | .00 |
| 112714-MCCAW MARGARET H | 950.00 | 950.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 112735-COOK JR JOE D | 775.00 | .00 | .00 | 775.00- | .00 | .00 | .00 | .00 | .00 |
| 112806-HARDING JR WILLIAM | 600.00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 112816-FOULIS DOUGLAS B | 950.00 | 950.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 113170-DAVIS JOYCE S | 775.00 | .00 | .00 | 775.00- | .00 | .00 | .00 | .00 | .00 |
| 113180-JONES LITTLE II | 600.00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 113220-GIDDENS STACY L | 1125.00 | 1125.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 113812-SILVERSTORF BERNARD | 775.00 | 775.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 113830-SAMPSON MICHAEL V | 600.00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 114215-RAVENEL SUPRENA L | 600.00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 114424-FULFORD SHELIA A | 775.00 | 775.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 114557-DIXON JASON C | 775.00 | 775.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 114701-GILBERT JR JACK T | 775.00 | 775.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 115774-HAYES DENEEN | 775.00 | 775.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 116448-WHITE KELVIN N | 450.00 | .00 | .00 | 450.00- | .00 | .00 | .00 | .00 | .00 |
| 116467-RATLIFF GARRETT BEV | 600.00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 116511-MCMULLEN JOHN W | 775.00 | 775.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 116635-DEAMON VANGELIA P | 600.00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 116724-BUCK JENNIFER D | 600.00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 116925-SMITH CYNTHIA L | 1300.00 | 1300.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 117568-HOLLAND ROBERT E | 687.50 | 687.50- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 117729-WYNN MARY F | 650.00 | 650.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 117828-GRAY JOSEPH M | 600.00 | .00 | .00 | 600.00- | .00 | .00 | .00 | .00 | .00 |
| 118168-DIGGS DANIELLE D | 775.00 | 775.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 118260-ROACHE CATHERINE M | 600.00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 118557-BRELAND BRANDON L | 950.00 | 950.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 118698-LANGREDER CHARLES A | 1475.00 | 1000.00- | .00 | 475.00- | .00 | .00 | .00 | .00 | .00 |
| 119053-JACOBS ALICE C | 950.00 | .00 | .00 | 950.00- | .00 | .00 | .00 | .00 | .00 |
| 119291-BRANCH CAROLYN H | 775.00 | 775.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 119564-DUPREE PETERS VALCO | 950.00 | 950.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 119828-LANCASTER JR HARRY | 600.00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 119986-SAGENDORF JENNIFER | 775.00 | 775.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 120362-JOHNSON JAMES E | 950.00 | .00 | .00 | 950.00- | .00 | .00 | .00 | .00 | .00 |
| 120670-RAAB GEORGE F | 600.00 | .00 | .00 | 600.00- | .00 | .00 | .00 | .00 | .00 |
| 120741-SETSER CHERYL J | 775.00 | 775.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 120924-LEWIS HECTOR N | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 121301-BYRD JESSICA R | 600.00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 121487-MCCOY MARIA P | 600.00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 122786-BOONE MURRAY D | 1050.00 | 1050.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 125315-EDWARDS WOOLARD J | 1300.00 | 1300.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 125588-MATAMOROS II LOUIS | 600.00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 125862-GRIMES SUSAN A | 1650.00 | 1650.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 126535-LAMBERT CHRISTOPHER | 5000.00 | 5000.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 127228-VINING RICHARD D | 4800.00 | 4800.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 127536-HARR CORINNE D | 775.00 | 525.00- | .00 | .00 | .00 | .00 | .00 | .00 | 250.00 |
| 128102WC-SMITH JR JAMES H | 1300.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | 1300.00 |
| 128828-JONES RENEE A | 775.00 | 775.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 128873-HANKS LINDA D | 1075.00 | 1075.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 128979-RIDDICK BRENDA L | 300.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | 300.00 |
| 129253-TUBBS ANTHONY B | 600.00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 130125-MCGLONE VERNON T | 950.00 | 950.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |

***** PATIENT    SUMMARY TOTALS *****

| | CHARGES | PERSONAL RECEIPTS | INSURANCE RECEIPTS | CHARGE ADJUST | INSURANCE WRITE-OFF | RECEIPT ADJUST | BALANCE TRANSFERS | MISC CHARGES | CHANGE IN A/R |
|---|---|---|---|---|---|---|---|---|---|
| 131207-WOOD CASSANDRA F | 775.00 | 775.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 131382-TERRY DENNIS H | 950.00 | 950.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 131448-WINGATE EVORA P | 500.00 | 500.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 131888-MANNING MARSHALL L | 950.00 | 950.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 131889-LOCKLEAR TAMEKA N | 775.00 | 775.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 131891-BEAMON SR ANTHONY S | 775.00 | .00 | .00 | 775.00- | .00 | .00 | .00 | .00 | .00 |
| 132394-BAMBERG PATRICIA | 500.00 | 500.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 132527-ADAMSON PAMELA M | 450.00 | 450.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 133448-HARRISON DANIEL W | 950.00 | 950.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 133986-MORRISON MORPHY J | 1900.00 | 1900.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 135408-PORTER KAY W | 1125.00 | 1125.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 135468-JONES STEPHANIE D | 600.00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 135736-ALLSHIRE HOWARD R | 1300.00 | 1300.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 135900-WILLIAMS ADRIAN C | 600.00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 136425-SJURSEN BETTY LOU | 2000.00 | 2000.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 136868-KIRBY JR RAY G | 1125.00 | 1125.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 137374-HUGHES ANTOINETTE C | 1300.00 | 1300.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 137377-STUFF JOHN W | 500.00 | 500.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 138131-HENRY YOLYNDIA L | 600.00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 138698-DAIGLE ALICE M | 775.00 | 775.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 138949-BARNES DALE P | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 139322-JONES CARL W | 3000.00 | 3000.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 139760-ANDERSON GLENNIE B | 1125.00 | 1125.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 140808-HOLLAND EDUARDO | 1475.00 | 1475.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 141508-LUKEMAN JAMIE E | 775.00 | 775.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 142492-BLACKBURN SHAWN K | 775.00 | 775.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 150166-POPE MARY M | 775.00 | 775.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 267JR-SPELLER ROSA M | 500.00 | 500.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 419JR-CUNNINGHAM DAVID C | 950.00 | 950.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 761JR-WRIGHT JUSTERSON L | 650.00 | 650.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 95270-SOMERVILLE SAUNDRA | .00 | 200.00- | .00 | .00 | .00 | .00 | .00 | .00 | 200.00- |
| 95558-CASALE PATRICK | 3000.00 | 3000.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 95559-BRYANT MARCELLUS | .00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | 600.00- |
| 96526-PATRICK VINCENT H | .00 | .00 | .00 | 1050.00- | .00 | .00 | .00 | .00 | 1050.00 |
| 96543-FOWLKES ELIZABETH A | .00 | 1650.00- | .00 | .00 | .00 | .00 | .00 | .00 | 1650.00- |
| 98635-RAPP LYNNDA A | 600.00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 99066-KENNEDY FREDA F | .00 | .00 | .00 | .27- | .00 | .00 | .00 | .00 | .27- |
| 99205-TREVINO SR JOHN R | .00 | 496.58- | .00 | 1103.42- | .00 | .00 | .00 | .00 | 1600.00- |
| 99340-BANKS DARRELL A | .00 | .00 | .00 | 350.00- | .00 | .00 | .00 | .00 | 350.00- |
| 99357-HARRELL RONNIE P | .00 | 1300.00- | .00 | .00 | .00 | .00 | .00 | .00 | 1300.00- |
| 99571-JONES PAULA L | 600.00 | .00 | .00 | 600.00- | .00 | .00 | .00 | .00 | .00 |
| 99585-EDWARDS HILL STEPHA | .00 | .00 | .00 | 950.00- | .00 | .00 | .00 | .00 | 950.00- |
| 99742-ALSTON RICHARD E | 600.00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| A101168-TEMPLETON SR JACK W | .00 | 599.97- | .00 | .00 | .00 | .00 | .00 | .00 | 599.97- |
| A103115-JEFFERSON CARLOS V | 300.00 | .00 | .00 | 300.00- | .00 | .00 | .00 | .00 | .00 |
| A103213-MCCORMACK PHILIP A | 600.00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| A107519-WILLIS LLOYD K | 900.00 | .00 | .00 | 900.00- | .00 | .00 | .00 | .00 | .00 |
| A107693-DUNN ELLEN O | 775.00 | 146.50- | .00 | 628.50- | .00 | .00 | .00 | .00 | .00 |
| A110073-NIXON MARY B | 600.00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| A110226-DAVIS WILLIE J | 950.00 | 950.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| A110512-MALONE DAVID R | 600.00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| A111399-WIGGINS JEAN | 600.00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| A112308-DRUM DALE A | 950.00 | 950.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| A113833-GOODMAN KERMIT R | 600.00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| A115062-HOLLAND KIRK L | 775.00 | .00 | .00 | 775.00- | .00 | .00 | .00 | .00 | .00 |
| A116762-TURNER LEONARD T | 300.00 | 300.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| A118421-STEVENSON LESLIE W | 600.00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| A118639-EATES JR FRANK P | 800.00 | .00 | .00 | 800.00- | .00 | .00 | .00 | .00 | .00 |
| A121190-MOSS SR RONALD D | 950.00 | 950.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| A122089-BOONE CORDENI L | 600.00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| A122175-WALKER EDWARD | 775.00 | .00 | .00 | 775.00- | .00 | .00 | .00 | .00 | .00 |
| A127429-SUNKINS JAMES H | 775.00 | .00 | .00 | 775.00- | .00 | .00 | .00 | .00 | .00 |
| A128978-RIDDICK WATERS R | 300.00 | .00 | .00 | 300.00- | .00 | .00 | .00 | .00 | .00 |
| A129648-JOHNSON MELISSA L | 950.00 | 950.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| A131456-LEWIS CHERIE A | 600.00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| A133004-SMITH CURTIS | 950.00 | 379.62- | .00 | 570.38- | .00 | .00 | .00 | .00 | .00 |
| A133005-SMITH ROBERTA M | 775.00 | 227.12- | .00 | 547.88- | .00 | .00 | .00 | .00 | .00 |
| A134818-STEPHENSON JR BENJA | 600.00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| A135399-HARDEMAN CHERYL L | 300.00 | 300.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| A136084-GLADNEY DONNETTA L | 950.00 | 950.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| A137192-ATKINSON BILLY R | 775.00 | 775.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| A138949-BARNES DALE P | 600.00 | .00 | .00 | 600.00- | .00 | .00 | .00 | .00 | .00 |
| A97733-HUDSON DOROTHY S | 1125.00 | .00 | .00 | 1125.00- | .00 | .00 | .00 | .00 | .00 |
| A98742-MORELAND EVANGELINE | 300.00 | 300.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| B101524-THOMAS ELIZABETH N | .00 | 267.90- | .00 | .00 | .00 | .00 | .00 | .00 | 267.90- |
| B102896-LANIER JIMMY O | 1125.00 | 662.80- | .00 | 1412.20- | .00 | .00 | .00 | .00 | 950.00 |
| B102958-JONES ANITA M | 600.00 | 333.00- | .00 | 267.00- | .00 | .00 | .00 | .00 | .00 |
| B115046-PEELE JOHN W | 950.00 | 950.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| B122327-LASSITER LINDA M | 600.00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| B123582-JOHNSON BARBARA A | 775.00 | 775.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| B126334-PEED GLORIA W | 950.00 | 950.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| B129523-WYNN JAMES E | 600.00 | .00 | .00 | 600.00- | .00 | .00 | .00 | .00 | .00 |

PORTSMOUTH ORTHOPAEDIC ASSOC
USER - mjenkins

***** PATIENT    SUMMARY TOTALS *****

| | CHARGES | PERSONAL RECEIPTS | INSURANCE RECEIPTS | CHARGE ADJUST | INSURANCE WRITE-OFF | RECEIPT ADJUST | BALANCE TRANSFERS | MISC CHARGES | CHANGE IN A/R |
|---|---|---|---|---|---|---|---|---|---|
| B130649-CHAPEL SR TONY L | 1300.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | 1300.00 |
| B142660-SIMMONS LYNN C | 600.00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| B97442-SOUTHALL GREGORY | .00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | 600.00- |
| B97767-OTRANTO THOMAS J | 1300.00 | 1300.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| B98844-PERRY DONNIE | 775.00 | 775.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| B98932-UNDERDUE CLYDE | 300.00 | 300.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| C109923-BUTT III OLLIE S | 950.00 | 950.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| C111440-DAMSEY LLOYD | 1125.00 | 140.12- | .00 | 984.88- | .00 | .00 | .00 | .00 | .00 |
| C132127-WRIGHT SARAH K | 600.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | 600.00 |
| C136043-DIXON CURTIS J | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| C138653-WRIGHT KAREN B | 600.00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| C165JR-MATTHEWS JOHN P | 775.00 | 775.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| C96246-PORK KIN N | .00 | .00 | .00 | 500.00- | .00 | .00 | .00 | .00 | 500.00- |
| D116004-SMILEY WAYNE E | 600.00 | 600.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| D125121-EVANS SHONA M | 600.00 | .00 | .00 | 600.00- | .00 | .00 | .00 | .00 | .00 |
| D125623-MYERS DAVID M | 2000.00 | 2000.00- | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| D135755-ALLEN CRAIG D | 950.00 | .00 | .00 | 950.00- | .00 | .00 | .00 | .00 | .00 |
| D146792-WILLIAMS CORTIS A | 600.00 | .00 | .00 | 600.00- | .00 | .00 | .00 | .00 | .00 |
| G130026-MILLER GAIL E | 1000.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | 1000.00 |
| ***** GRAND TOTALS ***** | 142,562.50 | 122,757.78- | 600.00- | 28,541.53- | .00 | .00 | .00 | .00 | 9,336.81- |

```
First:                PATIENT                          Date Format:          Month/Year
Second:               PROCEDURE                        Date of Service:      Both DOS
Third:                DOCTOR                           Sort Date:            Posting Date
Fourth:               (none)
Fifth:                (none)
Secondary/Tertiary:   Separate                         Patient Detail = N
Include Non-Insurance w/Primary = Y                    Charge Detail = N

Zero Balance = N                                       Updated = N
Credit Balance = N                                     Not Updated = N
Positive Balance = N                                   Updated Deletions = N
Established Debits = N                                 Not Updated Deletions = N
Unallocated = N
All Open Item Statuses = Y                             All Visit/Receipt Statuses = Y
Attached Receipts Only = N                             Include Summary Totals:  Yes
Use Charge Date for Debits = N                         Patient Age Format:      Years
Page Break on First Level Change = N

                         Start           Stop
Charge Posting Date:     01/01/1996      07/09/2004    Custom Dates
Date of Service:         01/01/1996      07/09/2004    Custom Dates
Receipt Posting Date:    01/01/1979      12/31/2078    Include All
Receipt Allocation Date: 01/01/1979      12/31/2078    Include All
File Date:               01/01/1979      12/31/2078    Include All = Y
Refile Date:             01/01/1979      12/31/2078    Include All = Y

Patient #:                                             Include All = Y
Race Code:               0               99999         Include All = Y
Marital Status Code:     0               99999         Include All = Y
Age:                     0               99999         Include All = Y
Sex:                                     Z             Include All = Y
Employer:                0               99999         Include All = Y
ATTY:                    0               9999999       Include All = Y

Current Patient Type:    0               99999         Include All = Y
Bill Cycle:              0               99999         Include All = Y
Zip Code - Resp Party:                   ZZZZZZZ       Include All = Y
Credit Status:           0               99999         Include All = Y
Collection Agency:       0               99999         Include All = Y
Collection Level:        1               20            Include All = Y
Level Date:              12/31/2078

Debit #:                 0               9999999999    Include All = Y
Patient Type:            0               99999         Include All = Y
Doctor:                  5               5             Include All = N
Referring Dr:            0               9999999       Include All = Y
Location:                0               99999         Include All = Y
Ins Co:                  0               9999999       Include All = Y
Ins Plan:                0               99999         Include All = Y
Department:              0               99999         Include All = Y
Procedure:               11S             11S           Include All = N
Modifier:                0               99999         Include All = Y
Diagnosis:                                             Include All = Y

Receipt:                 0               999999999     Include All = Y
Transaction Type:        0               9999999       Include All = Y
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT CORNWELL :
    Plaintiff :
  :
v. : Case No.: 1:05-cv-02258-HHK
  :
USMAN BANDUKRA, et al :
    Defendants :

**CERTIFICATE REGARDING PLAINTIFF'S RULE 26(a)(2) EXPERT DISCLOSURE**

I hereby certify that plaintiff, by and through undersigned counsel, sent by first class mail, postage pre-paid, plaintiff's Rule 26(a)(2) Disclosure of Expert Testimony to: Richard S. Schrager, Esq. of Mallon A. Snyder, Chtd., 107 North Adams Street, Rockville, MD 20850; and to: Jennifer S. Jackman of Whiteford, Taylor & Preston L.L.P., 1025 Connecticut Avenue, NW, Suite 400, Washington, DC 20036-5405 (each defendant's counsel) along with Arthur Wardell, M.D.'s 10-06-2006 opinion letter to plaintiff's counsel; Plaintiff's counsel's 10-02-2006 letter to Dr. Arthur Wardell; Arthur Wardell, M.D.'s 12-29-2005 letter/rating to plaintiff's counsel; Arthur Wardell, M.D.'s Curriculum Vitae; Arthur Wardell, M.D.'s Fee Schedule; and, Arthur Wardell, M.D.'s case list. I will retain the original of said document until this matter is decided.

    Respectfully submitted,
    Christopher M. Johns (MD15677)
    Box 975, Laurel, MD 20725
    Phone: 301-674-6900

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 10-09-2006 a copy of the foregoing was served by fax and first class mail postage pre-paid to: Richard S. Schrager, Esq. of Mallon A. Snyder, Chtd., 107 North Adams Street, Rockville, MD 20850; and to: Jennifer S. Jackman of Whiteford, Taylor & Preston L.L.P., 1025 Connecticut Avenue, NW, Suite 400, Washington, DC 20036-5405.

    Christopher M. Johns