IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL A. CORNWELL<br><br>Plaintiff<br><br>v.<br><br>USMAN BANDUKRA, et al<br><br>Defendants | Case No:   1:05-cv-02258-HHK |

**DEFENDANT USMAN BANDUKRA'S**
**FIRST SET OF INTERROGATORIES TO PLAINTIFF**

TO:      ROBERT CORNWELL
            c/o Christopher M. Johns, Esq.
            18961 Highstream Drive
            Germantown, Maryland 20874

FROM:  USMAN BANDUKRA
            c/o Jennifer S. Jackman, Esq.
            Whiteford, Taylor & Preston, LLP
            1025 Connecticut Avenue, NW, Suite 400
            Washington, DC 20036

      Defendant Usman Bandukra ("Mr. Bandukra"), pursuant to Rule 33 of the Federal Rules of Civil Procedure, by its undersigned counsel, hereby propounds the following Interrogatories:



## DEFINITIONS AND INSTRUCTIONS

(a) These Interrogatories are continuing in character, so as to require you to file supplemental Answers if you obtain further or different information before trial.

(b) Where the name or identity of a person is requested, please state the full name, home address, and also business address, if known.

(c) Unless otherwise indicated, these Interrogatories refer to the time, place and circumstances of the occurrence mentioned or complained of in the pleadings.

(d) Where knowledge or information in possession of a party is requested, such request includes knowledge of the party's agents, representatives and, unless privileged, his attorneys.

(e) The pronoun "you" refers to the party to whom these Interrogatories are addressed, and the persons mentioned in paragraph (d).

(f) "Identify" or "Identification," when used in reference to an individual person, means to state his/her full business affiliation and his/her present or last known address. "Identify" or "Identification," when used in reference to a document, means to state the type of document (e.g. letter, memorandum, telegram, chart, etc.) or some other means of identifying it, the date, if any, its present location, and the name and address of its custodian. If any document was, but is no longer in your possession or subject to your control, state what disposition was made of it and the reason for such disposition.

## INTERROGATORIES

**INTERROGATORY NO. 1:** State your full name and all names under which you have ever been known, your present address, date of birth, marital status and social security number.

**INTERROGATORY NO. 2**: Describe your relationship with Michael Cornwell including but not limited to how many times per month you saw him, how many times per month you spoke with him and identify by date and location the last time you resided with Michael Cornwell.

**INTERROGATORY NO. 3:** Please state with precision and detail the nature and location of the bodily injuries allegedly suffered by Michael Cornwell as a result of the accident described in the Complaint.

**INTERROGATORY NO. 4:** Identify all hospitals, physicians and/or health care providers who have rendered treatment to Michael Cornwell for any reason, including but not limited to all health care providers who rendered treatment to you as a result of the occurrence described in the Complaint from 1990 to the present, describe the dates and nature of such treatment and produce copies of all medical records relating to that treatment.

**INTERROGATORY NO. 5:** Itemize the expenses made or incurred by you or Michael Cornwell as a result of the accident described in the Complaint and attach copies of all bills, invoices and statements to your Answers.

**INTERROGATORY NO. 6:** If Michael Cornwell has ever suffered any injuries in any accident or otherwise, either prior to or subsequent to the incident referred to in the Complaint, state the date and place of such injury, a detailed description of all the injuries you suffered, the names and addresses of any hospitals, physicians, surgeons or other health care providers rendering treatment, the nature and extent of recovery, and if any permanent disability was suffered the nature and extent of the permanent disability and if Michael Cornwell was compensated in any manor for any injury, state the names and addresses of each noted person or organization paying such compensation and the amount thereof.

**INTERROGATORY NO. 7:** Identify all persons whom you propose to call as expert witnesses at the trial of this case and explain the nature of their occupation and expertise, the subject matter of their testimony, the substance of all the facts and opinions to which the expert is expected to testify, and provide a summary of the grounds for each of opinion. Attach to your Answers copies of all written reports made to you by any such expert.

**INTERROGATORY NO. 8:** With respect to each of the past five (5) years, up to and including the present time, state the name and address of each of Michael Cornwell's employers, the dates of commencement and termination of each employment, a detailed description of the work performed for each employment, and state his average weekly wages or earnings.

**INTERROGATORY NO. 9:** If you are claiming that Michael Cornwell lost time from his employment since the accident described in the Complaint, state the specific cause of such loss of time, the date of such loss of time, the amount of wages or income loss, the method used to determine same and attach all documents relating thereto. If you are claiming loss of earning capacity, state the monetary amount claimed and the method used to determine the same.

**INTERROGATORY NO. 10:** State the names and addresses of all persons known to you or to your attorneys who have given signed, written or recorded statements relative to all or any part of the occurrence referred to in the Complaint and state the date the signed, written or recorded statement was given, to whom it was given and the present custodian of each such signed, written or recorded statement, and attach copies of all such statements.

**INTERROGATORY NO. 11:** If you are aware of the existence of any pictures, diagrams or objects relative to the occurrence referred to in the Complaint or its consequences, including

injuries, state the nature, subject matter and the names and addresses of the present custodian of each picture, diagram or object, and attach all such documents.

**INTERROGATORY NO. 12:** Have you or Michael Cornwell ever been a party to a lawsuit or a worker's compensation claim? If so, state the caption of the lawsuit, the case number, the jurisdiction where it was filed, the nature of the suit and the outcome of the same. Your answer should include any workers' compensation claim filed as a result of this accident.

**INTERROGATORY NO. 13:** Please state whether you or Michael Cornwell have ever been convicted of any crimes (other than minor traffic violations), and, if so, state the date of the conviction, jurisdiction and the case number.

**INTERROGATORY NO. 14:** Give a detailed statement of all facts relating to the accident referred to in the Complaint, including when and how the accident occurred, the exact location of the incident, the direction in which Michael Cornwell was traveling, whether anyone witnessed the incident, identify all persons with knowledge of such facts, and identify all documents supporting the contentions in the Complaint.

**INTERROGATORY NO. 15**: Identify all persons, providing their last known addresses and telephone numbers, who were witnesses to the motor vehicle collision and state their location at the time of the occurrence.

**INTERROGATORY NO. 16:** Identify all persons who arrived at or near the scene of the accident within two hours of the collision.

**INTERROGATORY NO. 17:** Identify each health care provider and/or hospital that has treated Michael Cornwell as a result of the occurrence that gives rise to this litigation and for each provider state the date and purpose of each examination or treatment.

**INTERROGATORY NO. 18:** State whether prior or subsequent to the occurrence Michael Cornwell sustained any accidental injury for which you received medical care or treatment. If so, describe the date and circumstances of the accidental injury and identify all health care providers, including hospitals and other institutions that furnished care to him.

**INTERROGATORY NO. 19**: Has Michael Cornwell ever been involved in any other motor vehicle accidents? If so, identify the date of said accident(s) and describe the accident(s) including the identities of all persons involved in the accident (s).

**INTERROGATORY NO. 20**: Identify the license plate number and vehicle identification number of the automobiles involved in the accident.

**INTERROGATORY NO. 21**: Identify and give the substance of each statement, admission, or declaration against interest, whether written or oral or by conduct, silent or otherwise which you contend were made by Defendants. State who has personal knowledge of each statement and the place and date that each statement was made.

**INTERROGATORY NO. 22**: Was any part of your vehicle in which Mr. Cornwell was riding damaged as a result of the occurrence alleged in the Complaint? If so, describe the damage to the vehicle and identify all persons with knowledge and all documents relating to the damage or repairs.

**INTERROGATORY NO. 23**: If you or Michael Cornwell have ever made a claim for any benefit or for any damages under any insurance policy, or against any person, firm or corporation for damages including claims filed with administrative agencies (including those claimed in this lawsuit) state the damages for which such claim was made, the identity of the party against whom the claim was made, the nature and amount of any payment received and the date it was made.

**INTERROGATORY NO. 24**: Identify all pharmacies where Michael Cornwell filled and/or purchased any prescription medication since 1990.

**INTERROGATORY NO. 25**: State all facts that support your contention in paragraph 15 of the Complaint that Sabiha Bandukra was driving her car on behalf of defendant Usman Bandukra and was acting as Usman Bandukra's general agent to transact Usman Bandukra's business and identify all persons with knowledge and all documents relating thereto.

**INTERROGATORY NO. 26**: Describe all business activities you contend Sabiha Bandukra was conducting on the date of the accident and identify all persons with knowledge and documents relating thereto.

**INTERROGATORY NO. 27**: Identify all places you have resided in the past seven (7) years. Include in your answer the dates of your occupancy and the identities of all persons with whom you resided during that time period.

**INTERROGATORY NO. 28**: Identify all places Michael Cornwell resided over the past seven years preceding his death. Include in your answer the dates of his occupancy and the identities of all persons with whom he resided during that time period.

**INTERROGATORY NO. 29**: Identify all members of Michael Bandukra's family including the names, addresses, telephone numbers and ages of his parents, siblings, children and spouses/ex-spouses.

Respectfully submitted,

_____
John J. Hathway (#412664)
Jennifer S. Jackman (#466922)
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, NW, Suite 400
Washington, DC 20036-5405
(202) 659-6800
(202) 331-0573 (facsimile)

Attorney for Defendant
*Usman Bandukra*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July, 2006, a copy of the foregoing was sent by first class mail, postage prepaid to:

Christopher M. Johns, Esq.
18961 Highstream Drive
Germantown, Maryland 20874

Richard S. Shrager, Esquire
107 North Adams Street
Rockville, Maryland 20850

_____
Jennifer S. Jackman

190198

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL A. CORNWELL<br><br>Plaintiff<br><br>v.<br><br>USMAN BANDUKRA, et al<br><br>Defendants | Case No:   1:05-cv-02258-HHK |

**DEFENDANT USMAN BANDUKRA'S FIRST SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF**

TO:        ROBERT CORNWELL
             c/o Christopher M. Johns, Esq.
             18961 Highstream Drive
             Germantown, Maryland 20874

FROM:    USMAN BANDUKRA
             c/o Jennifer S. Jackman, Esq.
             Whiteford, Taylor & Preston, LLP
             1025 Connecticut Avenue, NW, Suite 400
             Washington, DC 20036

Defendant Usman Bandukra ("Mr. Bandukra"), pursuant to Rule 34 of the Federal Rules of Civil Procedure, by its undersigned counsel, hereby propounds the following Requests for Production of Documents:

## DEFINITIONS AND INSTRUCTIONS

(a) These Requests are continuing in character, so as to require you to file supplemental responses if you obtain further or different documentation before trial.

(b) These Requests shall be responded in accordance with the requirements set forth in the Federal Rules of Civil Procedure.

(c) The term "Document" shall mean written, typed, printed, recorded or graphic matter, however produced or reproduced of any kind and description, and whether an original, master, duplicate or copy, including but not limited to, papers, notes, accounts, books, advertisements, letters, memoranda, notes of conversations, contracts, agreements, drawings, telegrams, tape recordings, communications, including interoffice and intraoffice memoranda, reports, studies, working papers, corporate records, minutes of meetings, notebooks, bank deposits, bank checks, canceled checks, diaries, diary entries, appointment books, desk calendars, photographs, transcriptions, sound recordings of any type whether stored in tangible, electronic, mechanical, electric form or representation of any kind including, without limitation: materials on or in computer tapes, disks, and memory; and backup copies and "deleted" files on a computer storage devices or other media, whether located on site or off site. Such Documents shall also include but not be limited to transcriptions of personal notes, telephone conversations or negotiations, meetings or conferences or things similar to any of the foregoing and to include data, information and statistics contained within any data storage module, tapes, discs or other memory device or any other information retrievable from storage.

## REQUESTS

**REQUEST NO. 1:** All documents referred to, related to or identified in Plaintiff's Complaint.

**REQUEST NO. 2:** All documents referred to or utilized in answering Usman Bandukra's First Set of Interrogatories to Plaintiff.

**REQUEST NO. 3:** All documents obtained by Plaintiff pursuant to subpoena in this case.

**REQUEST NO. 4:** Copies of any police reports relating to the allegations contained in the Complaint.

**REQUEST NO. 5:** All photographs, sketches or diagrams relating in any way to the allegations contained in the Plaintiff's Complaint.

**REQUEST NO. 6:** All documents which refer to, relate to, or reflect the names and addresses and/or nature of expertise of any experts whom you intend to call at trial and copies of all written reports received from such experts.

**REQUEST NO. 7:** Documents which refer to, relate to or reflect the content of any report, study, investigation or any other examination performed at your request, or on your behalf or otherwise known to you by any expert with regard to the subject litigation.

**REQUEST NO. 8:** Any and all reports, documents, and/or statements made by the Michael Cornwell or anyone for or on his behalf, in the ordinary course of business and any and all reports, records or statements made by the Plaintiff for or on his behalf, and required to be filed with any person, firm or corporation, including but not limited to insurance or accident reports in conjunction with the occurrence of the damages alleged to have been sustained herein.

**REQUEST NO. 9:** All written statements of the Defendants, or their agents, or of any person or entity not named in the Complaint concerning this incident or its subject matter in the Plaintiff's possession, custody or control.

**REQUEST NO. 10:** All statements concerning this action or its subject matter obtained from any other party or non-party to this litigation presently in the Plaintiff's possession, custody or control.

**REQUEST NO. 11:** All photographs, maps, diagrams, or other depictions of all or any part of the street where the accident occurred. This request includes all such photographs, maps, diagrams, and other depictions of the intersection as it was on the date of the accident and as it may have been modified following the accident.

**REQUEST NO. 12**: All documents not heretofore produced which support any allegations contained your Complaint.

**REQUEST NO. 13:** All medical records, surgical records, mental health records, financial records, bills, invoices, writings, notes or memoranda generated in connection with injuries sustained or believed to be sustained in accidental injuries occurring *before* or *after* the incident that is the subject of this litigation. For any such record not in Plaintiff's custody, please execute the attached release provided with these Requests.

**REQUEST NO. 14**: Any and all employment records regarding Michael Cornwell's employment from the date of the incident alleged in the Complaint until the present date. For those employment records which are in existence and are not physically in the possession or custody of the Plaintiff or the Plaintiff's attorney, but which are within the Plaintiff's control, Defendant requests that the Plaintiff execute authorizations to each employer where records exist to allow Defendant to obtain copies of said records. A copy of said Authorization is attached.

4

**REQUEST NO. 15:** Any and all documents showing prior or subsequent claims for injury made by Michael Cornwell or made by others on his behalf, including settlement demand letters, Complaints, Motions for Judgment, Releases, and copies of settlement checks.

**REQUEST NO. 16:** Michael Cornwell's income tax returns, federal and state, with all attachments, from 1998 to the present.

**REQUEST NO. 17:** All documents you received, created, filed, or that you or your counsel have possession of relating to any claim for worker's compensation that Michael Cornwell made in connection with the motor vehicle collision that is the subject of this litigation.

**REQUEST NO. 18:** All documents supporting the itemization of economic damages and description of non-economic damages you claim.

**REQUEST NO. 19:** A copy of Michael Cornwell's health insurance and prescription insurance card.

**REQUEST NO. 20:** All documents relating to any communications regarding settlement of claims regarding the incident alleged in the Complaint.

**REQUEST NO. 21:** All documents relating to the Estate of Michael Cornwell.

**REQUEST NO. 22:** All documents relating to Michael Cornwell's death.

Respectfully submitted,

_____
John J. Hathway (#412664)
Jennifer S. Jackman (#466922)
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, NW, Suite 400
Washington, DC 20036-5405
(202) 659-6800
(202) 331-0573 (facsimile)

Attorney for Defendant
*Usman Bandukra*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July, 2006, a copy of the foregoing was sent by first class mail, postage prepaid to:

Christopher M. Johns, Esq.
18961 Highstream Drive
Germantown, Maryland 20874

Richard S. Shrager
107 North Adams Street
Rockville, Maryland 20850

_____
Jennifer S. Jackman

190228

## *HIPAA COMPLIANT AUTHORIZATION FORM PURSUANT TO 45 CFR 164.508*

Name or specific identification of the person(s), or class of persons, authorized to make the requested disclosure:

**CUSTODIAN OF RECORDS**

_____
_____
_____
_____

Patient Name: **MICHAEL CORNWELL**

AKA: _____

Date of Birth: _____ Social Security Number:_____

Address: _____

I authorize the disclosure of all protected medical information for the purpose of review and evaluation in connection with a legal claim. I expressly request that all covered entities under HIPAA identified above disclose full and complete protected medical information **for all dates of service** including the following:
- All medical records, including inpatient, outpatient and emergency room treatment, all clinical charts, reports, documents, correspondence, test results, statements, questionnaires/histories, office and doctor's handwritten notes, and records received by other physicians.
- All autopsy, laboratory, histology, cytology, pathology, radiology, CT Scan, MRI, echocardiogram and cardiac catheterization reports.
- All radiology films, mammograms, myelograms, CT scans, photographs, bone scans, pathology/cytology/histology/autopsy/immunohistochemistry specimens, cardiac catheterization videos/CDs/films/reels, and echocardiogram videos.
- All pharmacy/prescription records including NDC numbers and drug information handouts/monographs.
- All billing records including all statements, itemized bills, and insurance records.

**Information about alcohol/substance abuse and HIV/AIDS may be disclosed as follows: (Check all that apply)**
____Yes, disclose HIV/AIDS information.          OR   ____ No, do NOT disclose HIV/AIDS information.
____Yes, disclose alcohol/substance abuse information. OR   ____ No, do NOT disclose alcohol/substance abuse information.

I authorize you to release the protected health information to:

Jennifer S. Jackman, Whiteford, Taylor & Preston, 1025 Connecticut Avenue, NW, Suite 400, Washington, DC  20036

I acknowledge the right to revoke this authorization by writing to Jennifer S. Jackman, Esquire at the above referenced address. However, I understand that any actions already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.
I acknowledge the potential for information disclosed pursuant to this authorization to be subject to redisclosure by the recipient and no longer be protected under 45 CFR 164.508.
I understand that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign the authorization.
Any facsimile, copy or photocopy of the authorization shall authorize you to release the records herein.
This authorization expires two years from the date below.

Signature: _____ Date: _____
Relationship to the person who is the subject of the records:
Self: _____ Other: Personal Representative of the Estate of Michael Cornwell
              Describe authority
Last Updated: 04/28/03

## EMPLOYMENT AUTHORIZATION

TO: _____
_____
_____
_____


EMPLOYEE:      MICHAEL CORNWELL
SSN:           _____
DOB:           _____


I hereby give my permission, and this is your authority to furnish to any member, employee, representative, or agent of the law firm of Whiteford, Taylor & Preston, with offices at 1025 Connecticut Avenue, NW, Suite 400, Washington, DC 20036, a copy of any and all records concerning my employment, including but not limited to application for employment, attendance records, salary information, performance evaluations, awards, disciplinary actions, worker's compensation claims, notes, correspondence and any and all other records concerning my employment with you.

I agree that a photostatic copy of this Authorization may be used in place of and with the same force and effect as the original.


_____          _____
Date                            Robert Cornwell, Personal Representative of the
                                Estate of Michael Cornwell