## WHITEFORD, TAYLOR & PRESTON L.L.P.

SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND 21202-1626
TELEPHONE 410 347-8700
FAX 410 752-7092

20 COLUMBIA CORPORATE CENTER
10420 LITTLE PATUXENT PARKWAY
SUITE 495
COLUMBIA, MARYLAND 21044-3528
TELEPHONE 410 884-0700
FAX 410 884-0719

1025 CONNECTICUT AVENUE, NW
WASHINGTON, D.C. 20036-5405
202 659-6800
FAX 202 327-6144
www.wtplaw.com

210 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4515
TELEPHONE 410 832-2000
FAX 410 832-2015

115 ORONOCO STREET
ALEXANDRIA, VIRGINIA 22314
TELEPHONE 703 836-5742
FAX 703 836-3558

JENNIFER S. JACKMAN
DIRECT NUMBER
202 659-6794
jjackman@wtplaw.com

September 21, 2006

**VIA FACSIMILE (301) 540-5901 AND REGULAR MAIL**

Christopher M. Johns, Esq.
P.O. Box 975
Laurel, MD 20707

Re:   *Cornwell v. Bandukra*
      WTP: 035618.00973

Dear Mr. Johns:

I have not received your client's responses to the discovery requests that were propounded on July 31, 2006. They are now nearly one month overdue. Kindly advise when I can expect receipt of these responses.

I would like to schedule depositions in this case. First, I would like to depose your client. Please provide yours and his availability for that deposition in October. I would also like to schedule other depositions. Kindly provide me with all of your availability for the month of October.

I look forward to hearing from you.

Very truly yours,

Jennifer S. Jackman

JSJ:wt&pl

*192321*