## WHITEFORD, TAYLOR & PRESTON L.L.P.

SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND 21202-1626
TELEPHONE 410 347-8700
FAX 410 752-7092

20 COLUMBIA CORPORATE CENTER
10420 LITTLE PATUXENT PARKWAY
SUITE 495
COLUMBIA, MARYLAND 21044-3528
TELEPHONE 410 884-0700
FAX 410 884-0719

JENNIFER S. JACKMAN
DIRECT NUMBER
202 659-6794
jjackman@wtplaw.com

1025 CONNECTICUT AVENUE, NW
WASHINGTON, D.C. 20036-5405
202 659-6800
FAX 202 327-6144
www.wtplaw.com

210 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4515
TELEPHONE 410 832-2000
FAX 410 832-2015

115 ORONOCO STREET
ALEXANDRIA, VIRGINIA 22314
TELEPHONE 703 836-5742
FAX 703 836-3558

October 18, 2006

**VIA FACSIMILE (301) 540-5901 AND REGULAR MAIL**
Christopher M. Johns, Esq.
P.O. Box 975
Laurel, MD 20707

Re:   *Cornwell v. Bandukra*
      WTP: 035618.00973

Dear Mr. Johns:

I have still not received your client's responses to the discovery requests that were propounded on July 31, 2006. They are now more than two months overdue. If I do not receive fully executed responses by the close of business October 25, 2006, I will seek judicial intervention.

Additionally, we need to schedule depositions in this case. Please provide me you're your availability during the weeks of October 30th, November 6th and November 13th. If none is provided, I will be forced to schedule these depositions without regard for your calendar, which I would like to avoid.

Lastly, I have not been able to access the medical records you have posted on your internet site. Please provide me with the proper log-on/password. Alternatively, please produce hard copies of these records.

I look forward to hearing from you.

Very truly yours,

Jennifer S. Jackman

JSJ:wt&pl
cc: Richard Shrager, Esq.

EXHIBIT 3