IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL A. CORNWELL<br><br>Plaintiff<br><br>v.<br><br>USMAN BANDUKRA, et al<br><br>Defendants | Case No:  1:05-cv-02258-HHK |

### DEFENDANT USMAN BANDUKRA'S
### FIRST SET OF INTERROGATORIES TO PLAINTIFF

TO:    ROBERT CORNWELL
       c/o Christopher M. Johns, Esq.
       18961 Highstream Drive
       Germantown, Maryland 20874

FROM:  USMAN BANDUKRA
       c/o Jennifer S. Jackman, Esq.
       Whiteford, Taylor & Preston, LLP
       1025 Connecticut Avenue, NW, Suite 400
       Washington, DC 20036

Defendant Usman Bandukra ("Mr. Bandukra"), pursuant to Rule 33 of the Federal Rules of

Civil Procedure, by its undersigned counsel, hereby propounds the following Interrogatories:



## DEFINITIONS AND INSTRUCTIONS

(a) These Interrogatories are continuing in character, so as to require you to file supplemental Answers if you obtain further or different information before trial.

(b) Where the name or identity of a person is requested, please state the full name, home address, and also business address, if known.

(c) Unless otherwise indicated, these Interrogatories refer to the time, place and circumstances of the occurrence mentioned or complained of in the pleadings.

(d) Where knowledge or information in possession of a party is requested, such request includes knowledge of the party's agents, representatives and, unless privileged, his attorneys.

(e) The pronoun "you" refers to the party to whom these Interrogatories are addressed, and the persons mentioned in paragraph (d).

(f) "Identify" or "Identification," when used in reference to an individual person, means to state his/her full business affiliation and his/her present or last known address. "Identify" or "Identification," when used in reference to a document, means to state the type of document (e.g. letter, memorandum, telegram, chart, etc.) or some other means of identifying it, the date, if any, its present location, and the name and address of its custodian. If any document was, but is no longer in your possession or subject to your control, state what disposition was made of it and the reason for such disposition.

## INTERROGATORIES

**INTERROGATORY NO. 1:** State your full name and all names under which you have ever been known, your present address, date of birth, marital status and social security number.

INTERROGATORY NO. 2: Describe your relationship with Michael Cornwell including but not limited to how many times per month you saw him, how many times per month you spoke with him and identify by date and location the last time you resided with Michael Cornwell.  Son

INTERROGATORY NO. 3: Please state with precision and detail the nature and location of the bodily injuries allegedly suffered by Michael Cornwell as a result of the accident described in the Complaint.  See, medical records and bills.

INTERROGATORY NO. 4: Identify all hospitals, physicians and/or health care providers who have rendered treatment to Michael Cornwell for any reason, including but not limited to all health care providers who rendered treatment to you as a result of the occurrence described in the Complaint from 1990 to the present, describe the dates and nature of such treatment and produce copies of all medical records relating to that treatment.  See, medical records and bills.

INTERROGATORY NO. 5: Itemize the expenses made or incurred by you or Michael Cornwell as a result of the accident described in the Complaint and attach copies of all bills, invoices and statements to your Answers.  See, medical records and bills.

INTERROGATORY NO. 6: If Michael Cornwell has ever suffered any injuries in any accident or otherwise, either prior to or subsequent to the incident referred to in the Complaint, state the date and place of such injury, a detailed description of all the injuries you suffered, the names and addresses of any hospitals, physicians, surgeons or other health care providers rendering treatment, the nature and extent of recovery, and if any permanent disability was suffered the nature and extent of the permanent disability and if Michael Cornwell was compensated in any manor for any injury, state the names and addresses of each noted person or organization paying such compensation and the amount thereof.  Objection. Mr. Cornwell never injured the areas of his body before. Without waiving objection, see medical records and bills produced.

3

**INTERROGATORY NO. 7:** Identify all persons whom you propose to call as expert witnesses at the trial of this case and explain the nature of their occupation and expertise, the subject matter of their testimony, the substance of all the facts and opinions to which the expert is expected to testify, and provide a summary of the grounds for each of opinion. Attach to your Answers copies of all written reports made to you by any such expert.   See, expert disclosure.

**INTERROGATORY NO. 8:** With respect to each of the past five (5) years, up to and including the present time, state the name and address of each of Michael Cornwell's employers, the dates of commencement and termination of each employment, a detailed description of the work performed for each employment, and state his average weekly wages or earnings.   Objection: no loss wage claim.

**INTERROGATORY NO. 9:** If you are claiming that Michael Cornwell lost time from his employment since the accident described in the Complaint, state the specific cause of such loss of time, the date of such loss of time, the amount of wages or income loss, the method used to determine same and attach all documents relating thereto. If you are claiming loss of earning capacity, state the monetary amount claimed and the method used to determine the same.
   Objection: no loss wage claim.

**INTERROGATORY NO. 10:** State the names and addresses of all persons known to you or to your attorneys who have given signed, written or recorded statements relative to all or any part of the occurrence referred to in the Complaint and state the date the signed, written or recorded statement was given, to whom it was given and the present custodian of each such signed, written or recorded statement, and attach copies of all such statements.
 Defendants through police officer (see police report), body repair statement and medical records.

**INTERROGATORY NO. 11:** If you are aware of the existence of any pictures, diagrams or objects relative to the occurrence referred to in the Complaint or its consequences, including

4

injuries, state the nature, subject matter and the names and addresses of the present custodian of each picture, diagram or object, and attach all such documents. **See documents produced.**

**INTERROGATORY NO. 12:** Have you or Michael Cornwell ever been a party to a lawsuit or a worker's compensation claim? If so, state the caption of the lawsuit, the case number, the jurisdiction where it was filed, the nature of the suit and the outcome of the same. Your answer should include any workers' compensation claim filed as a result of this accident. **None known related to the injuries in this case.**

**INTERROGATORY NO. 13:** Please state whether you or Michael Cornwell have ever been convicted of any crimes (other than minor traffic violations), and, if so, state the date of the conviction, jurisdiction and the case number. **Objection as to relevance as he is not testifying.**

**INTERROGATORY NO. 14:** Give a detailed statement of all facts relating to the accident referred to in the Complaint, including when and how the accident occurred, the exact location of the incident, the direction in which Michael Cornwell was traveling, whether anyone witnessed the incident, identify all persons with knowledge of such facts, and identify all documents supporting the contentions in the Complaint. **See, police report only as to how accident occurred. Bandukra alleges Gallegher is or partly at fault hitting plaintiff first.**

**INTERROGATORY NO. 15:** Identify all persons, providing their last known addresses and telephone numbers, who were witnesses to the motor vehicle collision and state their location at the time of the occurrence. **The parties and the driver of the car in which Mr. Cornwell was a passenger.**

**INTERROGATORY NO. 16:** Identify all persons who arrived at or near the scene of the accident within two hours of the collision. **See police report produced only as to who arrived.**

**INTERROGATORY NO. 17:** Identify each health care provider and/or hospital that has treated Michael Cornwell as a result of the occurrence that gives rise to this litigation and for each provider state the date and purpose of each examination or treatment.

**See medical records and bills produced.**

5

**INTERROGATORY NO. 18:** State whether prior or subsequent to the occurrence Michael Cornwell sustained any accidental injury for which you received medical care or treatment. If so, describe the date and circumstances of the accidental injury and identify all health care providers, including hospitals and other institutions that furnished care to him.
None known related to the injuries in this case.

**INTERROGATORY NO. 19:** Has Michael Cornwell ever been involved in any other motor vehicle accidents? If so, identify the date of said accident(s) and describe the accident(s) including the identities of all persons involved in the accident (s).
None known related to the injuries in this case.

**INTERROGATORY NO. 20:** Identify the license plate number and vehicle identification number of the automobiles involved in the accident. See police report only as to car identification.

**INTERROGATORY NO. 21:** Identify and give the substance of each statement, admission, or declaration against interest, whether written or oral or by conduct, silent or otherwise which you contend were made by Defendants. State who has personal knowledge of each statement and the place and date that each statement was made.
Defendants through police officer (see police report) only as to how accident occurred.

**INTERROGATORY NO. 22:** Was any part of your vehicle in which Mr. Cornwell was riding damaged as a result of the occurrence alleged in the Complaint? If so, describe the damage to the vehicle and identify all persons with knowledge and all documents relating to the damage or repairs. See repair statement produced.

**INTERROGATORY NO. 23:** If you or Michael Cornwell have ever made a claim for any benefit or for any damages under any insurance policy, or against any person, firm or corporation for damages including claims filed with administrative agencies (including those claimed in this lawsuit) state the damages for which such claim was made, the identity of the party against whom the claim was made, the nature and amount of any payment received and the date it was made.
Objection as to insurance collateral source rule, overly broad and unduly burdensome. Without waiving this objection, none related to the injuries that he sustained in this case.

6

**INTERROGATORY NO. 24:** Identify all pharmacies where Michael Cornwell filled and/or purchase any prescription medication since 1990.
**Objection: overly broad and burdensome. Without waiving, none related to these injuries.**

**INTERROGATORY NO. 25:** State all facts that support your contention in paragraph 15 of the Complaint that Sabiha Bandukra was driving her car on behalf of defendant Usman Bandukra and was acting as Usman Bandukra's general agent to transact Usman Bandukra's business and identify all persons with knowledge and all documents relating thereto. **Pending depositions.**

**INTERROGATORY NO. 26:** Describe all business activities you contend Sabiha Bandukra was conducting on the date of the accident and identify all persons with knowledge and documents relating thereto. **Pending depositions.**

**INTERROGATORY NO. 27:** Identify all places you have resided in the past seven (7) years. Include in your answer the dates of your occupancy and the identities of all persons with whom you resided during that time period. **To be supplemented.**

**INTERROGATORY NO. 28:** Identify all places Michael Cornwell resided over the past seven years preceding his death. Include in your answer the dates of his occupancy and the identities of all persons with whom he resided during that time period. **To be supplemented.**

**INTERROGATORY NO. 29:** Identify all members of Michael Bandukra's family including the names, addresses, telephone numbers and ages of his parents, siblings, children and spouses/ex-spouses. **To be supplemented.**

7

Respectfully submitted,

_____
John J. Hathway (#412664)
Jennifer S. Jackman (#466922)
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, NW, Suite 400
Washington, DC 20036-5405
(202) 659-6800
(202) 331-0573 (facsimile)

Attorney for Defendant
*Usman Bandukra*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July, 2006, a copy of the foregoing was sent by first class mail, postage prepaid to:

Christopher M. Johns, Esq.
18961 Highstream Drive
Germantown, Maryland 20874

Richard S. Shrager, Esquire
107 North Adams Street
Rockville, Maryland 20850

_____
Jennifer S. Jackman

190198