IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL A. CORNWELL<br><br>     Plaintiff<br><br>v.<br><br>USMAN BANDUKRA, et al<br><br>     Defendants | Case No:     1:05-cv-02258-HHK |

## ORDER

THIS MATTER having come before the Court on Defendant Usman Bandukra's Motion to Compel, and the Opposition thereto, it is hereby

ORDERED, that the Defendant's Motion is hereby GRANTED; and it is further

ORDERED that Plaintiff's Objections to Interrogatory Nos. 6, 8, 9, 13, 23 and 24 are waived; and it is further

ORDERED that Plaintiff's Objections to Request for Document Nos. 14, 16 and 19 are waived; and it is further

ORDERED that Plaintiff must provide complete answers to Interrogatory Nos. 1-6, 8, 10-15 and 17-29 within five (5) days from the date of this Order; and it is further

ORDERED that Plaintiff must produce all documents responsive to Request for Document Nos. 9, 10, 14-16 and 19-22 within five (5) days from the date of this Order; and it is further

ORDERED that Plaintiff is to pay Defendant the sum of $675.00 within five (5) days of this Order.

IT IS SO ORDERED.

_____
Judge John M. Facciola


COPIES TO:

Jennifer S. Jackman, Esq.
WHITEFORD, TAYLOR & PRESTON, LLP
1025 Connecticut Avenue, NW
Suite 400
Washington, DC 20036
*Counsel for Defendant Bandukra*

Christopher M. Johns, Esq.
P.O. Box 975
Laurel, MD 20707
*Counsel for Plaintiff*

Richard S. Schrager, Esq.
Mallon A. Snyder Chtd
107 North Adams Street
Rockville, Maryland 20850
*Counsel for Defendant*

193771