## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ROBERT CORNWELL** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **Case No.: 1:05-cv-02258-HHK** |
| | : | |
| **USMAN BANDUKRA, et al** | : | |
| **Defendants** | : | |

### PLAINTIFF'S RULE 26(a)(2) SUPPLEMENTAL EXPERT DISCLOSURE

Plaintiff Robert Cornwell, through undersigned counsel, hereby makes the following Rule 26(a)(2) Supplemental Disclosure of Expert Testimony enclosing plaintiff's previously disclosed expert **Arthur W. Wardell, M.D.,** Wardell Orthopaedics, P.C., 5818 B Harbor View Blvd., Suite B2, Suffolk, VA 23435, attaching Dr. Wardell's October 27, 2006 letter.

Respectfully submitted,

Christopher M. Johns (MD15677)
Box 975, Laurel, MD 20725
Phone: 301-674-6900

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 11-06-2006 a copy of the foregoing was served by fax and first class mail postage pre-paid to: Richard S. Schrager, Esq. of Mallon A. Snyder, Chtd., 107 North Adams Street, Rockville, MD 20850; and to: Jennifer S. Jackman of Whiteford, Taylor & Preston L.L.P., 1025 Connecticut Avenue, NW, Suite 400, Washington, DC 20036-5405.

Christopher M. Johns

**WARDELL ORTHOPAEDICS, P.C.**
5818 D Harbour View Boulevard, Suite 150
Suffolk, Virginia  23435
(757) 215-1400

FACSIMILE COVERSHEET

## THIS DOCUMENT SHOULD BE DELIVERED IMMEDIATELY UPON RECEIPT

Date: _10-28-06_

To: _atty Johns_

Fax Number: _1-301-540-5901_

From: _Suzie_

Re: _Michael Cornwell_

Comments: _Letter & Bill_

_____

_____

_____

_____Urgent    _____For Review    _____Please Reply

**IF YOU DO NOT RECEIVE ALL PAGES, CALL OUR OFFICE IMMEDIATELY!**

**Telephone: (757) 215-1400**          **Facsimile Phone: (757) 215-1410**

TOTAL PAGES (INCLUDING THIS COVER SHEET): _5_

Please deliver this fax to the appropriate person.  If you receive in error, please call  (757) 215-1400.

The information contained in this communication is confidential and is intended only for the addressee.  It contains Protected Health Information (PHI) under HIPAA.  Protected Health Information (PHI) is personal and sensitive information related to a person's health care.  This information is being sent to you under the circumstances when a participant's authorization is not required.  You, the recipient, are obligated to maintain it in a safe, secure and confidential manner.  Re-disclosure, unless permitted by law, is prohibited.  If you are not the intended recipient, you are hereby notified that any dissemination, disclosure, copying or distribution of this information is strictly prohibited and may be unlawful.  Please notify the sender immediately to arrange for return or destruction of these documents.



**WARDELL ORTHOPAEDICS, P.C.**
5818 D Harbour View Blvd., Suite 150
Suffolk, Virginia 23435

Phone (757) 215-1400
Fax   (757) 215-1410

Arthur W. Wardell, M.D.                                    Michael T. Ratanataya, PA-C

## BUSINESS OFFICE CHARGE / RECEIPT FORM

Patient Name _Michael Cornwell_ Acct # _A 3086_ Date _10-27-06_

| ✔ | Description of Service | # Of Forms | Total Charge | Total Payment |
|---|---|---|---|---|
| | Payment on Account | | | |
| | ☐ Cash      ☐ Check | | | |
| | ☐ Money Order    ☐ Visa or Mastercard | | | |
| | If Tiffany Account, Reported To_____ | | | |
| | Disability Forms - (B.O.) $5.00 each | | | |
| | FMLA _ (B.O.) $5.00 | | | |
| | VEC - (SEC) $5.00 | | | |
| | DMV - (SEC) No Charge | | | |
| | Food Stamps (SS) - SEC) No Charge | | | |
| | Medical Necessity - (SEC) No Charge | | | |
| | Physical Capacity - (SEC/PH) $25.00 | | | |
| | Social Services Long Form - (SEC/PHY) $25.00 | | | |
| | RR Retirement - (SEC) $100.00 | | | |
| | Deposition For Total Time_____ | | | |
| | Conference for Total Time_____ | | | |
| | Court Appearance For Total Time_____ | | | |
| | IME | | | |
| ✔ | Miscellaneous Charge _Review of Additional RECS_ | | 200.00 | |

Employee Initials _____



**WARDELL ORTHOPAEDICS, P.C.**
5818 D Harbour View Blvd., Suite 150
Suffolk, Virginia 23435

Phone (757) 215-1400
Fax    (757) 215-1410

**Arthur W. Wardell, M.D.**

**David H. Hoang, D.O.**

**Michael T. Ratanataya, PA-C**

October 27, 2006


Mr. Christopher Johns
Attorney at Law
Box 975
Laurel, MD  20707

Re:    Michael A. Cornwell
       Chart # 3286
       DOI:   August 30, 2002

Dear Mr. Johns:

I am in receipt of your letter of October 2, 2006.  I have printed off from your web site several hundred pages of documents relating to Mr. Cornwell including past medical records and records related to this accident.  I noted to you in my letter of December 29, 2005 that Mr. Cornwell incurred a cervical disc injury as a result of his accident of August 30, 2002.  This injury required surgical intervention.  His neck injury was due to the rear end collision, at which time his head was thrown back resulting in this disc injury.  The related medical treatment for his neck pain was a direct result of his injury of August 30, 2002.  Mr. Cornwell's pain and suffering was moderate to severe.  I have analyzed the medical bills related to this treatment, and these bills were reasonable.

This is my notice of Lien, per provider, in accordance with Section 8.01-66.2 CODE OF VIRGINIA in the amount of $754.00.  A statement is enclosed.

Sincerely,

WARDELL ORTHOPAEDICS, P.C.

Arthur W. Wardell, M.D.

AW:smr

Enclosure

Dictated, but not read or signed by Dr. Wardell.

WARDELL ORTHOPAEDICS PC
5818 D HARBOUR VIEW BLVD., SUITE 150
SUFFOLK, VIRGINIA 23435
(757) 215-1400
TAX ID# 20-0976891

This is my notice of Lien per provider in
accordance with Section 8.01-66.2 CODE OF
VIRGINIA.

LOCATION:    WARDELL ORTHO         PT-0068    PAGE:    1

MICHAEL A CORNWELL              BILLING DATE: 10/28/06
400 EAST SECOND AVENUE
***RETURN MAIL***             AMOUNT DUE :    754.00
FRANKLIN VA 23851

BILL TO:  CORNWELL      MICHAEL      CHART #: A3286

| DATE | POS | PROC | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-----|------|-------------|---------|---------|---------|
| | | | M CORNWELL | | | |
| | | | ARTHUR W WARDELL MD | | | |
| 08/01/05 | | 99215 | ESTAB. PATIENT OV, LEVEL 5 | 162.00 | | 162.00 |
| | DX: | | 841.9     TEAR ECRB ELBOW | | | |
| 08/01/05 | | 72052 | X-RAY EXAM, CERVICAL SPINE, COM | 185.00 | | 347.00 |
| | DX: | | 959.09   INJURY CERVICAL DISK | | | |
| 08/01/05 | | 73080 | X-RAY EXAM, ELBOW, COMPLETE, 3+ | 100.00 | | 447.00 |
| | DX: | | 841.9     TEAR ECRB ELBOW | | | |
| | | | M CORNWELL | | | |
| | | | ARTHUR W WARDELL MD | | | |
| 08/15/05 | | 99214 | ESTAB. PATIENT OV, LEVEL 4 | 107.00 | | 554.00 |
| | DX: | | 723.4     RADICULOPATHY CERVICAL | | | |
| 08/15/05 | ADX | | ADDITIONAL DIAGNOSIS | 0.00 | | 554.00 |
| | DX: | | 996.4     FAILED FUSION CERVICAL SP | | | |
| 12/28/05 | | | CREDIT CARD PAYMENT | | 340.00- | 214.00 |
| | | | M CORNWELL | | | |
| | | | ARTHUR W WARDELL MD | | | |
| 12/29/05 | | 99199 | REVIEW OF RECORDS | 340.00 | | 554.00 |
| | DX: | | 723.4     RADICULOPATHY CERVICAL | | | |
| | | | ATTY JOHNS | | | |
| | | | SECOND OPINION | | | |
| 09/01/06 | | | CASE PENDING $554.00 BAL/C JOHNS/DS | | | |
| | | | M CORNWELL | | | |
| | | | ARTHUR W WARDELL MD | | | |
| 10/27/06 | | 99199 | REVIEW OF RECORDS | 200.00 | | 754.00 |

WARDELL ORTHOPAEDICS PC
5818 D HARBOUR VIEW BLVD., SUITE 150
SUFFOLK, VIRGINIA  23435
(757) 215-1400
TAX ID# 20-0976891


LOCATION:    WARDELL ORTHO          PT-0068     PAGE:    2


MICHAEL A CORNWELL               BILLING DATE: 10/28/06
400 EAST SECOND AVENUE
***RETURN MAIL***               AMOUNT DUE :    754.00
FRANKLIN VA 23851


BILL TO:  CORNWELL      MICHAEL     CHART #: A3286


| DATE | POS | PROC | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-----|------|-------------|---------|---------|---------|
| | DX: | | 723.4    RADICULOPATHY CERVICAL | | | |
| | | | ATTY C JOHNS | | | |
| | | | REVIEW OF ADDTL RCDS | | | |


| CURRENT/ | 30-60 DAYS/ | 60-90 DAYS/ | >90 DAYS/ | TOTAL | | TOTAL DUE |
|----------|-------------|-------------|-----------|-------|--|-----------|
| 200.00 | 0.00 | 0.00 | 554.00 | 754.00 | | 754.00 |


WARDELL ORTHOPAEDICS PC
5818 D HARBOUR VIEW BL
SUITE 150
SUFFOLK VA 23435-3315

LOCATION :   WARDELL ORTHO

PHONE : 757 215 1400          REFERRING DOCTOR :