IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT CORNWELL**<br>    Plaintiff, | :<br>:<br>: |
| v. | : **Case No.: 1:05-cv-02258-HHK**<br>: |
| **USMAN BANDUKRA, et al.**<br>    **Defendants** | :<br>: |

**PLAINTIFF'S NOTICE OF DEPOSITION OF DEFENDANT GALLAGHER**

PLEASE TAKE NOTICE that Plaintiff Robert Cornwell, through counsel, shall pursuant to Rule 30 of the Federal Rules of Civil Procedure, take the deposition of **defendant Matthew J. Gallagher** on **Friday, November 17, 2006, at 10:30 a.m.**, at the offices of: Richard S. Schrager, Esq., 107 North Adams Street, Rockville, MD 20850. The deposition will be taken before a court reporter, notary public, or some other duly qualified person to administer the oath, shall be recorded by sound, by sound-and-visual, or by stenographic means and shall be taken for the purpose of discovery, for use as evidence at trial, and for all such other purposes as permitted by the Federal Rules of Civil Procedure. The deposition shall continue from day to day until completed.

Respectfully submitted,
Christopher M. Johns (MD15677)
Box 975, Laurel, MD 20707
Phone: 301-674-6900
Fax: 301-540-5901

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of November, 2006, a copy of the foregoing was sent by facsimile and first class mail, postage prepaid to:

Jennifer S. Jackman, Esq.
WHITEFORD, TAYLOR & PRESTON, LLP
1025 Connecticut Avenue, NW, Suite 400
Washington, D.C. 20036
202-659-6800 (phone); 202-331-0573 (facsimile)
Attorney for Defendants Bandukras

Richard S. Schrager, Esq.
Mallon A. Snyder Chartered
107 North Adams Street
Rockville, MD 20850
301-762-7500 (phone); 301-762-7509 (facsimile)
Attorney for Defendant Gallagher

Christopher M. Johns