IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

ROBERT CORNWELL       :
    Plaintiff,        :
                        :
v.                    : Case No.: 1:05-cv-02258-HHK
                        :
USMAN BANDUKRA, et al. :
    Defendants        :

### WITHDRAW OF PLAINTIFF'S NOTICE OF DEPOSITION

Plaintiff hereby withdraws his deposition notice of defendant Gallagher so that the depositions can take place in Franklin, Virginia. Plaintiff does not withdraw his deposition notice of defendant Gallagher if the 11-17-2006 deposition noted to take place in Franklin, Virginia is re-scheduled to another date other than 11-17-2006.

Respectfully submitted,
Christopher M. Johns (MD15677)
Box 975, Laurel, MD 20707
Phone: 301-674-6900
Fax: 301-540-5901

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of November, 2006, a copy of the foregoing was sent by facsimile and first class mail, postage prepaid to:

Jennifer S. Jackman, Esq.
WHITEFORD, TAYLOR &PRESTON, LLP
1025 Connecticut Avenue, NW, Suite 400
Washington, D.C. 20036
202-659-6800 (phone); 202-331-0573 (facsimile)
Attorney for Defendants Bandukras

Richard S. Schrager, Esq.
Mallon A. Snyder Chartered
107 North Adams Street
Rockville, MD 20850
301-762-7500 (phone); 301-762-7509 (facsimile)
Attorney for Defendant Gallagher