UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ROBERT CORNWELL, on behalf of himself, and the Estate of Michael A. Cornwell | : :  : |
| Plaintiff, | : : |
| v. | Case No.: 1:05-CV-2258 JMF |
| MATTHEW J. GALLAGHER, et al. | : : : |
| Defendants | : |

### DEFENDANTS' JOINT DISCLOSURE PURSUANT TO RULE 26(a)(2)

COME NOW the Defendants, Usman and Sabiha Bandukra[1] and Matthew J. Gallagher, by and through counsel, Jennifer S. Jackman, Whiteford, Taylor & Preston, LLP for Defendant Bandukra and Richard S. Schrager, Esquire, and Mallon A. Snyder, Chartered, for Defendant Gallagher, and file this Joint Disclosure of Expert Testimony pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, and identifies the following expert witnesses who may be called to testify at the trial of this matter.

Dr. Bruce J. Ammerman, 3301 New Mexico Avenue, Washington, D.C. 20016. Dr. Ammerman is a board-certified neurosurgeon. Dr. Ammerman's anticipated testimony will be based upon his education, training and experience; his review of the decedent's medical records, the pleadings in this case, depositions of the parties and other discovery responses. All of the opinions expressed by Dr. Ammerman will be to a reasonable degree of medical certainty or probability.

It is anticipated that Dr. Ammerman will testify as to the nature and extent of the

---

[1] A Motion to Dismiss Sabiha Bandukra is currently pending.

decedent's alleged injuries; the care and treatment thereof; whether the injuries and damages alleged by the Plaintiff were the proximate result of the motor vehicle accident which is the subject of this action; whether the treatment rendered to the decedent was medically necessary due to any alleged injuries suffered by the decedent in the motor vehicle accident which is the subject of this action; what charges, if any, incurred for that treatment were reasonable and necessary; and whether the decedent was caused to suffer any pain, discomfort or distress as a result of the alleged injuries.

The opinions of Dr. Ammerman will be supplemented as additional medical records of the decedent are received. Dr. Ammerman's report will be provided to all counsel as soon as it is available.

Defendants reserve the right to call as their own witness any expert witness identified by any other party to this action.

This Designation is by no means comprehensive of the opinions of the listed experts, but serves to fulfill the requirement of the Court's Scheduling Order.

Counsel for the Defendants reserve the right to amend, supplement, and name additional experts up until the time of the Pre-Trial Conference.

This designation will also serve as a supplement to all outstanding discovery.

Respectfully submitted,

MALLON A. SNYDER, CHARTERED

_____
Mallon A. Snyder, #387516
Richard S. Schrager, #349530
107 North Adams Street
Rockville, Maryland 20850
(301) 762-7500

Counsel for Defendant Gallagher

WHITEFORD, TAYLOR & PRESTON

_____
Jennifer S. Jackman
1025 Connecticut Avenue, NW
Suite 400
Washington, DC 20036
(202) 659-6794
Counsel for Defendants Usman and
   Sabiha Bandukra

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of November, 2006, a copy of the foregoing was mailed, postage prepaid, via ordinary mail, addressed to:

Christopher M. Johns, Esq.
CHRISTOPHER M. JOHNS, LLC
P.O. Box 975
Laurel, Maryland 20725

Jennifer S. Jackman, Esq.
Whiteford, Taylor & Preston, L.L.P.
1025 Connecticut Avenue, N.W.
Suite 400
Washington, D.C. 20036-5405

_____
Richard S. Schrager