IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT CORNWELL** : | |
| Plaintiff : | |
| v. : | **Case No. : 1:05-cv-02258-HHK** |
| : | |
| **USMAN BANDUKRA, et al.** : | |
| Defendants : | |

**CONSENT MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTIONS
SCHEDULING ORDER DEADLINE DATES BY THIRTY (30) DAYS**

NOW COMES, the parties to the above captioned case, through respective undersigned counsel, in consent to extend the Scheduling Order "Discovery Deadline" date thirty (30) days from 11-17-2006 to 12-17-2006 and to also extend the Scheduling Order "Dispositive Motions" deadline date thirty (30) days from 12-01-2006 to 01-01-2007.

**WHEREFORE,** the parties request the respective extension.

Respectfully submitted,

_____
Christopher M. Johns (MD15677)
Box 975, Laurel, MD 20725
301-674-6900 ; 301-540-5901 (fax)
*Attorney for the Plaintiff*

_____
Jennifer S. Jackman (by attached letter)
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, N.W., Suite 400
Washington, D.C. 20036-5405
*Attorney for defendants Bandukra*

_____
Richard S. Schrager (by verbal permission)
107 North Adams Street
Rockville, MD 20850.
*Attorney for defendant Gallagher*

**1:05-cv-02258-JMF** CORNWELL v. BANDUKRA et al
John M. Facciola, presiding
**Date filed:** 11/21/2005 **Date of last filing:** 09/20/2006

# Deadlines/Hearings

| Doc. No. | Deadline/Hearing | Event Filed | Due/Set | Satisfied | Terminated |
|---|---|---|---|---|---|
|  | Jury Trial | 07/18/2006 | 02/20/2007 at 09:30 AM |  | 07/19/2006 |
| 30 | Jury Trial | 07/19/2006 | 02/20/2007 at 09:30 AM |  | 07/19/2006 |
|  | Jury Trial | 07/19/2006 | 02/20/2007 at 09:30 AM |  |  |
|  | Pretrial Conference | 07/18/2006 | 02/02/2007 at 09:30 AM |  | 07/19/2006 |
| 30 | Final Pretrial Conference | 07/19/2006 | 02/02/2007 at 09:30 AM |  |  |
|  | Pretrial Conference | 07/19/2006 | 02/02/2007 at 09:30 AM |  |  |
| 30 | Reply to Dispositive Motions | 07/19/2006 | 12/22/2006 |  | 07/19/2006 |
|  | Reply to Dispositive Motions | 07/19/2006 | 12/22/2006 |  |  |
| 30 | Response to Dispositive Motion | 07/19/2006 | 12/15/2006 |  | 07/19/2006 |
|  | Response to Dispositive Motion | 07/19/2006 | 12/15/2006 |  |  |
| 30 | Dispositive Motions | 07/19/2006 | 12/01/2006 |  | 07/19/2006 |
|  | Dispositive Motions | 07/19/2006 | 12/01/2006 |  |  |
| 30 | Discovery Deadline | 07/19/2006 | 11/17/2006 |  | 07/19/2006 |
|  | Discovery Deadline | 07/19/2006 | 11/17/2006 |  |  |
| 30 | Status Conference | 07/19/2006 | 11/14/2006 at 09:30 AM |  |  |
|  | Telephone Conference | 07/19/2006 | 11/14/2006 at 09:30 AM |  |  |
| 30 | Defendant's Rule26(a)2 | 07/19/2006 | 10/18/2006 |  |  |
| 30 | Plaintiff's Rule 26(a)2 | 07/19/2006 | 09/18/2006 |  |  |
|  | Answer due | 02/20/2006 | 09/05/2006 |  |  |
|  | Scheduling Conference | 05/16/2006 | 07/18/2006 at 10:00 AM |  | 07/18/2006 |
|  | Scheduling Conference | 04/06/2006 | 05/01/2006 |  | 05/01/2006 |

| | | | | | |
|---|---|---|---|---|---|
| | | | at 10:00 AM | | |
| | 🌀 Initial Conference | 12/22/2005 | 03/30/2006 at 09:45 AM | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/02/2006 11:36:04 | | | |
| PACER Login: | cj0863 | Client Code: | |
| Description: | Deadline/Hearings | Search Criteria: | 1:05-cv-02258-JMF |
| Billable Pages: | 1 | Cost: | 0.08 |

# WHITEFORD, TAYLOR & PRESTON L.L.P.

SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND 21202-1626
TELEPHONE 410 347-8700
FAX 410 752-7092

20 COLUMBIA CORPORATE CENTER
10420 LITTLE PATUXENT PARKWAY
SUITE 495
COLUMBIA, MARYLAND 21044-3528
TELEPHONE 410 884-0700
FAX 410 884-0719

1025 CONNECTICUT AVENUE, NW
WASHINGTON, D.C. 20036-5405
202 659-6800
FAX 202 327-6144
www.wtplaw.com

210 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4515
TELEPHONE 410 832-2000
FAX 410 832-2015

115 ORONOCO STREET
ALEXANDRIA, VIRGINIA 22314
TELEPHONE 703 836-5742
FAX 703 836-0558

JENNIFER S. JACKMAN
DIRECT NUMBER
202 659-6794
jjackman@wtplaw.com

November 8, 2006

## VIA FACSIMILE (301) 540-5901 AND REGULAR MAIL

Christopher M. Johns, Esq.
P.O. Box 975
Laurel, MD 20707

      Re:    *Cornwell v. Bandukra*
            WTP: 035618.00973

Dear Mr. Johns:

      This letter follows up our conversation of yesterday, as well as the Notice of Deposition you filed last evening.

      As I expressly advised in person yesterday, I am unavailable to travel to Franklin, Virginia to take depositions on November 17th. Both Mr. Shrager and I are available on November 13th. I understand from Roy Lateiri that he too is available on that date. Accordingly, if all parties agree, I propose scheduling the depositions on Monday, November 13th. Because Monday is only 5 days away, if we are going to proceed on Monday, I need confirmation of this today. If I do not receive such confirmation so that I can timely advise Mr. Lateiri, than I will assume that you are unavailable.

      In the event that we cannot move forward on November 13th, we will need to select a different date other than the date you *sua sponte* noticed with full knowledge of my unavailability. Respectfully, I refer you to Local Rule 30.1 which requires 11 days notice to parties for depositions more than 50 miles from the District of Columbia. Last evening's Notice of Deposition does not comply with that Rule as Franklin, Virginia as according to Mapquest, Franklin is more than 190 miles from the District.

November 8, 2006
Page 2

  Provided that the Court permits an extension, I do not object to a 30 day extension of discovery. In that event, I am available on November 21, 27-28, December 4 and 7. This of course, would necessitate bumping the date for dispositive motions by 30 days as well.

  Please let me know by the close of business today how you would like to proceed.

Very truly yours,

*Jennifer S. Jackman*

JSJ:wt&pl
cc: Richard Shrager, Esq. (via facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT CORNWELL** : | |
|     **Plaintiff** : | |
| v. : | **Case No. : 1:05-cv-02258-HHK** |
| : | |
| **USMAN BANDUKRA, et al.** : | |
|     **Defendants** : | |

## O R D E R

UPON CONSIDERATION OF the parties consent motion to extend the discovery deadline and dispositive motions deadline dates, being there no opposition thereto, it is this _____ day of _____, 2006, it by The United States District Court for the District of Columbia:

ORDERED: the parties' consent motion is hereby granted.

ORDERED: the Scheduling Order "Discovery Deadline" date shall be extended thirty (30) days from 11-17-2006 to 12-17-2006 and the Scheduling Order "Dispositive Motions" deadline date shall also be extended thirty (30) days from 12-01-2006 to 01-01-2007.

_____
JUDGE

2