IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT CORNWELL          :
    Plaintiff           :
v.                       :   Case No.: 1:05-cv-02258-HHK
USMAN BANDUKRA, et al    :
    Defendants          :

## RULE 41(a)(1) VOLUNTARY NOTICE OF DISMISSAL OF DEFENDANT USMAN BANDUKRA

Plaintiff Robert Cornwell, through undersigned counsel, hereby dismisses defendant Usman Bandukra with prejudice upon signed stipulations of the parties to this case (attached).

Respectfully submitted,
Christopher M. Johns (MD15677)
Box 975, Laurel, MD 20725
Phone: 301-674-6900

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 11-14-2006 a copy of the foregoing was served on all parties through the Court's electronic filing system.

Christopher M. Johns (MD15677)

# WHITEFORD, TAYLOR & PRESTON L.L.P.

SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND 21202-1626
TELEPHONE 410 347-8700
FAX 410 752-7092

20 COLUMBIA CORPORATE CENTER
10420 LITTLE PATUXENT PARKWAY
SUITE 495
COLUMBIA, MARYLAND 21044-3528
TELEPHONE 410 884-0700
FAX 410 884-0719

JENNIFER S. JACKMAN
DIRECT NUMBER
202 659-6794
jjackman@wtplaw.com

1025 CONNECTICUT AVENUE, NW
WASHINGTON, D.C. 20036-5405
202 659-6800
FAX 202 327-6144
www.wtplaw.com

210 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4515
TELEPHONE 410 832-2000
FAX 410 832-2015

115 ORONOCO STREET
ALEXANDRIA, VIRGINIA 22314
TELEPHONE 703 836-5742
FAX 703 836-5558

November 8, 2006

**VIA FACSIMILE (301) 540-5901 AND REGULAR MAIL**

Christopher M. Johns, Esq.
P.O. Box 975
Laurel, MD 20707

      Re:    *Cornwell v. Bandukra*
             WTP: 035618.00973

Dear Mr. Johns:

    At the conclusion of Mr. Bandukra's deposition and again during your client's deposition, you agreed to dismiss Mr. Bandukra from this case. I would appreciate your doing that by week's end.

    Please let me know what, if anything, I can do to assist you in this regard.

                            Very truly yours,

                            Jennifer S. Jackman

JSJ:wt&pl

1707532

**Dismissal also Stipulated to by Defedant Matthew J. Gallagher, by and through his attorney, Richard J. Schrager:**

_____
**Richard S. Schrager, Esq. (Permission to Sign for Schrager)**
**Mallon A. Snyder, Chtd.**
**107 North Adams Street**
**Rockville, MD 20850**