IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT CORNWELL          :
    Plaintiff            :
v.                       :     Case No.: 1:05-cv-02258-HHK
USMAN BANDUKRA, et al    :
    Defendants           :

RESPONSE TO DEFENDANT USMAN BANDUKRA MOTION TO COMPEL

Plaintiff Robert Cornwell, through undersigned counsel, hereby responds to defendant Usman Bandukra's Motion to Compel and for grounds states that:

Defendant Usman Bandukra's Motion to Compel is moot as he is dismissed from this case.

WHEREFORE, the plaintiff respectfully request the court to deny his motion as moot.

Respectfully submitted,
Christopher M. Johns (MD15677)
Box 975, Laurel, MD 20725
Phone: 301-674-6900

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 11-14-2006 a copy of the foregoing was served on all parties through the Court's electronic filing system.

Christopher M. Johns (MD15677)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT CORNWELL : | |
|     Plaintiff : | |
| v. : | Case No.: 1:05-cv-02258-HHK |
| USMAN BANDUKRA, et al : | |
|     Defendants : | |

O R D E R

Having considered defendant Usman Bandukra's Motion to Compel, and plaintiff's opposition thereto, it is this _____ day of _____, 2006, by the United States District Court for the District of Columbia:

ORDERED: that defendant Usman Bandukra's Motion to Compel is hereby denied as moot.

_____
JUDGE