UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ROBERT CORNWELL, on behalf of himself, and the Estate of Michael A. Cornwell  :<br>  :<br>Plaintiff,  :<br>  :<br>v.  :<br>  :<br>MATTHEW J. GALLAGHER, et al.  :<br>  :<br>Defendants  : | Case No.: 1:05-CV-2258 JMF |

## LINE OR PRAECIPE TO AMEND BY INTERLINEATION

MADAM CLERK:

With reference to the Motion for Summary Judgment filed by Defendant Gallagher on December 29, 2006 (Docket Number 51), kindly note that any references to "**Michael** J. Gallagher" are corrected to read "**Matthew** J. Gallagher".

Respectfully submitted,

MALLON A. SNYDER, CHARTERED

_____
Richard S. Schrager, #349530
107 North Adams Street
Rockville, Maryland 20850
(301) 762-7500

Counsel for Defendant Gallagher

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 2nd day of January, 2007, a copy of the foregoing was mailed, postage prepaid, via ordinary mail, addressed to:

Christopher M. Johns, Esq. (433783)
CHRISTOPHER M. JOHNS, LLC
P.O. Box 975
Laurel, Maryland 20725

Jennifer S. Jackman
Whiteford, Taylor & Preston, L.L.P.
1025 Connecticut Avenue, N.W.
Washington, D.C. 20036-5405

                                                                                                  _____
                                                                                                    Richard S. Schrager