IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT CORNWELL | * |
| Plaintiff | * |
| v. | * Civil Court Action No:   05-2258 (JMF) |
| SABIHA BANDUKRA | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT SABIHA BANDUKRA'S PRETRIAL STATEMENT

COMES NOW Defendant Sabiha Bandukra[1], by and through undersigned counsel, with her Pretrial Statement:

**1.   STATEMENT OF THE CASE**

This case arises out of a very low-impact three-car motor vehicle accident that occurred on August 30, 2002. Defendant Sabiha Bandukra was the driver of the rear car. The deceased, Michael Cornwell, whose death was wholly unrelated to the accident, was a passenger in the first car. Michael Cornwell's son, Robert Cornwell, was substituted in as the Plaintiff after Michael Cornwell died. Plaintiff claims that Defendant was negligent in her operation of her vehicle thereby striking Michael Cornwell's vehicle, causing him to sustain injuries resulting in medical

---

[1] On January 17, 2007, Defendant's counsel spoke with Plaintiff's counsel regarding the submission of a Joint Pretrial Statement. On that same date, Defendant forwarded her draft statement to Plaintiff. As of 1:20 p.m. on January 22, 2007, Plaintiff had not responded to Defendant's draft Pretrial Statement, nor had Plaintiff provided a draft of Plaintiff's proposed Pretrial Statement. By letter, Defendant advised Plaintiff that if no response was received by 12:00 p.m. on January 22, 2007, Defendant would file an n individual Pretrial Statement.. Since no response was received, Defendant files this Pretrial Statement

bills of approximately $51,000.00.  Defendant denies Plaintiff's claims of negligence and further denies that the damages claimed by Plaintiff were caused by the low-impact accident.

**2.    STATEMENT OF CLAIMS**

Plaintiff's claim is for negligence.

**3.    STATEMENT OF DEFENSES**

Defendant Bandukra denies that she was negligent in her operation of the car.  Defendant Bandukra further denies that Plaintiff's claimed injuries were caused by the accident. Rather, based upon testimony obtained during discovery, Plaintiff was not injured in the accident and his claims are based on fraud.

**4.    SCHEDULE OF WITNESSES**

**Defendant Bandukra's Witnesses**

| NAME OF WITNESS | DESCRIPTION OF TESTIMONY | ESTIMATED TIME | EXPECT TO PRESENT/MAY PRESENT |
|---|---|---|---|
| Sabiha Bandukra 24 Margie Street Oceanside, NY 11572 | Ms. Bandukra will testify regarding the accident and her observations of the vehicles and of all involved in the accident. | 2 hours | Expect to Present |
| Matthew Gallagher | Mr. Gallagher is expected to testify regarding the accident and his observations of the vehicles and of all involved in the accident. | 2 hours | Expect to Present |
| Officer Senner | Officer Senner is expected to testify regarding the accident | ½ hour | May Present |

individually.  In the event that Plaintiff submits a Pretrial Statement, Defendant will make every effort to submit a revised Joint Pretrial Statement.

|  |  |  |  |
|---|---|---|---|
|  | and the lack of damage to Plaintiff's vehicle. |  |  |
| Roy Latieri | Mr. Latieri is expected to testify regarding the accident and his observations of the vehicles and of Plaintiff. Mr. Latieri is further expected to testify regarding facts supporting Defendants' claim that Plaintiff's claims are based upon fraud. | 2 hours | May Present if available; otherwise, Mr. Latieri's deposition transcript will be used. |
| To the extent needed, custodian of records for various exhibits, including medical records. |  |  | May Present |
| Dr. Bruce Ammerman (EXPERT) | Dr. Ammerman is expected to testify regarding Plaintiff's claimed damages and injuries | 2 hours | May Present |

Defendant Bandukra reserves the right to call any witness identified or called by the Plaintiff.

Defendant Bandukra reserves the right to call any medical health care provider who rendered treatment to Plaintiff.

Defendant Bandukra reserves the right to call any witness for impeachment.

5.   **EXHIBITS**

**Defendant Bandukra's Exhibits**

| EXHIBIT NO. | DATE | AUTHOR | SUMMARY |
|---|---|---|---|
| DEX 1 | Undated | Sabiha Bandukra | Photographs of rear of car KLW-552 |
| DEX 2 | Undated | | Photographs of rear of car YTR-7989 |

Defendant Bandukra reserves the right to use any documents as exhibits for trial for the purpose of impeachment.

6.   **DEPOSITIONS**

Defendant Bandukra may use the following deposition testimony in lieu of live witnesses:

Roy Latieri

| PAGE | LINES |
|---|---|
| 6 | 14-25 |
| 7-9 | All |
| 10 | 4-9, 24-25 |
| 11-21 | All |
| 22 | 1-17 |
| 23 | 24-25 |
| 24 | All |
| 25 | 1-8 |
| 26 | 16-24 |
| 30 | 25 |
| 31 | 1-4 |
| 44 | 8-18 |
| 51 | 23-25 |
| 52 | 1-7, 20-25 |
| 53 | 3-18 |
| 57 | 10-13 |

7. **ITEMIZATION OF DAMAGES**

Defendant Bandukra seeks a dismissal with prejudice.

8. **OTHER RELIEF**

9. **ESTIMATE OF THE LENGTH OF EACH PARTY'S CASE**

Defendant Bandukra estimates that her case will case will take one day.

Respectfully submitted,

_____/s/_____
John J. Hathway  (#412664)
Jennifer S. Jackman (#466922)
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, NW
Washington, DC  20036-5405
(202) 659-6800

*Attorney for Defendant*