UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

ROBERT CORNWELL, on behalf of himself, :
and the Estate of Michael A. Cornwell :
:
Plaintiff, :
: Case No.: 1:05-CV-2258 JMF
v. :
:
MATTHEW J. GALLAGHER, et al. :
:
Defendants :

## STIPULATION OF PARTIAL DISMISSAL (DEFENDANT GALLAGHER, ONLY)

MADAM CLERK:

Please note that the Plaintiff's claims against Defendant Gallagher, **only**, are dismissed with prejudice. Defendant Gallagher's cross-claim against Defendant Bandukra is also dismissed. Each party to bear their own costs. The Plaintiff's claims against Defendant Sabiha Bandukra remains pending.

Respectfully submitted,

CHRISTOPHER M. JOHNS, LLC                MALLON A. SNYDER, CHARTERED


_____              _____
Christopher M. Johns, Esq. (433783)      Richard S. Schrager, #349530
P.O. Box 975                             107 North Adams Street
Laurel, Maryland 20725                   Rockville, Maryland 20850
Counsel for Plaintiff                    (301) 762-7500
                                         Counsel for Defendant Gallagher


WHITEFORD, TAYLOR & PRESTON, L.L.P.


_____
Jennifer S. Jackman
1025 Connecticut Avenue, N.W.
Washington, D.C. 20036-5405
Counsel for Defendants Bandukra