IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ROBERT CORNWELL** :
    **Plaintiff** :
  :
v. : Case No.: 1:05-CV-02258-JMF
  :
**USMAN BANDUKRA, et al** :
    **Defendants** :

**PLAINTIFF'S PRETRIAL STATEMENT**

COMES NOW the Plaintiff, Robert Cornwell, by and through counsel, Christopher M. Johns, Esq., pursuant to Local Rule LCvR 16.5 and submits this Pre-Trial Statement:

*LCvR 16.5(1)(i) Statement of the Case:*

This case arises out of a three (3) car rear end collision at a controlled intersection. Defendant Sabiha Bandukra was the driver of the rear or third car that the plaintiff contends caused this collision. The deceased, Michael Cornwell (whose death was not related to the accident) was a passenger in the first car. Upon Michael Cornwell's death, his son, Robert Cornwell, was substituted as the plaintiff in this case. Plaintiff claims that defendant Sabiha Bandukra was negligent in causing this three (3) car collision causing his father to sustain injuries and resulting in a neck operation and medical bills of $54,523.86. Defendant Bandukra denies that she was negligent and that she caused plaintiff's father, Michael Cornwell's injuries. The case is here by defendant removing the case from District of Columbia's Superior Court.

*LCvR 16.5(1)(ii) Plaintiff's Statement of Claims:*

Plaintiff claims that defendant was negligent in rear ending the middle car of the three car collision in that she owed people using the road, i.e. Michael Cornwell, a duty to keep a proper look out and not to collide with the middle car while the first and middle car were stopped at a red light signal. Plaintiff also

claims that defendant's negligence was the cause of the accident. As a result of the accident, Michael Cornwell sustained injuries, expenses, pain and suffering.

*LCvR 16.5(1)(iii) Defendant's Statement of Defenses:*

Defendant Bandukra denies that she was negligent in her operation of the car.

**Plaintiff's objection**: to defendant's LCvR 16.5(1)(iii) pretrial statement of defenses: (A) There was no witness deposed in discovery (as stated by the defendant in her pre-trial statement) that was qualified to give an opinion that the plaintiff did not sustain the injuries as a result of the accident. (2) Defendant did not designated an expert in substantially conformity of Rule 26(a)(2)(A) and (B) in the following ways: (1) No report by an expert was submitted pursuant to Rule 26(a)(2)(B) with the disclosure, shortly after disclosure, while plaintiff had time to rebut any defense expert, during discovery, or within 90 days of trial as required by Rule 26(a)(2)(C); (2) No disclosures by such report pursuant to Rule 26(A)(2)(b) were made concerning a complete statement of all opinions to be expressed by the expert and the basis and reasons for the experts opinions; (3) No disclosures of the data or other information were made that were considered by the witness in forming their opinion; (4) defendant did not consult with an expert prior to making her disclosure; (5) No disclosures of any exhibits to be used as a summary of or support for the opinions; and, (6) No disclosures were made on the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years. Defendant's disclosure was not in substantial compliance in that she did not substantially disclose any of the items listed by Rule 26(a)(2) substantially prejudicing plaintiff.

*LCvR 16.5(1)(iv) Schedule of Witnesses to be called by the Plaintiff:*

1. Robert Michael Cornwell of 590 Summer Blvd., Apt. 101, Lakemoor, IL 60051: his observations of his father's condition post accident and the activities, or lack thereof, in which his father could or could not engage (about 2 hours).

2. Janet Bradshaw: her observations about the accident, her observations about Michael Cornwell (about 2 hours).

3. Matthew Gallagher: his observations about the accident (about 1 hour).

4. Officer Senner: his observations of the accident scene and parties (about 1 hour).

5. John R. Cornwell II: his observations about his car, his observations about Michael Cornwell (about 2 hours).

6. Victor Story: his observations about the car in which Michael Cornwell was a passenger at the time of the accident (about 1 hour).

7. David Ramsted M.D.: his observations as a treating physician of Michael Cornwell prior to the accident at issue in this case (about 2 hours).

8. *Arthur Wardell, M.D. of 5818 B Harbour View Blvd., B2, Suffolk, VA 23435: He is expected to testify as both an expert and treating physician. As an expert, he is expected to testify about the matters set for in his expert disclosure that are incorporated herein by reference. As a treating physician, he is expected to testify about his observations of Cornwell that he had while treating him (about 4 hours).

9. To the extent necessary custodians of records.

10. Plaintiff reserves the right to call any witness identified or called by Defendant.

11. Plaintiff reserves the right to call any other medical health care provider who rendered treatment to the Plaintiff.

12. Plaintiff reserves the right to call any witness for impeachment.

**Plaintiff's objection to expert witness**: (A) There was no witness deposed in discovery (as stated by the defendant in her pre-trial statement) that was qualified to give an opinion that the plaintiff did not sustain the injuries as a result of the accident. (2) Defendant did not designated an expert in <u>substantially</u> conformity of Rule 26(a)(2)(A) and (B) in the following ways: (1) No report by an expert was submitted pursuant to Rule 26(a)(2)(B) with the disclosure, shortly after disclosure, while plaintiff had time to rebut any defense

expert, during discovery, or within 90 days of trial as required by Rule 26(a)(2)(C); (2) No disclosures by such report pursuant to Rule 26(A)(2)(b) were made concerning a complete statement of all opinions to be expressed by the expert and the basis and reasons for the experts opinions; (3) No disclosures of the data or other information were made that were considered by the witness in forming their opinion; (4) defendant did not consult with an expert prior to making her disclosure; (5) No disclosures of any exhibits to be used as a summary of or support for the opinions; and, (6) No disclosures were made on the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years. Defendant's disclosure was not in substantial compliance in that she did not substantially disclose any of the items listed by Rule 26(a)(2) substantially prejudicing plaintiff.

*LCvR 16.5(1)(v) Plaintiff's List of Exhibits: Plaintiff expects to offer the following Exhibits.*

### MICHAEL CORNWELL

| No. | Type | Source of Document | Pg | Bates | 1st DOS | Amount | Total |
|---|---|---|---|---|---|---|---|
| - | - | - | - | - | - | - | - |
| 1 | - | - | - | - | - | - | - |
| 2 | Other | Vics Auto Sales & Body Shop Repair Statement | 2 | C007 | 09/26/2002 | - | - |
| 3 | - | - | - | - | - | - | - |
| 4 | Other | Michael Cornwell's Death Certificate (only for the file) | 1 | C020 | 05/11/2006 | - | - |
| 5 | Bill | Wardell Orthopaedics | 1 | C021 | 08/01/2005 | 1,094.00 | 1,094.00 |
| 6 | Bill | DC Fire and EMS Department | 1 | C022 | 08/30/2002 | 207.00 | 1,301.00 |
| 7 | Bill | Washington Hospital Center | 1 | C023 | 08/30/2002 | 1,637.38 | 2,938.38 |
| 8 | Bill | Center Radiology | 1 | C024 | 08/30/2002 | 256.00 | 3,194.38 |
| 9 | Bill | Louise Obici Memorial Hospital | 1 | C025 | 08/31/2002 | 643.25 | 3,837.63 |
| 9 | Bill | Louise Obici Memorial Hospital | 1 | C026 | 09/03/2002 | 231.32 | 4,068.95 |
| 9 | Bill | Louise Obici Memorial Hospital | 1 | C027 | 09/05/2002 | 178.26 | 4,247.21 |
| 9 | Bill | Louise Obici Memorial Hospital | 1 | C028 | 09/05/2002 | 199.00 | 4,446.21 |
| 9 | Bill | Louise Obici Memorial Hospital (MRI) | 1 | C029 | 09/23/2002 | 1,014.00 | 5,460.21 |
| 9 | Bill | Louise Obici Memorial Hospital (EMG) Missing | 1 | C030 | 10/12/2003 | - | - |
| 9 | Bill | Louise Obici Memorial Hospital (Myelogram) Missing | 1 | C031 | 10/14/2003 | - | - |
| 10 | Bill | Emergency Physicians of Tidewater | 1 | C032 | 08/31/2002 | 343.00 | 5,803.21 |
| 11 | Bill | Suffolk Radiology Associates | 1 | C033 | 08/31/2002 | 28.00 | 5,831.21 |
| 11 | Bill | Suffolk Radiology Associates | 1 | C034 | 09/23/2002 | 258.00 | 6,089.21 |
| 12 | Bill | Maryview Medical Center | 4 | C035 | 10/31/2002 | 22,636.39 | 28,725.60 |
| 13 | Bill | Lakeview Medical Center Cardiology | 1 | C039 | 08/31/2002 | 2,837.00 | 31,562.60 |
| 14 | Bill | Orthopaedic Surgery Centers | 2 | C040 | 10/15/2002 | 14,138.00 | 45,700.60 |
| 14 | Bill | Orthopaedic Surgery Centers | 1 | C042 | 10/31/2003 | 85.00 | 45,785.60 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14 | Bill | Orthopaedic Surgery Centers | 1 | C043 | 07/24/2004 | 300.00 | 46,085.60 |
| 15 | Bill | Portsmouth Anesthesia Associates | 1 | C044 | 11/04/2002 | 2,108.00 | 48,193.60 |
| 16 | Bill | Portsmouth Orthopaedic Associates (PT) | 11 | C045 | 09/09/2002 | 3,522.03 | 51,715.63 |
| 17 | Bill | Southampton Memorial Hospital | 1 | C056 | 11/07/2002 | 432.75 | 52,148.38 |
| 17 | Bill | Southampton Memorial Hospital PT | 2 | C057 | 02/03/2003 | 1,092.50 | 53,240.88 |
| 17 | Bill | Southampton Memorial Hospital PT | 2 | C059 | 03/03/2003 | 144.00 | 53,384.88 |
| 18 | Bill | EBI (Cervical Collar) | 1 | C061 | 09/16/2002 | 24.00 | 53,408.88 |
| 19 | Bill | Peninsula Institute for Community Health | 1 | C062 | 10/23/2002 | 256.00 | 53,664.88 |
| 20 | Bill | Rite Aid #03641 | 1 | C063 | 09/02/2002 | 18.99 | 53,683.87 |
| 20 | Bill | Rite Aid #03641 | 1 | C064 | 09/13/2002 | 25.99 | 53,709.86 |
| 20 | Bill | Rite Aid #03641 | 1 | C065 | 09/16/2002 | 32.98 | 53,742.84 |
| 20 | Bill | Rite Aid #03641 | 1 | C066 | 10/16/2002 | 17.99 | 53,760.83 |
| 21 | Bill | Ghent Pharmacy | 1 | C067 | 11/15/2002 | 120.16 | 53,880.99 |
| 21 | Bill | Ghent Pharmacy | 1 | C068 | 11/21/2002 | 69.26 | 53,950.25 |
| 21 | Bill | Ghent Pharmacy | 1 | C069 | 12/03/2002 | 56.71 | 54,006.96 |
| 21 | Bill | Ghent Pharmacy | 1 | C070 | 12/18/2002 | 32.72 | 54,039.68 |
| 21 | Bill | Ghent Pharmacy | 1 | C071 | 12/23/2002 | 126.80 | 54,166.48 |
| 21 | Bill | Ghent Pharmacy | 1 | C072 | 01/18/2003 | 32.72 | 54,199.20 |
| 21 | Bill | Ghent Pharmacy | 1 | C073 | 02/05/2003 | 77.72 | 54,276.92 |
| 21 | Bill | Ghent Pharmacy | 1 | C074 | 02/14/2003 | 192.88 | 54,469.80 |
| - | Bill | Lakeview Medical Center (Records) | 1 | C075 | 01/20/2005 | 32.00 | 54,501.80 |
| - | Bill | Portsmouth Orthopaedic Associates | 1 | C076 | 10/10/2005 | 22.06 | **54,523.86** |
| 5 | Record | Wardell Orthopaedics | 15 | C077 | 08/01/2005 | - | - |
| 7 | Record | Washington Hospital Center | 8 | C092 | 08/30/2002 | - | - |
| 9 | Record | Louise Obici Memorial Hospital | 12 | C100 | 08/31/2002 | - | - |
| 9 | Record | Louise Obici Memorial Hospital | 16 | C112 | 09/05/2002 | - | - |
| 16 | Record | Portsmouth Orthopaedic Associates (PT) | 37 | C128 | 09/09/2002 | - | - |
| 16 | Record | Portsmouth Orthopaedic Associates (Disability Slip) | 1 | C165 | 09/11/2002 | - | - |
| 18 | Record | EBI (Cervical Collar) | 1 | C166 | 09/16/2002 | - | - |
| 9 | Record | Louise Obici Memorial Hospital (MRI) | 2 | C167 | 09/23/2002 | - | - |
| 16 | Record | Portsmouth Ortho. Asso. (Electromyographic Exam) | 1 | C169 | 10/02/2002 | - | - |
| 14 | Record | Orthopaedic Surgery Centers (Surgical Consultation) | 3 | C170 | 10/15/2002 | - | - |
| 14 | Record | Orthopaedic Surgery Centers (Lab Work) | 6 | C173 | 10/23/2002 | - | - |
| 12 | Record | Maryview Medical Center (Pre-Operative Cardiology) | 5 | C179 | 11/01/2002 | - | - |
| 13 | Record | Lakeview Medical Center Cardiology (Pre-Operative) | 1 | C184 | 11/01/2002 | - | - |
| 14 | Record | Orthopaedic Surgery Centers (Pre-Operative Report) | 2 | C185 | 11/04/2002 | - | - |
| 14 | Record | Orthopaedic Surgery Centers (Operative Report) | 2 | C187 | 11/04/2002 | - | - |
| 12 | Record | Maryview Medical Center (Post-Op Imaging Chest) | 2 | C189 | 11/04/2002 | - | - |
| 12 | Record | Maryview Medical Center (Post-Op Imaging Cervical) | 1 | C191 | 11/04/2002 | - | - |
| 12 | Record | Maryview Medical Center (Fluids) | 1 | C192 | 11/06/2002 | - | - |
| 17 | Record | Southampton Memorial Hospital | 14 | C193 | 11/07/2002 | - | - |
| 14 | Record | Orthopaedic Surgery Centers (Exam) | 1 | C207 | 02/14/2003 | - | - |
| 14 | Record | Orthopaedic Surgery Centers (Radiographic Study) | 1 | C208 | 02/14/2003 | - | - |
| 14 | Record | Orthopaedic Surgery Centers (Exam) | 1 | C209 | 05/06/2003 | - | - |
| 14 | Record | Orthopaedic Surgery Centers (Radiographic Study) | 1 | C210 | 05/06/2003 | - | - |
| 14 | Record | Orthopaedic Surgery Centers (Exam)(Missing) | 1 | C211 | 07/24/2004 | - | - |
| 14 | Record | Orthopaedic Surgery Centers (Exam)(Missing) | 1 | C212 | 07/26/2004 | - | - |
| 9 | Record | Louise Obici Memorial Hospital (EMG) | 3 | C213 | 10/12/2003 | - | - |
| 9 | Record | Louise Obici Memorial Hospital (Cervical Myelogram) | 5 | C216 | 10/14/2003 | - | - |
| 14 | Record | Orthopaedic Surgery Centers (Exam) | 1 | C221 | 10/31/2003 | - | - |
| 5 | Record | Wardell Orthopaedics (Exam) | 1 | C222 | 08/01/2005 | - | - |
| 22 | Past | Lakeview Medical Center (Last Date of Service) | 46 | C223 | 08/28/2002 | - | - |

|  |  |  | Total Pages | 268 | Total Bills | 54,523.86 |

**Missing Bills, Missing Records, Incorrect Bills To Be Produced Incorporated Above**

| | | | | |
|---|---|---|---|---|
| Record | Orthopaedic Surgery Center | C211 | 07/24/2004 | Missing |
| Record | Orthopaedic Surgery Center | C212 | 07/26/2004 | Missing |
| Bill | Louise Obici Memorial Hospital (EMG) | C030 | 10/12/2003 | Missing |
| Bill | Louise Obici Memorial Hospital (Cervical Myelogram) | C031 | 10/14/2003 | Missing |
| Bill | DC Fire and EMS Department (05-30-2002) | C022 | 08/30/2002 | Correct |

Prior medical records dates of service of the Lakeview Medical Center are as follows: 08-28-2002, 01-11-2001, 05-02-2000, 04-26-2000, 07-30-1999, 06-28-1999, 04-29-1999, 04-20-1999, 04-06-1999, 03-24-1999, 02-22-1999, 01-11-1999 , 01-15-1999, 01-26-1999, 12-30-1998, 12-29-1998, 12-21-1998, 12-15-1998, 12-08-1998, 09-24-1998, 09-21-1998, 09-18-1998, 09-15-1998, 07-31-1998, 07-10-1998, 06-19-1998, 06-08-1998, 06-19-1998, 05-22-1998, 05-21-1998, 05-15-1998, 05-13-1998, 05-08-1998, 04-16-1998, 04-06-1998, 04-03-1998, 04-02-1998, 03-30-1998, 03-11-1998, 03-03-1998, 01-26-1998, 01-22-1998, 01-13-1998, 01-09-1998, 01-06-1998, 12-30-1997, 12-13-1997, 11-21-1997, 10-24-1997, 10-21-1997, 08-28-1997.

Plaintiff reserves the right to use any documents as exhibits for trial for the purpose of impeachment. *Plaintiff hereby requests that defendant stipulate to the authentication of the above listed documents so that certification or custodian testimony is not necessary in this case.*

*LCvR 16.5(1)(vi) Plaintiff's Designation of Depositions:*

Victor Story Deposition taken on December 6th, 2006 as to only testimony necessary to qualify the repair statement of the car (in which plaintiff was a passenger) as admissible as an exception to hearsay. Plaintiff will immediately supplement with specific page numbers and paragraphs.

**Plaintiff objects to**: any testimony of Row Latieri on the issue of causation or damages as he is not qualified on these matters, there is no expert designated by defendant on these matters, and because he testified that he did not know whether or not plaintiff was in fact injured in this accident.

Plaintiff reserves the right to make a more detailed objection.

*LCvR 16.5(1)(vii) Plaintiff's Itemization of Damages:*

See plaintiff's list of medical bills under *"LCvR 16.5(1)(v) Plaintiff's List of Exhibits"* Plaintiff reserves the right to supplement with the few noted missing bills if and once he is able to obtain them.

Plaintiff also claims damages for his injuries, pain and suffering, distress, inconvenience and other intangible damages.

Plaintiff seeks $300,000 in total damages.

*LCvR 16.5(1)(viii) Plaintiff's Request for Other Relief Sought:*

None.

Plaintiff estimates that his case will take about two days to present.
Plaintiff reserves the right to make more detailed objections.

Respectfully submitted,
Christopher M. Johns (MD15677)
Box 975, Laurel, MD 20725
Phone: 301-674-6900

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 01-22-2007 a copy of the foregoing was served by electronic filing to: Richard S. Schrager, Esq. of Mallon A. Snyder, Chtd., 107 North Adams Street, Rockville, MD 20850; and to: Jennifer S. Jackman of Whiteford, Taylor & Preston L.L.P., 1025 Connecticut Avenue, NW, Suite 400, Washington, DC 20036-5405.

Christopher M. Johns