## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ROBERT CORNWELL** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **Case No.: 1:05-CV-02258-JMF** |
| | : | |
| **USMAN BANDUKRA, et al** | : | |
| **Defendants** | : | |

### JOINT STATUS REPORT

COME NOW the parties, through undersigned counsel with this Joint Status Report:

1.      The parties have reached a tentative settlement agreement that is contingent upon approval of the Court presiding over Michael Cornwell's Estate matters and the creditors of Mr. Cornwell's Estate. The parties anticipate that the settlement will become final; however, understand that it may take longer than the ordinary case because it involves an out of state probate matter.

2.      The parties jointly request that the case be stayed for ninety (90) days to allow them to finalize the settlement. Once the settlement is final, a Stipulation of Dismissal will be filed.

3.      If the settlement is not finalized and the case is not dismissed at the expiration of ninety (90) days, the parties jointly request that a status conference be scheduled for a time not sooner than April 30, 2007 to determine whether the case needs to be placed back on track.

Respectfully submitted,

_____//s//_____
Christopher M. Johns, Esq.
18961 Highstream Drive
Germantown, Maryland 20874
*Counsel for Plaintiff*

_____//s//_____
John J. Hathway  (#412664)
Jennifer S. Jackman (#466922)
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, NW
Washington, DC  20036-5405
(202) 659-6800
*Counsel for Defendant*

196939