IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ROBERT CORNWELL** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Case No.: 1:05-CV-02258-JMF |
| | : | |
| **SABIHA BANDUKRA** | : | |
| Defendant | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Robert Cornwell and Defendant Sabiha Bandukra, by their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), file their Stipulation of Dismissal with Prejudice and stipulate that all of the claims raised in the above captioned action are hereby dismissed with prejudice, each party to bear its own costs and attorney's fees.

                                                                      Respectfully submitted,

                                                  */s/ Christopher M. Johns*
                                                  Christopher M. Johns, Esq.
                                                  18961 Highstream Drive
                                                  Germantown, Maryland 20874
                                                  *Counsel for Plaintiff*


                                                  */s/ Jennifer S. Jackman*
                                                  John J. Hathway  (#412664)
                                                  Jennifer S. Jackman (#466922)
                                                  Whiteford, Taylor & Preston L.L.P.
                                                  1025 Connecticut Avenue, NW
                                                  Washington, DC  20036-5405
                                                  (202) 659-6800
                                                  *Counsel for Defendant*

202230